B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sudhakar, Ashok Em** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ashok Sudhakar** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4087** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7500 W. Lake Mead Blvd., #942**<br>**Las Vegas, NV**<br><br>ZIP Code **89128** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sudhakar, Ashok Em** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                       Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Sudhakar, Ashok Em** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Ashok Em Sudhakar**
_____
Signature of Debtor  **Ashok Em Sudhakar**

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 24, 2011**
_____
Date

### Signature of Attorney*

X  **/s/ Damon K. Dias, Esq.**
_____
Signature of Attorney for Debtor(s)

**Damon K. Dias, Esq. 8999**
_____
Printed Name of Attorney for Debtor(s)

**Dias Law Group, Ltd.**
_____
Firm Name

**601 S. 6th Street**
**Las Vegas, NV 89101**

_____
Address

**Email: ddias@diaslawgroup.com**
**702-380-3011  Fax: 702-366-1592**
_____
Telephone Number

**January 24, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X  _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re   **Ashok Em Sudhakar** _____  Case No. _____

_____ Debtor(s)   Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Ashok Em Sudhakar**
**Ashok Em Sudhakar**

Date:    **January 24, 2011**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re    **Ashok Em Sudhakar**             Case No. _____

                         Debtor(s)       Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Ashok Em Sudhakar** | X **/s/ Ashok Em Sudhakar** | **January 24, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Ashok Em Sudhakar**
_____,    Case No. _____
Debtor

Chapter                                      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,625.00 | | |
| B - Personal Property | Yes | 4 | 45,212.64 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 798,228.12 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 2,644,876.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 112 | | 10,428,528.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 900.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,715.33 |
| Total Number of Sheets of ALL Schedules | | 129 | | | |
| Total Assets | | | 195,837.64 | | |
| Total Liabilities | | | | 13,871,633.14 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Ashok Em Sudhakar**
_____ ,        Case No. _____

                                                    Debtor

                                                             Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re      **Ashok Em Sudhakar**                                           ,          Case No. _____
                                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1930 S. Beverly Glen Blvd. #202**<br>**Los Angeles, CA 90025**<br>**Debtor holds 25% interest for this property** | **Fee simple** | **-** | **150,625.00** | **768,814.12** |

|  |  |  |
|---|---|---|
| Sub-Total > | **150,625.00** | (Total of this page) |
| Total > | **150,625.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re      **Ashok Em Sudhakar**                                                                    ,      Case No. _____

                                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Silver Elite Checking account #6223 opened 3/2010 | - | 1.00 |
| | | HSBC Premier Savings account #0-888 (a Hong Kong bank account and Debtor holds 10% interest) | - | 472.00 |
| | | OCBC Bank Jayn International Pte. Ltd. account #1201, Debtor holds 10% interest only. | - | 680.90 |
| | | HSBC Savings account-NRO #005-007 (an India bank account) | - | 0.00 |
| | | HSBC Savings account- NRE #005-006 (an India bank account) | - | 0.00 |
| | | OCBC Bank Jayn International Pte. Ltd. account#4-001SGD (Singapore account and Debtor holds 10% interest only). | - | 182.20 |
| | | OCBC Bank Jayn International Pte. Ltd. account #2301, Debtor holds 10%  interest only. | - | 1,846.60 |
| | | Citibank NRI account #4226 India account | - | 2,000.00 |
| | | HSBC Premier account #4-496 (Singapore account) | - | 0.00 |
| | | HSBC Premier account#1-080 (Singapore account) | - | 1,536.64 |
| | | HSBC Premier account#8-603 (Singapore account) | - | 0.00 |
| | | HSBC account #8-178 (Jayn International Pte Ltd, Debtor holds 10% interest) | - | 618.30 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

| | |
|---|---|
| Sub-Total > | 7,337.64 |
| (Total of this page) | |

  **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **households goods and furniture** | - | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Professional Books** | - | **500.00** |
| 6. Wearing apparel. | | **Clothing and shoes** | - | **2,000.00** |
| 7. Furs and jewelry. | | **jewelry** | - | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **HK-91; AK-47; AR-1.5; Walther PPS; Glock 9mm; Walther 9mm; shotgun** | - | **1,775.00** |
| | | **NIKON DX 3** **Location: 7500 W. Lake Mead Blvd., #942, Las Vegas NV 89128** | - | **1,500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Jayn International PTE Ltd. (holds only 10% interest)** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >        **8,275.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ashok Em Sudhakar** _____,    Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | professional licenses | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Toyota Venza | - | 29,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

|  |  | Sub-Total >    29,300.00 |
|---|---|---|
|  |  | (Total of this page) |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                          ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **Drums** | | **-** | **300.00** |

|  |  |
|---|---|
| Sub-Total > | **300.00** |
| (Total of this page) | |
| Total > | **45,212.64** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re __Ashok Em Sudhakar_____,    Case No. _____
                                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Citibank NRI account #4226 India account** | **Nev. Rev. Stat. § 21.090(1)(z)** | **1,000.00** | **2,000.00** |
| **Household Goods and Furnishings** | | | |
| **households goods and furniture** | **Nev. Rev. Stat. § 21.090(1)(b)** | **2,000.00** | **2,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Professional Books** | **Nev. Rev. Stat. § 21.090(1)(a)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Clothing and shoes** | **Nev. Rev. Stat. § 21.090(1)(b)** | **2,000.00** | **2,000.00** |
| **Furs and Jewelry** | | | |
| **jewelry** | **Nev. Rev. Stat. § 21.090(1)(a)** | **500.00** | **500.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **HK-91; AK-47; AR-1.5; Walther PPS; Glock 9mm; Walther 9mm; shotgun** | **Nev. Rev. Stat. § 21.090(1)(d)** | **1,775.00** | **1,775.00** |
| **NIKON DX 3** | **Nev. Rev. Stat. § 21.090(1)(a)** | **1,500.00** | **1,500.00** |
| **Location: 7500 W. Lake Mead Blvd., #942, Las Vegas NV 89128** | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Drums** | **Nev. Rev. Stat. § 21.090(1)(a)** | **300.00** | **300.00** |

|  | | Total: | **9,575.00** | **10,575.00** |

__0__    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Ashok Em Sudhakar** _____,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4018**<br><br>**BAC Home Loans Servicing**<br>**P.O.Box 10219**<br>**Van Nuys, CA 91410-0219** | X | - | **2005**<br>**First Mortgage**<br>**1930 S. Beverly Glen Blvd. #202**<br>**Los Angeles, CA 90025**<br>**Debtor holds 25% interest for this property** | | | | | |
| | | | Value $                  **150,625.00** | | | | **623,144.75** | **472,519.75** |
| Account No. **xxxxx4042**<br><br>**Real Time Resolutions**<br>**P.O. Box 35888**<br>**Dallas, TX 75235** | X | - | **2005**<br>**Second Mortgage**<br>**1930 S. Beverly Glen Blvd. #202**<br>**Los Angeles, CA 90025**<br>**Debtor holds 25% interest for this property** | | | | | |
| | | | Value $                  **150,625.00** | | | | **145,669.37** | **145,669.37** |
| Account No. **xxxxxxxxxxxx0001**<br><br>**Toyota Motor Credit Co**<br>**10040 N 25th Ave Ste. 200**<br>**Phoenix, AZ 85021** | | - | **5/01/10**<br>**Automobile Lien/Loan**<br><br>**2010 Toyota Venza** | | | | | |
| | | | Value $                  **29,300.00** | | | | **29,414.00** | **114.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**_0_** continuation sheets attached

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **798,228.12** | **618,303.12** |
| Total<br>(Report on Summary of Schedules) | **798,228.12** | **618,303.12** |

B6E (Official Form 6E) (4/10)

.

In re    **Ashok Em Sudhakar**                                                              Case No. _____
                                                                    ,
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**3**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Ashok Em Sudhakar_____ ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xx-xxx1692** | | | | 12/2008 | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | Business Tax Debt 2008 Yr. 941 Tax Form for MSJS Management Services Inc. | | | X | **Unknown** 130,816.42 | **Unknown** **Unknown** |
| Account No. **xx-xxx1692** | | | | 6/2008 | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | Business Tax Debt 2008 Yr. 941 Tax Form for MSJS Management Services Inc. | | | X | **Unknown** 8,818.73 | **Unknown** **Unknown** |
| Account No. **xx-xxx1692** | | | | 6/2009 | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | Business Tax Debt 2009 Yr. 941 Tax Form for MSJS Management Services Inc. | | | X | **Unknown** 130,484.09 | **Unknown** **Unknown** |
| Account No. **xx-xxx1692** | | | | 9/2007 | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | Business Tax Debt 2007 Yr. 941 Tax Form for MSJS Management Services Inc. | | | X | **Unknown** 7,007.31 | **Unknown** **Unknown** |
| Account No. **xx-xxx1692** | | | | 9/2009 | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | Business Tax Debt 2009 Yr. 941 Tax Form for MSJS Management Services Inc. | | | X | **Unknown** 81,714.61 | **Unknown** **Unknown** |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 358,841.16 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Ashok Em Sudhakar**                                              Case No. _____
_____ ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xx-xxx4995**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
- | | | | | 6/2009 & 12/2009

Business Tax Debt for AMX Company Inc.
tax form 941 & 940 | | | X | Unknown

2,121.94 | Unknown

Unknown |
| Account No. **xx-xxx5730**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346 | | | | | 12/2009

Business Tax Debt 2009 Yr. 940 Tax Form for Sudhakar Company International | | | X | Unknown

5,233.45 | Unknown

Unknown |
| Account No. **xx-xxx5730**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
- | | | | | 12/2009

Business Tax Debt 2009 Yr. 941 for Sudhakar Company International | | | X | Unknown

455,932.54 | Unknown

Unknown |
| Account No. **xx-xxx5730**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
- | | | | | 12/2009

Business Tax Debt 2009 Yr. 941 tax form for Sudhakar Company International | | | X | Unknown

4,969.18 | Unknown

Unknown |
| Account No. **xx-xxx5730**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
- | | | | | 12/2008

Business Tax Debt 2008 year 941 tax form for Sudhakar Company International | | | X | Unknown

962,311.90 | Unknown

Unknown |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 1,430,569.01 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __Ashok Em Sudhakar_____ ,    Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx5730**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | | 6/2008<br><br>**Business Tax Debt 2008 year 941 tax form for Sudhakar Company International** | | | X | **855,466.54** | **Unknown**<br><br>**Unknown** |
| Account No. **xxxxx6301**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | | 12/2008<br><br>**Business Tax Debt--Penn Woods Corporation 944 Form** | | | X | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __3___ of __3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **855,466.54** | 0.00<br>0.00 |
| Total<br>(Report on Summary of Schedules) | **2,644,876.71** | 0.00<br>0.00 |

B6F (Official Form 6F) (12/07)

In re __Ashok Em Sudhakar__ , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **0002** <br><br> **3M** <br> **2807 Paysphere Circle** <br> **Chicago, IL 60674** | | - | | | **6/2008** <br> **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0001** <br><br> **4-Con Engineering Inc.** <br> **2751 Avalon Street** <br> **Riverside, CA 92509-2012** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xx94RF** <br><br> **A Power Sweeping Inc.** <br> **3737 San Gabriel River Parkway** <br> **Pico Rivera, CA 90660** | | - | | | **2/2009** <br> **Business Debt for Sudhakar Company International** | | | | **1,583.96** |
| Account No. **0461** <br><br> **A-C Electric Company** <br> **P.O. Box 2616** <br> **Truckee, CA 96160** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

_111_ continuation sheets attached

Subtotal (Total of this page)    **1,583.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1937**<br><br>**Ackerman & Sons Co., Inc.**<br>**dba Runway Services Intl.**<br>**20601 Dumont Street**<br>**Woodland Hills, CA 91364-2411** | - | | | | **2/2009**<br>**Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxx3608**<br><br>**ADT Security Services**<br>**P.O. Box 650485**<br>**Dallas, TX 75265-0485** | - | | | | **8/2009**<br>**Business- La Tortilla Factory--Services** | | | | **576.37** |
| Account No. **xxxxxxxxxx2250**<br><br>**ADT Security Services, Inc.**<br>**P.O. Box 371956**<br>**Pittsburgh, PA 15250-7956** | - | | | | **3/2010**<br>**Business Debt for Sudhakar Comp. Int.** | | | | **83,296.19** |
| Account No. **0596**<br><br>**Advance Asphalt & Engineering, Inc.**<br>**3750 Nord Ave**<br>**Bakersfield, CA 93314** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xx4817**<br><br>**Aetna**<br>**P.O. Box 7247-0326**<br>**Philadelphia, PA 19170-0326** | - | | | | **12/2009**<br>**Personal Debt--Medical/Dental coverage** | | | | **461.00** |

Sheet no. __1__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **84,333.56**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0025**<br><br>**AFCO Insurance Premium Finance**<br>**4501 College Blvd.**<br>**Leawood, KS 66211-1921** | | - | | **5/2009**<br>**Business Debt- Sudhakar Comp. Intl.** | | | | 3,184.93 |
| Account No. **1128**<br><br>**AGC of California**<br>**3095 Beacon Blvd.**<br>**West Sacramento, CA 95691** | | - | | **10/2009**<br>**Business Debt  Sudhakar Comp. Intl** | | | | 2,788.57 |
| Account No. **0645**<br><br>**Agee Construction**<br>**P.O. Box 629**<br>**Clovis, CA 93613** | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0014**<br><br>**Aggregate Products Inc.**<br>**Brawley Ave**<br>**Thermal, CA 92274** | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **1052**<br><br>**AIG Domestic Claims, Inc.**<br>**400 Interpace Pkwy. Bldg. A**<br>**Iselin, NJ 08830** | | - | | **5/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 2,677.70 |

Sheet no. __**2**___ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,651.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** ,                          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1649** <br><br> **AIG Staff Counsel** <br> **P.O. Box 105795** <br> **Atlanta, GA 30328** | | - | | **11/2007** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 1,491.20 |
| Account No. **0029** <br><br> **Air & Hose Source** <br> **18324 Valley Blvd.** <br> **Bloomington, CA 92316** | | - | | **5/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 3,686.06 |
| Account No. **xxx-xx xxxxx7-018** <br><br> **Alan Gray, Inc.** <br> **Attn: John P. Drummey** <br> **9 East 40th Street 12th Floor** <br> **New York, NY 10016** | | - | | **12/2008 thru 12/2009** <br> **Business Debt Sudhakar Comp. Intl. collections for Liberty Surplus Insurance Corporation** | | | | 26,088.56 |
| Account No. **0616** <br><br> **Albert W. Davies, Inc.** <br> **8737 Helms Ave** <br> **Temple City, CA 91780** | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **1639** <br><br> **Alfred Guerrero** <br> **2346 S. Cucamongo Ave #123** <br> **Ontario, CA 91761** | | - | | **12/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 35.98 |

Sheet no. __3__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,301.80

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ashok Em Sudhakar**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx25CG**  **Aliante Master Association**  **Excellence Community Management**  **P.O. Box 63185**  **Phoenix, AZ 85082-3185** | - | | | **3/2010**  **HOA Fees for 4225 Cackling Goose Dr.** | | | | **683.50** |
| Account No. **0016**  **All American Asphalt Co.**  **1776 All American Way**  **Corona, CA 92879** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1543**  **Alliance One**  **8589 Areo Drive**  **San Diego, CA 92123** | - | | | **6/2009**  **Business Debt Sudhakar Comp. Intl.** | | | | **1,376.00** |
| Account No. **0017**  **Alliance Streetworks**  **1111 E. Kimberly Ave.**  **Anaheim, CA 92801** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxx0916**  **Allied Credit/Alliance One**  **Attn: Bankruptcy**  **Po Box 2449**  **Gig Harbor, WA 98335** | - | | | **Opened  5/01/09**  **Collection Attorney San Diego** | | | | **1,376.00** |

Sheet no. __**4**___ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,435.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                          ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**America's Factors, Inc.**<br>**10430-26 Pioneer Blvd.**<br>**Santa Fe Springs, CA 90670** | - | | | **Business Debt-- Services to Sudhakar Com. Intl. from Roy & Dot's Truck Specialties, Inc.** | | | | **Unknown** |
| Account No. **1551**<br><br>**American Alliance Drug Testing**<br>**326 N. Euclid Ave.**<br>**Upland, CA 91786** | - | | | **12/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **224.00** |
| Account No. **0413**<br><br>**American Asphalt South, Inc**<br>**P.O. Box 310036**<br>**Fontana, CA 92331** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0306**<br><br>**American Constructors CA, Inc.**<br>**16351 Gothard Street Suite A**<br>**Huntington Beach, CA 92647** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxx-xxxxxx-x2009**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | X - | | | **2009**<br>**Business Debt - Sudhakar Management Credit Card** | | | | **7,299.92** |

Sheet no. __**5**___ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,523.92**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar** ,                                    Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1001**<br><br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90048** | | - | **5/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 6,031.20 |
| Account No. **xxxx-xxxxxx-x1013**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | | - | **2009**<br>**Business Debt--Sudhakar Management** | | | | Unknown |
| Account No. **xxxx-xxxxxx-x1023**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | | - | **2009**<br>**Business Debt-- Sudhakar Co. Intl.** | | | | 18,765.69 |
| Account No.<br><br>**American International Ins.**<br>**9350 Waxie Way 3rd Floor**<br>**San Diego, CA 92123** | | - | **Business Debt -- Palms Trust c/o Ash Sudhakar** | | | | Unknown |
| Account No. **0740**<br><br>**American Rotary Broom Co. Inc**<br>**564 N. Tulip**<br>**Escondido, CA 92025** | | - | **9/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 383.43 |

Sheet no. __6__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,180.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1286** <br><br> **American Solution for Business** <br> **2305 Circadian Way** <br> **Dept. 33867** <br> **San Francisco, CA 95407** | - | | **9/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 393.54 |
| Account No. **1225** <br><br> **Ann M. Prior** <br> **1525 N. Ardilla Ave** <br> **La Puente, CA 91746** | - | | **12/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | 589.26 |
| Account No. **0052** <br><br> **APEX Universal, Inc.** <br> **11033 Forest Place** <br> **Santa Fe Springs, CA 90670-3935** | - | | **6/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | Unknown |
| Account No. **xx-xx9604** <br><br> **Arch Insurance Group** <br> **Susan D. Neff, Esq** <br> **Senior Surety Counsel** <br> **135 N. Los Robles Avenue, Ste. 825** <br> **Pasadena, CA 91101** | - | | **2009** <br> **Business Debt -- MSJS' indemnity obligations to Arch.** | | | | 1,352,706.90 |
| Account No. **xxxxxx79-01** <br><br> **Arch Insurance Group** <br> **135 N. Los Robles Avenue, Ste. 825** <br> **Pasadena, CA 91101** | - | | **3/2010** <br> **Business Debt-- Penn Woods Landscaping** | | | | Unknown |

Sheet no. __7__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,353,689.70 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx79-04**  **Arch Insurance Group 135 N. Los Robles Ste. 825 Pasadena, CA 91101** | - | | **7/2010 Business Debt-- Penn Woods Corp.** | | | | **Unknown** |
| Account No.  **Arch Insurance Group 135 N. Los Robles Ste. 825 Pasadena, CA 91101** | - | | **1/2004 Business Debt  Sudhakar Company International/Sudhakar Company Inc.** | | | | **Unknown** |
| Account No. **0639**  **ASAP General Engineering 1747 Benedetto Point Perris, CA 92571-7589** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0498**  **ASR Constructors, Inc 10697 Oleander Ave Fontana, CA 92337** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxxxxxxxx0069**  **AT&T Payment Center Sacramento, CA 95887-0001** | - | | **8/2010 Business Debt-- Phone Services for MSJS Management Services.** | | | | **251.39** |

Sheet no. __**8**___ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**251.39**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar_____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0024** <br><br> Atkinson Contractors, LP <br> 27422 Portola Pkwy. Ste. 250 <br> Foothill Ranch, CA 92610 | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0471** <br><br> Autobahn Construction, Inc. <br> 933 N. Batawa St. Ste. A <br> Orange, CA 92867 | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1945** <br><br> Avalon Protective Services <br> P.O. Box 20662 <br> Riverside, CA 92507 | | | | | 12/2009 <br> **Business Debt Sudhakar Comp. Intl.** | | | | **6,060.00** |
| Account No. **1500** <br><br> Avran Industrial <br> 6620 Ave 304 <br> Visalia, CA 93291 | - | | | | 1/2009 <br> **Business Debt Sudhakar Comp. Intl.** | | | | **5,954.93** |
| Account No. **0531** <br><br> Bales Engineering Contractors, Inc <br> 1828 Shady Lane <br> Big Bear City, CA 92314-8712 | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __9___ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,014.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                        ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **0028** <br><br> **Balfour Beatty Infrastruture 2333 Courage Dr. Ste.C Fairfield, CA 94533** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx1282** <br><br> **Bank Of America Po Box 17054 Wilmington, DE 19850** | - | | | | **6/09 Credit Card purchases** | | | | **16,677.00** |
| Account No. **xxxxxxxxx5905** <br><br> **Bank of America P.O. Box 15220 Wilmington, DE 19886-5220** | - | | | | **Business Debt-- Sudhakar Mgmt.** | | | | **22,251.00** |
| Account No. **xxxx-xxxx-xxxx-4718** <br><br> **Bank of America P.O. Box 15026 Wilmington, DE 19850-5026** | - | | | | **1/2010 Personal Debt--Credit card purchases** | | | | **16,677.61** |
| Account No. **0364** <br><br> **Bannaoun Engineers 4377 Saltillo St Woodland Hills, CA 91364-4430** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

| | |
|---|---|
| Sheet no. __**10**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | **55,605.61** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                    ,            Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0581** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Bay Cities Paving & Grading** **5029 Forni Drive** **Concord, CA 94520-1224** | | - | | | | | | | **Unknown** |
| Account No. **Sudhakar** | | | | | 3/2010 Business Debt | | | | |
| **Beach Street Maint. Corp.** **P.O. Box 230490** **Encinitas, CA 92023-0490** | | - | | | | | | | **3,885.20** |
| Account No. **0031** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Beador Construction Co. Inc.** **12360 Tenescal Canyon Rd.** **Corona, CA 92883** | | - | | | | | | | **Unknown** |
| Account No. **0032** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Bear Valley Paving** **41841 Garstin Rd.** **Big Bear Lake, CA 92315** | | - | | | | | | | **Unknown** |
| Account No. **0034** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Belczak & Sons Inc.** **3510 E. Enterprise Dr.** **Anaheim, CA 92807** | | - | | | | | | | **Unknown** |

Sheet no. __11__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **3,885.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                      ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0612** | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Berkeley Engineering Co. Inc. 2216 5th Street Berkeley, CA 94710** | - | | | | | | | **Unknown** |
| Account No. **1941** | | | | 1/2009 Business Debt Sudhakar Comp. Intl. | | | | |
| **Best of the Best Sweeping, Inc. 4773 E. 133rd Street Hawthorne, CA 90250-5707** | - | | | | | | | **2,580.00** |
| Account No. **0099** | | | | 12/2009 Business Debt Sudhakar Comp. Intl. | | | | |
| **Bid America 41085 Elm Street Murrieta, CA 92562-9055** | | | | | | | | **464.00** |
| Account No. **xx4423** | | | | 7/2010 Business-- Sudhakar Company International-- Collections for J.J. Keller & Associates, Inc. | | | | |
| **Bilateral Credit Corp, LLC 141 W. 28th Street New York, NY 10001** | | | | | | | | **964.46** |
| Account No. | | | | 10/2004 Business Debt rental property 1450 Fitzgerald Ave. Rialto, CA 92376 by Sudhakar Comp. Intl. | | | | |
| **Birch Street Properties 111 S. Kraemer Blvd., Ste. C Brea, CA 92821** | | | | | | | | **Unknown** |

Sheet no. __**12**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **4,008.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0039** <br><br> **Bonadiman-McCain, Inc.** <br> **9420 Smiley Blvd.** <br> **Redlands, CA 92373-8730** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0454** <br><br> **Bond Blacktop, Inc.** <br> **2828 Faber Street** <br> **Union City, CA 94587-1204** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0481** <br><br> **Brent Engineering** <br> **26133 Mchean Pkwy.** <br> **Valencia, CA 91355** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0112** <br><br> **Brite Line** <br> **3788 Trotters Ridge Dr.** <br> **Las Vegas, NV 89122-3410** | - | | | | **10/2008** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **10,584.38** |
| Account No. **0040** <br><br> **Brutoco Engineering** <br> **14801 Slover Ave** <br> **Fontana, CA 92337** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __**13**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,584.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0116** <br><br> **Burrtec Waste Industries** <br> **1850 Agua Mansa Rd** <br> **Riverside, CA 92509-2404** | | - | | | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 1,708.44 |
| Account No. **1505** <br><br> **C-18, Inc.** <br> **202 East 3rd Street** <br> **Beaumont, CA 92223** | | - | | | **6/2008** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 1,350.00 |
| Account No. **0041** <br><br> **C. A. Rasmussen, Inc.** <br> **28548 Livingston Ave** <br> **Valencia, CA 91355** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **xxxxx2679** <br><br> **C. W. Driver** <br> **Symphony Towers** <br> **750 B Street Suite 1700** <br> **San Diego, CA 92101** | | - | | | **2/2006** <br> **Business Debt-- Penn Woods owes payroll obligations** | | | | 17,156.65 |
| Account No. **0042** <br><br> **C.P. Construction** <br> **225 Driver Valley Rd. Suite 100** <br> **Oakland, OR 97462-9672** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __**14**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,215.09

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0521** <br><br> **C.S. Legacy Construction, Inc.** <br> **4914 E. Ashlan Ave. Ste. 102** <br> **Fresno, CA 93612** | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxxx2679** <br><br> **C.W. Driver** <br> **Symphony Towers** <br> **750 B Street Suite 1700** <br> **San Diego, CA 92101** | | - | | **2/2006** <br> **Business Debt- MSJS Management owes for payroll obligations** | | | | **17,781.31** |
| Account No. <br><br> **C2C Resources, LLC.** <br> **56 Perimeter Center East** <br> **Atlanta, GA 30346** | X | - | | **12/2009** <br> **Business Debt--Sudhakar Co. Intl. services from Western Emulsions Inc.** | | | | **24,519.75** |
| Account No. **xxx4068** <br><br> **Caine & Weiner** <br> **P.O. Box 5010** <br> **Woodland Hills, CA 91365-5010** | | - | | **Business -Sudhakar Company Inc. - Collections ( Pitney Bowes Global Fincl Srvs.)** | | | | **417.79** |
| Account No. **xxxxx0001** <br><br> **California Business Bureau** <br> **4542 Ruffner St Ste 160** <br> **San Diego, CA 92111** | | - | | **5/01/09** <br> **Collection Attorney Scripps Clinic** | | | | **447.00** |

Sheet no. **_15_** of **_111_** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 43,165.85 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                        ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1174**<br><br>**California Water Service Co.**<br>**P.O. Box 940001**<br>**San Jose, CA 95194** | - | | **12/2009**<br>**Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0563**<br><br>**Camarillo Engineering, Inc.**<br>**1320 Flynn Rd.**<br>**Camarillo, CA 93012** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **x2705**<br><br>**Capital Commercial Services, Inc.**<br>**31805 Temecula Parkway #146**<br>**Temecula, CA 92592** | - | | **4/2008**<br>**Business Debt Collections for Top of the Line Sweeping, Inc. for services to Sudhakar Co. Intl.** | | | | **6,574.48** |
| Account No. **0538**<br><br>**CCK Builders, Inc.**<br>**625 W. Katella Ave. Ste. 1**<br>**Orange, CA 92867** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1704**<br><br>**CED**<br>**580 East Hill Street**<br>**San Bernardino, CA 92408** | - | | **2/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **41.60** |

Sheet no. __**16**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,616.08**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ ,                    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0147** <br><br> **Center Capital Corp-48566-01** <br> **P.O. Box 388** <br> **Farmington, MO 63640** | - | | **12/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 6,088.69 |
| Account No. **1976** <br><br> **Center Capital Corp-48566-02** <br> **P.O. Box 388** <br> **Farmington, MO 63640** | - | | **12/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 8,737.04 |
| Account No. **1977** <br><br> **Center Capital Corp-48566-03** <br> **P.O. Box 388** <br> **Farmington, MO 63640** | - | | **12/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 15,239.84 |
| Account No. **1978** <br><br> **Center Capital Corp-48566-04** <br> **P.O. Box 388** <br> **Farmington, MO 63640** | - | | **12/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 8,729.28 |
| Account No. **1979** <br><br> **Center Capital Corp-48566-05** <br> **P.O. Box 388** <br> **Farmington, MO 63640** | - | | **12/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 14,370.96 |

Sheet no. __17__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         53,165.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2036** <br><br> **Centerline Striping Co Inc.** <br> **9847 Dino Drive** <br> **Elk Grove, CA 95624** | | - | | | 10/2009 <br> **Business Debt Sudhakar Comp. Intl.** | | | | 1,300.00 |
| Account No. **1310** <br><br> **Century Sweeping Co., Inc.** <br> **1405 Date Street** <br> **Montebello, CA 90640** | | - | | | 5/2009 <br> **Business Debt Sudhakar Comp. Intl.** | | | | 17,785.00 |
| Account No. **0513** <br><br> **CH2MHill/Interstate Hiway-JV** <br> **World Headquarters** <br> **9191 S. Jamaica Street** <br> **Englewood, CO 80112** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **1668** <br><br> **Charles Wildeboer** <br> **558 S. Aldenville Ave** <br> **Covina, CA 91723** | | - | | | 12/2009 <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | 163.85 |
| Account No. **xxxxxxxxx2772** <br><br> **Chase** <br> **P.O. Box 78035** <br> **Phoenix, AZ 85062-8035** | X | - | | | 12/2009 <br> **Business Debt-Credit Card Purchases** | | | | 57,595.45 |

Sheet no. _**18**_ of _**111**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,844.30

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                    Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-xxxxxxx9056**<br><br>**Chase Home Finance  LLC**<br>**Attn: Home Equity Loan Servicing**<br>**P.O. Box 24714**<br>**Columbus, OH 43224** | - | | **5/2004**<br>**317 Marble Falls Street Las Vegas, NV 89138** | | | | **204,024.34** |
| Account No. **0448**<br><br>**Christopher R. Morales, Inc.**<br>**155 N. Eucla Ave**<br>**San Dimas, CA 91773-2587** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xx1342**<br><br>**City Clerk**<br>**P.O. Box 1318**<br>**San Bernardino, CA 92402-1318** | - | | **2007**<br>**Business Debt--Sudhakar Comp. Intl. G025 General Engineering class.** | | | | **150.00** |
| Account No. **xxxxxxx2069**<br><br>**City of  Las Vegas**<br>**P.O. Box 52781**<br>**Phoenix, AZ 85072-2781** | - | | **10/2009**<br>**Tax Debt– Palms Trust/ Jayn Sarla Trustee** | | | | **466.43** |
| Account No. **0402**<br><br>**City of Glendora**<br>**116 E. Foothill Blvd.**<br>**Glendora, CA 91741-3380** | - | | **Business Debt Sudhakar Company Intl.** | | | | **8,600.00** |

Sheet no. __**19**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **213,240.77**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0426**<br><br>**City of Lancaster**<br>**44933 N. Fern Ave**<br>**Lancaster, CA 93534** | - | | **Business Debt Sudhakar Company Intl.** | | | | 168.00 |
| Account No. **xxxxxxx2015**<br><br>**City of North Las Vegas**<br>**Aliante, District #60**<br>**P.O. Box 60559**<br>**Los Angeles, CA 90060-0559** | - | | **11/2009**<br>**Tax Debt– Peter Irrevocable Trust 2004/ Sudhakar Ash Trustee** | | | | 757.53 |
| Account No. **0069**<br><br>**City of Pasadena**<br>**100 N. Garfield Ave**<br>**Pasadena, CA 91109** | - | | **Business Debt Sudhakar Comp. Intl.** | | | | 825.00 |
| Account No. **0361**<br><br>**City of Redondo Beach**<br>**415 Diamond Street**<br>**Redondo Beach, CA 90277** | - | | **Business Debt Sudhakar Comp. Intl.** | | | | 17,756.79 |
| Account No. **0700**<br><br>**City of Rialto Fire Dept.**<br>**131 S. Willow Ave**<br>**Rialto, CA 92376-6387** | - | | **11/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 514.50 |

Sheet no. __**20**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              20,021.82

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar_____,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **0699** | | | | **12/2009** Business Debt -- Sudhakar Co. Int'l. | | | | |
| City of Rialto Utilities 150 S. Palm Ave Rialto, CA 92376 | - | | | | | | | 288.82 |
| Account No. **1037** | | | | **12/2009** Business Debt -- Sudhakar Co. Int'l. Business Licenses | | | | |
| City of Santa Ana 20 Civic Center Plaza Santa Ana, CA 92703 | - | | | | | | | 261.00 |
| Account No. **1086** | | | | **12/2009** Business Debt -- Sudhakar Co. Int'l. | | | | |
| City of Temecula Business License City Hall 43200 Business Park Dr. Temecula, CA 92590 | - | | | | | | | 35.00 |
| Account No. **2056** | | | | **12/2009** Business Debt -- Sudhakar Co. Int'l. Business Licenses | | | | |
| City of Visalia 315 E. Acequia Ave Visalia, CA 93277 | - | | | | | | | 85.00 |
| Account No. **x8433** | | | | **12/2009** Business Debt-- Services for Sudhakar Comp. Intl. | | | | |
| City Rentals 1035 No. Vineyard Ontario, CA 91764 | - | | | | | | | 1,879.40 |

Sheet no. __21__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,549.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0168**<br><br>**Clairemont Equipment Rentals**<br>**8520 Cherry Ave**<br>**Fontana, CA 92335** | - | | **11/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 2,479.72 |
| Account No. **xxxx85-99**<br><br>**Clark County Government Center**<br>**500 S. Grand Central Parkway**<br>**P.O. Box 551401**<br>**Las Vegas, NV 89155-1401** | - | | **5/2009**<br>**Business-- La Tortilla Factory-- 2008-2009 Fiscal Year Taxes** | | | | 400.44 |
| Account No. **xxxxx0975**<br><br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd.**<br>**Saint Charles, MO 63301-4047** | - | | **5/2010**<br>**Business Debt Collections-- AMX Company, Inc. owes Wells Fargo  Bank** | | | | 5,825.71 |
| Account No. **x/2008**<br><br>**Coface Collections North America, Inc.**<br>**PO Box 8510**<br>**Metairie, LA 70011-8510** | - | | **3/2010**<br>**Business Debt--Sudhakar Comp. Intl. ref. Motel 6** | | | | 38,787.40 |
| Account No. **1819**<br><br>**Coffelt Street Sweeping, Inc.**<br>**141 Industry Ave**<br>**La Habra, CA 90631** | - | | **10/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 1,125.00 |

Sheet no. __22__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          48,618.27

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0083** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Coffman Specialties, Inc** **9685 Via Excelencia Ste. 200** **San Diego, CA 92126** | | - | | | | | | | Unknown |
| Account No. **0525** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Colich & Sons Gen'l Engr.** **547 W. 140th St.** **Gardena, CA 90248** | | - | | | | | | | Unknown |
| Account No. **xxxx2488** | | | | | Business Debt-- Services for Sudhakar Comp. Intl. | | | | |
| **Collection Bureau of America** **P.O. Box 5013** **Hayward, CA 94540-5013** | | - | | | | | | | 109.52 |
| Account No. **2062** | | | | | 11/2009 Business Debt Sudhakar Comp. Intl. | | | | |
| **Computer 1** **Products of America Inc.** **11135 Rush St. Unit A** **South El Monte, CA 91733** | | - | | | | | | | 1,577.43 |
| Account No. **0572** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Connolly Pacific Co.** **1925 W. Pier D St.** **Long Beach, CA 90802** | | - | | | | | | | Unknown |

Sheet no. __23__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,686.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                  ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0189**<br><br>**Construction Laborers Trust**<br>**4401 Santa Anita**<br>**El Monte, CA 91731** | - | | **11/2009**<br>**Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xx2367**<br><br>**Contractors State License Board**<br>**9821 Business Park Drive**<br>**Sacramento, CA 95827** | - | | **3/2010**<br>**Business Debt-- Employment Development Department vs. Sudhakar Company International** | | | | **Unknown** |
| Account No. **0670**<br><br>**Coral Construction Co.**<br>**11011 Crenshaw Blvd. Ste. 100**<br>**Inglewood, CA 90303** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xx xxxx2652**<br><br>**Cort, Serrano & Cort**<br>**Attn: William G. Cort, Esq.**<br>**9040 Telegraph Rd., Ste. 206**<br>**Downey, CA 90240** | | | **Business Lawsuit-- L.F. Lloyd, Inc. vs. Sudhakar Company Inc. aka Sudhakar International** | | | | **15,660.00** |
| Account No.<br><br>**County of Sacramento**<br>**P.O. Box 839**<br>**Sacramento, CA 95812-0839** | - | | **5/2005**<br>**Personal Debt-State Tax Lien** | | | | **3,500.00** |

Sheet no. __**24**__ of __**111**__ sheets attached to Schedule of                        Subtotal

Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)     **19,160.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** _____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx4382**<br><br>**County of San Bernardino**<br>**Tax Collector**<br>**172 W. 3rd Street, 1st Floor**<br>**San Bernardino, CA 92415-0360** | | - | | **2008**<br>**Business Tax Debt--EAS Investment &**<br>**Development- unsecured property taxes on**<br>**parcel #3066331040000** | | | | 844.91 |
| Account No. **xxxx4390**<br><br>**County of San Bernardino**<br>**Tax Collector**<br>**172 W. 3rd Street, 1st Floor**<br>**San Bernardino, CA 92415-0360** | | - | | **2008**<br>**Business Tax Debt--EAS Investment &**<br>**Development- unsecured property taxes on**<br>**parcel #3066331040000** | | | | 2,384.55 |
| Account No. **xxxx3829**<br><br>**County of San Bernardino**<br>**Tax Collector**<br>**172 W. 3rd Street, 1st Floor**<br>**San Bernardino, CA 92415-0360** | | - | | **2010**<br>**Business Tax Debt--EAS Investment &**<br>**Development- unsecured property taxes on**<br>**parcel #026421229L010** | | | | 236.44 |
| Account No. **xxxxxxxxxxx1001**<br><br>**Cox Communications**<br>**PO Box 79175**<br>**Phoenix, AZ 85062-9175** | | - | | **2/2009**<br>**Personal Debt** | | | | 170.09 |
| Account No. **xxxxxxxxxxx6601**<br><br>**Cox Communications, Inc.**<br>**P.O. Box 53262**<br>**Phoenix, AZ 85072-3262** | | - | | **10/2008**<br>**Business Debt--Services to Sudhakar**<br>**Management Services, LLC.** | | | | 171.02 |

Sheet no. __25__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,807.01

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0207** <br><br> **Crafco Inc.** <br> **14142 Whittram Ave.** <br> **Fontana, CA 92335-3044** | | - | | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **761.25** |
| Account No. **xxxxxxxxxxxx9643** <br><br> **Credit Bureau Central** <br> **PO Box 29299** <br> **Las Vegas, NV 89126-9299** | X | - | | **3/2010** <br> **Business Debt Collections-- AMX Company Inc. owes for NVEnergy** | | | | **1,398.08** |
| Account No. **0564** <br><br> **Cruco Construction** <br> **2443 Foundry Park Ave** <br> **Fresno, CA 93706-4531** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0095** <br><br> **CT&F Inc Electrical Contractor** <br> **10642 Santa Monica Blvd. Ste 201** <br> **Los Angeles, CA 90025-4833** | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0097** <br><br> **D & L Paving** <br> **32389 Dunlap Blvd.** <br> **Yucaipa, CA 92399** | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. **26** of **111** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,159.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0096** <br><br> **D W Powell Construction** <br> **8555 Banana Ave** <br> **Fontana, CA 92335** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0098** <br><br> **D. G. Yeager Construction Co.** <br> **23252 Del Lago Dr.** <br> **Laguna Hills, CA 92653** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0482** <br><br> **D. J. Miller, Inc** <br> **11976 California St.** <br> **Yucaipa, CA 92399** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0218** <br><br> **D3 Equipment** <br> **10062 Live Oak Ave** <br> **Fontana, CA 92335-6225** | - | | | | **7/2008** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **1,057.09** |
| Account No. **1947** <br><br> **Dan Napier CIH** <br> **111 N. Sepulveda Blvd. Ste. 355** <br> **Manhattan Beach, CA 90266** | - | | | | **4/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **4,790.00** |

Sheet no. __27__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,847.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                              Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0220** <br><br> **Dan Napier CIH** <br> **111 N. Sepulveda Blvd. Ste. 355** <br> **Manhattan Beach, CA 90266** | - | | | **1/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **16,917.00** |
| Account No. **0567** <br><br> **Dave Christian Construction** <br> **2233 S. Minnewawa Ave.** <br> **Fresno, CA 93729** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0666** <br><br> **David A. Bush, Inc.** <br> **1820 S. Armstrong Ave** <br> **Fresno, CA 93727** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1557** <br><br> **DDS Legal Support Systems, Inc.** <br> **2900 Bristol Street Ste. E-106** <br> **Costa Mesa, CA 92626** | - | | | **11/2008** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **113.23** |
| Account No. **0626** <br><br> **DeBruin Construction, Inc.** <br> **939 W. Charter Way** <br> **Stockton, CA 95206** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __28__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,030.23**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                      ,    Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1633** <br><br> **Dept of Motor Vehicle DMV** <br> **P.O. Box 51061** <br> **Los Angeles, CA 90007** | - | | **4/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 185.00 |
| Account No. **1121** <br><br> **Dept of Motor Vehicles-Pull** <br> **Pull Notice Services** <br> **Sacramento, CA 95818** | - | | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 95.00 |
| Account No. **0104** <br><br> **Desert Pipeline** <br> **83477 62nd. Ave** <br> **Thermal, CA 92274** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0309** <br><br> **Diablo's Contractors, Inc.** <br> **7 Crow Canyon Court Ste. 100** <br> **San Ramon, CA 94583** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. <br><br> **Dixie Sudhakar** <br> **P.O. Box 25257** <br> **Los Angeles, CA 90025** | - | | **Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __**29**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

280.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **Ashok Em Sudhakar**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **1948**  <br><br>**DMC Sweeping, Inc.**<br>**P.O. Box 6787**<br>**Visalia, CA 93277** | - | | | **5/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 1,591.54 |
| Account No. **0248**  <br><br>**DMV Renewals**<br>**8243 Demetre Ave**<br>**Sacramento, CA 95828-0932** | - | | | **6/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 51,512.00 |
| Account No. **xx-xxx8219**  <br><br>**DNA Dan Napier, CIH**<br>**Industrial Hygiene**<br>**111 N. Sepulveda Blvd. Ste. 355**<br>**Manhattan Beach, CA 90266-6861** | - | | | **2009**<br>**Business Debt-- Services for Sudhakar Comp. Intl.** | | | | 33,229.42 |
| Account No. **0627**  <br><br>**Don Berry Construction, Inc.**<br>**13701 Gonden State Blvd.**<br>**Selma, CA 93662** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0398**  <br><br>**Don Kelly Construction, Inc.**<br>**10967 San Diego Mission Rd**<br>**San Diego, CA 92108** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __30__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,332.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                                      ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0105** <br><br> **Doty Brothers** <br> **11232 E. Firestone Blvd.** <br> **Norwalk, CA 90650** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0553** <br><br> **Doug Martin Contracting Co., Inc.** <br> **220 Foundation Ave** <br> **La Habra, CA 90631** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0488** <br><br> **Dynalectric** <br> **6050 W. 6th** <br> **Los Angeles, CA 90036** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0108** <br><br> **E.C. Construction** <br> **7085 Jurupa Ave #3** <br> **Riverside, CA 92504** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0562** <br><br> **Eagle Asphalt Construction, Inc.** <br> **P.O. Box 2456** <br> **Pomona, CA 91769** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Husband, Wife, Joint, or Community

Sheet no. __**31**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0111**<br><br>**Elite Bobcat Service**<br>**1320 E. 6th Street Ste. 100**<br>**Corona, CA 92879** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1578**<br><br>**Elite Road Service & Tire, Inc.**<br>**P.O. Box 1347**<br>**Bloomington, CA 92316** | - | | | **7/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **10,814.77** |
| Account No. **0268**<br><br>**Elite Towing**<br>**P.O. Box 1210**<br>**Fontana, CA 92334-1210** | - | | | **7/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **4,661.25** |
| Account No. **0611**<br><br>**Emmett's Excavation, Inc.**<br>**2316 N. Fowler Ave**<br>**Fresno, CA 93727** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0371**<br><br>**Empire Construction LP**<br>**777 Campus Commons Rd**<br>**Sacramento, CA 95825** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __**32**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,476.02**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-1942**<br><br>**Employment Development Dept.**<br>**P.O. Box 826846**<br>**Sacramento, CA 94246-0001** | - | | | **7/2010**<br>**Business Debt-- Sudhakar Comp. International for Employment Taxes** | | | | **136,426.50** |
| Account No. **0276**<br><br>**Ennis Paint Inc.**<br>**5910 N. Central Expressway #1050**<br>**Dallas, TX 75206-5145** | - | | | **4/2008**<br>**Business Debt Sudhakar Comp. Intl. services** | | | | **548,807.04** |
| Account No. **0476**<br><br>**Environmental Construction, Inc.**<br>**1650 E. 104th Street**<br>**Los Angeles, CA 90002** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxx9048**<br><br>**EQ Acquisitions 2003, Inc.**<br>**50 Washington Street**<br>**Norwalk, CT 06854** | - | | | **3/2010**<br>**Business Debt--Sudhakar Comp. Intl. repossessed 2002 Toyota 7FGCU30 Forklift.** | | | | **5,631.84** |
| Account No. **0351**<br><br>**ETCO Development, Inc.**<br>**1351 Pomona Rd**<br>**Corona, CA 92882** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __33__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**690,865.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0113** <br><br> **Excel Paving** <br> **13605 Fendale Street** <br> **Whittier, CA 90605** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0285** <br><br> **Exxon Mobil** <br> **P.O. Box 688938** <br> **Des Moines, IA 50368** | - | | | | **5/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **2,114.56** |
| Account No. <br><br> **Faicollect Inc.** <br> **P.O. Box 7148** <br> **Bellevue, WA 98008-1149** | - | | | | **Collections for Wells Fargo Bank** | | | | **11,096.94** |
| Account No. **1265** <br><br> **Fastenal** <br> **1145 Orange Show Rd. Ste. A** <br> **San Bernardino, CA 92408** | - | | | | **7/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **2,091.52** |
| Account No. **0292** <br><br> **Federal Express** <br> **P.O. Box 7221** <br> **Pasadena, CA 91109** | - | | | | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **1,285.93** |

Sheet no. __**34**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,588.95**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx3992**<br><br>**Financial Credit Network, Inc.**<br>**P.O. Box 3084**<br>**Visalia, CA 93278-3084** | - | | | | **1/2010**<br>**Business Debt for Sudhakar Co International owes California Water Service Company** | | | | **278.72** |
| Account No. **0560**<br><br>**Fisher & Sons, Inc.**<br>**5242 E. Holme Ave**<br>**Fresno, CA 93727** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0116**<br><br>**Flatioron- Benecia**<br>**1601 San Elijo Rd.**<br>**San Marcos, CA 92078** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0566**<br><br>**Flatiron- Flour/Parsons**<br>**1601 San Elijo Rd.**<br>**San Marcos, CA 92078** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1527**<br><br>**Fleet Glass**<br>**1500 S. Milliken Ave Ste. E**<br>**Ontario, CA 91761** | - | | | | **10/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **1,563.16** |

| | | |
|---|---|---|
| Sheet no. __**35**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **1,841.88** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0637**<br><br>**Floyd Johnston Construction Co. Inc.**<br>**2301 Herndon Ave**<br>**Clovis, CA 93611** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0493**<br><br>**Fomotor Engineering**<br>**225 S. Civic Dr.**<br>**Yucca Valley, CA 92284** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxx2463**<br><br>**Ford Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216** | | | | | 12/2009<br>**Business Debt Sudhakar Comp. Intl.** | | | | **3,330.93** |
| Account No. **xxxx5963**<br><br>**Ford Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216** | - | | | | 6/2009<br>**Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxx5281**<br><br>**Ford Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216** | - | | | | 5/2009<br>**Business Debt Sudhakar Comp. Intl.** | | | | **2,772.65** |

Sheet no. __**36**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,103.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** _____ ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4303**<br><br>**Ford Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216** | - | | **4/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **3,744.02** |
| Account No. **xxxx2335**<br><br>**Ford Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216** | - | | **4/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **4,107.32** |
| Account No. **xxxxx1339**<br><br>**Ford Motor Credit Company**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216-6508** | - | | **6/2007**<br>**Business Debt-- Vehicle Repossessed on 7/7/2010 VIN#1FTRX12WX7FA88525 from MSJS Mgmt and Sudhakar Co. Intl.** | | | | **7,955.16** |
| Account No. **xxxxx1591**<br><br>**Ford Motor Credit Company**<br>**Dept 194101**<br>**P.O. Box 55000**<br>**Detroit, MI 48255-1941** | - | | **3/2010**<br>**Business Debt- Sudhakar Comp. Intl.,** | | | | **10,269.66** |
| Account No. **xxxxx4107**<br><br>**Ford Motor Credit Company**<br>**Dept 194101**<br>**P.O. Box 55000**<br>**Detroit, MI 48255-1941** | - | | **3/2010**<br>**Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __37__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,076.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4565**<br><br>**Ford Motor Credit Company<br>Dept 194101<br>P.O. Box 55000<br>Detroit, MI 48255-1941** | - | | **3/2010<br>Business Debt-- Sudhakar Comp. Intl.** | | | | **11,080.05** |
| Account No. **xxxxxxxxxxxxxxxx8710**<br><br>**Ford Motor Credit Company<br>P.O. Box 6508<br>Mesa, AZ 85216-6508** | - | | **12/2009<br>Business Debt--Repossessed 2007 Ford F150 4x2 vin#1FTRF12W97NA46534 for Penn Woods Corp.** | | | | **Unknown** |
| Account No. **1560**<br><br>**Fountain Services<br>P.O. Box 881<br>Rancho Cucamonga, CA 91729** | - | | **10/2009<br>Business Debt Sudhakar Comp. Intl.** | | | | **600.00** |
| Account No.<br><br>**Frank Huang, CPA<br>1199 S. Fairway Dr. Ste. 109<br>Walnut, CA 91789** | - | | **Business Debt--Services** | | | | **Unknown** |
| Account No. **0494**<br><br>**Freeway Electric<br>5942 Acorn Street<br>Riverside, CA 92504** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __**38**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,680.05**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1726**<br><br>**Fresno Builders Exchange<br>1244 N. Mariposa Street<br>Fresno, CA 93703** | | - | | | **3/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 985.00 |
| Account No. **0437**<br><br>**Frontier Homebuilders, Inc.<br>1150 S. Vineyard Ave<br>Ontario, CA 91761** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0307**<br><br>**FTR International, Inc.<br>1281 Pier G Ave<br>Long Beach, CA 90802** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **xxxxx2082**<br><br>**GC Services Limited Partnership<br>P.O. Box 5220<br>San Antonio, TX 78201** | | - | | | **3/2010**<br>**Business Debt Collections--Sudhakar Company owes GMAC** | | | | 9,423.19 |
| Account No. **xxxxx2742**<br><br>**GC Services Limited Partnership<br>P.O. Box 5220<br>San Antonio, TX 78201** | | - | | | **4/2010**<br>**Business Debt Collections-- Sudhakar Comp. owes GMAC, Inc.** | | | | 7,091.91 |

Sheet no. __39__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,500.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6312** <br><br> **GC Services Limited Partnership** <br> **P.O. Box 5220** <br> **San Antonio, TX 78201** | - | | **6/2010** <br> **Business Debt Collections for Sudhakar Co. Intl. on Sprint.** | | | | **24,501.98** |
| Account No. **0334** <br><br> **Generations Pest Control** <br> **7231 Boulder Ave. #136** <br> **Highland, CA 92346** | - | | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **560.00** |
| Account No. **0125** <br><br> **Genesis Construction** <br> **3044 Horace Street** <br> **Riverside, CA 92506** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0602** <br><br> **George Reed, Inc. Lodi** <br> **686 E. Lockford St.** <br> **Lodi, CA 95240** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0623** <br><br> **George Reed, Inc.-- Modesto** <br> **P.O. Box 4760** <br> **Modesto, CA 95352** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __40__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,061.98**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar_____,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8500**<br><br>**George Reed, Inc.-- Sonora**<br>**P.O. Box 4760**<br>**Modesto, CA 95352** | - | | | **10/2009**<br>**Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxx1549**<br><br>**George Works**<br>**2837 Estado Street**<br>**Pasadena, CA 91107** | - | | | **12/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | **1,615.05** |
| Account No. **1131**<br><br>**Glen Wells Construction Company, Inc.**<br>**P.O. Box 3104**<br>**Visalia, CA 93278-3104** | - | | | **7/2009**<br>**Business Debt for EAS Investment & Development, LLC.** | | | | **42,132.30** |
| Account No. **xxxxxxxx6529**<br><br>**GMAC**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290** | - | | | **10/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **2,897.76** |
| Account No. **xxx-xxxx-x8401**<br><br>**GMAC**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290** | - | | | **2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **1,174.06** |

Sheet no. __41__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **47,819.17**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x8653**<br><br>**GMAC**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290** | - | | **2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 538.76 |
| Account No. **xxx-xxxxx3887**<br><br>**GMAC**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290** | - | | **2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 869.94 |
| Account No. **0343**<br><br>**GNS Diesel Repair, Inc**<br>**450 W. Valley Blvd.**<br>**Rialto, CA 92376** | | | **9/2007**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 2,474.50 |
| Account No. **4180**<br><br>**Goshen Auto Parts**<br>**6676 Avenue 304**<br>**Visalia, CA 93291-9480** | - | | **5/2010**<br>**Business Debt- Services used by Sudhakar Comp. International** | | | | 4,725.59 |
| Account No. **2080**<br><br>**Goshen Community**<br>**6678 Ave 308**<br>**Visalia, CA 93291** | - | | **12/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 40.00 |

Sheet no. __42__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  8,648.79

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ ,                                      Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0384** | | | | Business Debt Sudhakar Company Intl. | | | | |
| **Grades Pro Inc. dba McKenna Construction** P.O. Box 42335 Bakersfield, CA 93384 | - | | | | | | | **10,227.83** |
| Account No. **0427** | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Graham Contractors, Inc.** 485 Grand Oak Ln Thousand Oaks, CA 91360 | - | | | | | | | **Unknown** |
| Account No. **0401** | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Grand Pacific Contractors, Inc.** 680 N. Cota St Corona, CA 92880 | - | | | | | | | **Unknown** |
| Account No. **0329** | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Granite Construction- Bakersfield** 3005 James Rd Bakersfield, CA 93308 | - | | | | | | | **Unknown** |
| Account No. **0455** | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Granite Construction- Fresno** 2716 S. Granite Ct. Fresno, CA 93706-5455 | - | | | | | | | **Unknown** |

Sheet no. __43__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         **10,227.83**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0127**<br><br>**Granite Construction- Indio**<br>**38155 Monroe Street**<br>**Indio, CA 92203** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0405**<br><br>**Granite Construction- Monterey Bay**<br>**P.O. Box 720**<br>**Monterey, CA 93942** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0369**<br><br>**Granite Construction- Santa Barbara**<br>**5335 Debbie Rd**<br>**Santa Barbara, CA 93111** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0632**<br><br>**Granite Construction- Stockton**<br>**P.O. Box 151**<br>**Stockton, CA 95201** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0362**<br><br>**Great West Contractors, Inc**<br>**4562 E. Eisenhower Circle**<br>**Anaheim, CA 92807** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __**44**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,          Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx8419<br><br>Greg W. Jones, Esq<br>Hathaway, Perrett, Webster, ET Al.<br>5450 Telegraph Road, Ste. 200<br>Ventura, CA 93006-3577 | | - | 10/2009<br>Business Debt Lawsuit--P.W. Gillibrand Co. Inc. vs. Sudhakar Company Inc. | | | | 10,567.17 |
| Account No. 1419<br><br>Greg Works<br>3506 E. Hillhaven Dr.<br>West Covina, CA 91791 | | - | 12/2009<br>Business Debt -- Sudhakar Co. Int'l. | | | | 1,287.87 |
| Account No. 0570<br><br>Griffith Company- Bakersfield<br>1128 Carrier Pkwy Ave<br>Bakersfield, CA 93308 | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. 0569<br><br>Griffith Company- Santa Ana<br>2020 S. Yale St<br>Santa Ana, CA 92704 | | - | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. 0128<br><br>Griffith Company-Santa Fe Springs<br>12200 Bloomfield Ave<br>Santa Fe Springs, CA 90670 | | - | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |

Sheet no. __45__ of __111__ sheets attached to Schedule of          Subtotal          11,855.04
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0478** <br><br> **GS Equipment Rental** <br> **135 Keller Street #C** <br> **Petaluma, CA 94952-2312** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0131** <br><br> **H&H General Contractors, Inc.** <br> **254 E. Drake Dr.** <br> **San Bernardino, CA 92408** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **7214** <br><br> **Hadley Tow** <br> **11819 E. Hadley Street** <br> **Whittier, CA 90601** | | - | | | **11/2008** <br> **Business Debt--Services to Sudhakar Comp.** | | | | **8,846.50** |
| Account No. **0523** <br><br> **Hal Hays Construction, Inc.** <br> **1835 Chicago Ave. Ste. C** <br> **Riverside, CA 92507** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0641** <br><br> **Hanford Development, Inc.** <br> **113 Court Street** <br> **Hanford, CA 93230-4493** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __**46**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,846.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar**                                          , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0606**<br><br>**Hanford Montecito Ranch, LLC**<br>**6360 La Punta Dr**<br>**Los Angeles, CA 90068-2826** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0135**<br><br>**Hardy & Harper**<br>**1312 E. Warner Ave**<br>**Santa Ana, CA 92705** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0138**<br><br>**Hazard Construction**<br>**39725 Garand Ln**<br>**Palm Desert, CA 92211** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **2044**<br><br>**HCI Environmental & Engineering Service**<br>**114 Business Center Drive**<br>**Corona, CA 92880** | - | | | | **9/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **9,451.92** |
| Account No. **0541**<br><br>**Henderson Construction**<br>**2100 W. Winery Ave., Ste. 104**<br>**Fresno, CA 93703** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __47__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,451.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0140** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Herman Weissker, Inc 1645 Brown Ave Riverside, CA 92509 | | - | | | | | | **Unknown** |
| Account No. **x1991** | | | | **11/2008 Business Debt--Services Sudhakar Co. Inc.** | | | | |
| Hi-Way Safety Rentals, Inc. 13310 5th Street Chino, CA 91710 | | - | | | | | | **1,399.74** |
| Account No. **0141** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Highland Construction Inc. 133 N. Pixley Street Orange, CA 92868-2207 | | - | | | | | | **Unknown** |
| Account No. **0554** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Highland Engineering of California 2230 S. Huron Dr Santa Ana, CA 92704-4947 | | - | | | | | | **Unknown** |
| Account No. **0142** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Hillcrest Contracting 1467 Circle City Dr. Corona, CA 92879 | | - | | | | | | **Unknown** |

Sheet no. __**48**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,399.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx4110**<br><br>**Hollins Law**<br>**Attn: Tamara M. Heathcote**<br>**2601 Main Street**<br>**Irvine, CA 92614-4239** | - | | **4/2010**<br>**Business Debt Lawsuit -- National Union Fire Insurance Company of Pittsburgh, PA vs. Sudhakar Company International** | | | | **Unknown** |
| Account No. **1524**<br><br>**Howard & Howard**<br>**39400 Woodward Ave Ste. 101**<br>**Bloomfield Hills, MI 48304** | - | | **4/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **4,300.00** |
| Account No. **0349**<br><br>**HPD, Inc**<br>**P.O. Box 5717**<br>**Norco, CA 92860** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xx3002**<br><br>**Hsbc Best Buy**<br>**Attn: Bankruptcy**<br>**Po Box 5263**<br>**Carol Stream, IL 60197** | - | | **Opened 12/01/96  Last Active  5/22/99**<br>**Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxxxxx6-1-89**<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64794**<br>**Saint Paul, MN 55164-0794** | - | | **8/2010**<br>**Business Debt for Sudhakar Company International owes AT&T West #0150** | | | | **225.67** |

| | |
|---|---|
| Sheet no. __49__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) |
| | **4,525.67** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0604** <br><br> **IAC Engineering, Inc.** <br> **1870 W. 9th Street** <br> **Upland, CA 91786-5649** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxx-xxx-6921** <br><br> **IDR Environmental Services** <br> **100 S. Irwindale Ave** <br> **Azusa, CA 91702** | - | | | | **10/2008** <br> **Business Debt for Sudhakar Comp. Intl.** | | | | **42,944.91** |
| Account No. <br><br> **Imperial A.I. Credit Companies** <br> **1630 E. Shaw AVe., Ste. 160** <br> **Fresno, CA 93710** | - | | | | **Business Debt -- Services** | | | | **Unknown** |
| Account No. **0643** <br><br> **Imperial Paving Co.** <br> **13555 Imperial Hwy.** <br> **Whittier, CA 90605-4237** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1950** <br><br> **Industrial Sweeping, Inc.** <br> **12300 194th Street** <br> **Artesia, CA 90701** | - | | | | **3/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **260.00** |

Sheet no. __**50**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **43,204.91**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ ,                                          Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx xxxx1870** | | | | 1/2010 **Business Debt-- Penn Woods Financial Corp. dba Sudhakar Company Inc.** | | | | |
| Inland Bobcate Inc. P.O. Box 759 Cardiff by the Sea, CA 92007 | - | | | | | | | 5,796.06 |
| Account No. **0475** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Intermountain Slurry Seal, Inc. 3811 Recycle Road #1 Rancho Cordova, CA 95742 | - | | | | | | | Unknown |
| Account No. **0409** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| International Surfacing System 1601 Culpepper Ave Modesto, CA 95351 | - | | | | | | | Unknown |
| Account No. **0976** | | | | 12/2009 **Business Debt Sudhakar Comp. Intl.** | | | | |
| Interstate Filter Service 15006 E. Arrow Hwy. Baldwin Park, CA 91706 | - | | | | | | | 649.04 |
| Account No. **0304** | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| IPS 9465 Customhouse Plaza, Sutie H-1 San Diego, CA 92154 | - | | | | | | | Unknown |

Sheet no. __51__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          6,445.10

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx048-1 <br><br> Irwin Comml Finance <br> 330 120th Ave NE Ste. 110 <br> Bellevue, WA 98005 | - | | | 9/2009 <br> Business Debt Sudhakar Comp. Intl. | | | | 809.64 |
| Account No. 0451 <br><br> J & H Engineering General Contractors <br> 4022 Camino Ranchero, Unit B <br> Camarillo, CA 93012 | - | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. 2038 <br><br> J & K Sweeping <br> 3845 Lynwood Way <br> Sacramento, CA 95826 | - | | | 6/2009 <br> Business Debt Sudhakar Comp. Intl. | | | | 2,821.25 |
| Account No. 0296 <br><br> J. Fletcher Creamer & Son, Inc. <br> 12874 San Fernando Rd <br> Sylmar, CA 91342 | - | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. 0157 <br><br> J. McLoughlin Engineering Co. <br> 10722 Arrow Rte. Ste 716 <br> Rancho Cucamonga, CA 91730 | - | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |

Sheet no. __52__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,630.89

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0156** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Jacobsson Engineering Construction, Inc.** **77590 Enfield Ln** **Palm Desert, CA 92211-0404** | - | | | | | | **Unknown** |
| Account No. | | | **Possible duplicate for notice purposes** | | | | |
| **Jason Hannah** **1450 N. Fitzgerald ave** **Rialto, CA 92376** | - | | | | | | **Unknown** |
| Account No. **1762** | | | **12/2009** **Business Debt Sudhakar Comp. Intl.** | | | | |
| **Jeffrey Darling** **5004 Norht "F" Street** **San Bernardino, CA 92407** | | | | | | | **82.21** |
| Account No. **0667** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **JFL Electric, Inc.** **8257 Compton Ave** **Los Angeles, CA 90001-3915** | - | | | | | | **Unknown** |
| Account No. | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Jim Scheinkman** **600 Anton Blvd. Ste. 1400** **Costa Mesa, CA 92626-7689** | - | | | | | | **Unknown** |

Sheet no. __**53**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **82.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0550**  John Madonna Construction Co. 12125 Los Osos Valley Rd San Luis Obispo, CA 93405-7213 | - | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **xxxx3612**  John S. MacIntoch A Professional Law Corporation 25350 Magic Mountain Pkwy., Ste. 130 Valencia, CA 91355 | - | | | 1/2008 Business Debt Lawsuit Patriot Environmental Servicers vs. Sudhakar Comp. Intl. | | | | 35,145.89 |
| Account No. **2046**  John Shewmaker 1825 Borrego Drive West Covina, CA 91791 | - | | | 12/2009 Business Debt -- Sudhakar Co. Int'l. | | | | 5,922.79 |
| Account No. **0802**  John Thayer, CA P.O. Box 908 Corona, CA 92882 | - | | | 9/2009 Business Debt -- Sudhakar Co. Int'l. | | | | 211,581.00 |
| Account No.  Juan Liggins USA Photocopy Service, Inc. 2114 N. Broadway #100 Santa Ana, CA 92706 | - | | | Business Debt -- Services | | | | Unknown |

Sheet no. __54__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

252,649.68

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | W J C | | | | | |
| Account No. **0552**<br><br>**JWT General Engineering, Inc.**<br>**1549 Menlo Ave**<br>**Clovis, CA 93611-0509** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxxx xx4205**<br><br>**K&L Gates, LLP**<br>**Carolyn A. McCoy**<br>**10100 Santa Monica Blvd., 7th Floor**<br>**Los Angeles, CA 90068** | - | | | **6/2010**<br>**Business Debt Lawsuit Mark Bates, et al. vs. Sudhakar Company International** | | | | **Unknown** |
| Account No. **1725**<br><br>**Kaman Industrial Technolies**<br>**File 25356**<br>**North Hollywood, CA 91605** | - | | | **8/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **2,966.42** |
| Account No. **0161**<br><br>**KEC Engineering**<br>**200 North Sherman Ave**<br>**Corona, CA 92882-7162** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0452**<br><br>**Kellar Sweeping, Inc.**<br>**12968 8th Street**<br>**Yucaipa, CA 92399** | - | | | **12/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **48,468.50** |

Sheet no. __**55**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
**51,434.92**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ _____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0163**<br><br>Ken Thompson Inc.<br>1785 Sampson Ave<br>Corona, CA 92879-1864 | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0528**<br><br>Kiewit Pacific Co-- Redlands<br>1485 E. San Bernardino Ave<br>Redlands, CA 92374 | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1194**<br><br>Knoch Tire Co.<br>936 N. Ben Maddox<br>Visalia, CA 93292 | - | | | **10/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **2,377.41** |
| Account No. **1193**<br><br>KRC Safety, Inc.<br>6084 W. Hurley Ave<br>Visalia, CA 93291 | - | | | **5/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **3,996.60** |
| Account No. **xx-xxxx7-120**<br><br>Labor Commissioner, State of California<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>300 Oceangate Ste. 850<br>Long Beach, CA 90802 | - | | | **7/2010**<br>**Business Debt-- Civil Wage and Penalty Assessment against MSJS Management Services, Inc.** | | | | **47,971.00** |

Sheet no. __56__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,345.01**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar_____,          Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx10-00** <br><br> **Laborers Trust Funds for Northern California** <br> **220 Campus Lane** <br> **Fairfield, CA 94534-1498** | - | | | | **10/2009** <br> **Business Debt-- Sudhakar Co International** | | | | 1,336.74 |
| Account No. **xxx10-00** <br><br> **Laborers Trust Funds for Northern California** <br> **220 Campus Lane** <br> **Fairfield, CA 94534-1498** | - | | | | **10/2009** <br> **Business Debt-- Sudhakar Co International** | | | | 2,778.57 |
| Account No. **1975** <br><br> **LaChance Financial Svcs. #2030** <br> **203 SW Cutoff** <br> **Northborough, MA 01532** | | | | | **1/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 42,975.25 |
| Account No. **0476** <br><br> **LaChance Financial Svcs. #2031** <br> **203 SW Cutoff** <br> **Northborough, MA 01532** | - | | | | **1/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 89,898.80 |
| Account No. **0172** <br><br> **Laird Construction Co., Inc.** <br> **9460 Lucas Ranch Rd** <br> **Rancho Cucamonga, CA 91730-5743** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __57__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 136,989.36 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0173**  Landmark Site Contractors 314 E. Third Street Perris, CA 92570 | - | | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **xxxxx xx2296**  Law Office of Damien J. Miranda Attn: Damien J. Miranda 3333 E. Concours Street, Ste. 4200 Ontario, CA 91764 | - | | | | 6/2007 Business Debt Lawsuit --Teresa Cormier vs. Sudhakar Company International | | | | 52,500.00 |
| Account No. **xxxx-xxxxxx-x1004**  Law Offices Bleier & Cox LLP 16130 Ventura Blvd., Ste. 620 Encino, CA 91436 | - | | | | 5/2009 Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **xxx3083**  Law Offices of Joel Cardis, LLC 2006 Swede Rd., Suite 100 E. Norriston, PA 19401 | - | | | | 11/2009 Business Debt Collection-- Sudhakar Comp. owes Labelle-Marvin Inc. | | | | Unknown |
| Account No. **xxxxxxx6743**  Law Offices of Kenneth J. Freed Kenneth J. Freed, Esq. 14226 Ventura Blvd., P.O. Box 5914 Sherman Oaks, CA 91413 | - | | | | 1/2010 Business Debt Lawsuit- Creditors Adjustment Bureau vs. MSJS Mgmt Services, Inc. | | | | 10,095.96 |

Sheet no. __**58**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,595.96

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xx5016**<br><br>**Law Offices of Kenneth J. Freed**<br>**Attn: Kenneth J. Freed, Esq.**<br>**14226 Ventura Blvd.,**<br>**P.O. Box 5914**<br>**Sherman Oaks, CA 91413** | - | | 2/2006<br>**Business Debt Lawsuit--Creditors Adjustment**<br>**Bureau vs. Sudhakar Co. Inc., Sudhakar Co.**<br>**Intl., Penn Woods; Ash Sudhakar.** | | | | 8,169.70 |
| Account No. **xxxxx xxx7239**<br><br>**Law Offices of Kenrick Young**<br>**52 Seraspi Court**<br>**Sacramento, CA 95834** | - | | 5/2010<br>**Business Debt Lawsuit--Glowlite, Inc., vs.**<br>**Sudhakar Comp. Intl. and SCI Pavement**<br>**Services.** | | | | 42,942.60 |
| Account No. **xxxx7046**<br><br>**Law Offices of Matthew L. Taylor**<br>**A Professional Corporation**<br>**1420 N. Claremont Blvd. #210**<br>**Claremont, CA 91711** | - | | 10/2009<br>**Business Debt Sudhakar Company**<br>**International & MSJS Management Services,**<br>**LLC.** | | | | Unknown |
| Account No. **xxxx-xxxxxx-x2009**<br><br>**Law Offices Of Patanaude & Felix,**<br>**A.P.C.**<br>**Westley U. Villanueva, Esq.**<br>**1771 E. Flamingo Rd., Ste 112A**<br>**Las Vegas, NV 89119** | X - | | 8/2009<br>**Business Debt-- Sudhakar file #09-51083** | | | | 27,640.45 |
| Account No. **xxxxx 0001**<br><br>**Law Offices of Reid & Hellyer**<br>**A Professional Corporation**<br>**P.O. Box 1300**<br>**Riverside, CA 92502-1300** | - | | 2/2010<br>**Business Debt-- Services to Sudhakar Comp.**<br>**Intl.** | | | | 3,063.29 |

Sheet no. __**59**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,816.04

B6F (Official Form 6F) (12/07) - Cont.

In re     **Ashok Em Sudhakar**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx7935**<br><br>**Law Offices of Robert A. Weinberg<br>Attn: Robert A. Weinberg, Esq.<br>18034 Ventura Blvd., #511<br>Encino, CA 91316-3516** | | - | | 8/2009<br>**Business Debt Lawsuit-- Brandlin & Associates vs. Sudhakar Company International.** | | | | 104,766.69 |
| Account No. **xxxxx19-43**<br><br>**Law Offices of Siegel & Siegel<br>6355 Topanga Canyon Blvd. #255<br>Woodland Hills, CA 91367** | | - | | 12/2009<br>**Business Debt Lawsuit-- AIG/Network Commerical Service Inc. vs. Sudhakar Co. Intl., vs. MSJS Management Services, Inc. Case #CIVDS 913915** | | | | 58,926.23 |
| Account No. **0479**<br><br>**Lawson Products Inc.<br>2689 Paysphere Circle<br>Chicago, IL 60674** | | | | 11/2007<br>**Business Debt Sudhakar Comp. Intl.** | | | | 2,082.27 |
| Account No. **0421**<br><br>**Lee's Paving Inc.<br>1212 N. Plaza Dr<br>Visalia, CA 93291-8827** | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0979**<br><br>**Legacy Long Distance Int'l<br>10833 Valley View Street<br>Cypress, CA 90630** | | - | | 10/2009<br>**Business Debt Sudhakar Comp. Intl.** | | | | 10.95 |

Sheet no. __60__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**165,786.14**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0367** | | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Lekos Electric, Inc.** **1370 Pioneer Way** **El Cajon, CA 92020** | | | | | | | | | **Unknown** |
| Account No. **0411** | | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **LH Engineering Company, Inc.** **708 N. Valley Street #S** **Anaheim, CA 92801-3837** | | | | | | | | | **Unknown** |
| Account No. **0488** | | | - | | **11/2009** **Business Debt Sudhakar Comp. Intl.** | | | | |
| **Local 1184** **1128 E. La Cadena Dr.** **Riverside, CA 92501** | | | | | | | | | **1,260.00** |
| Account No. **0634** | | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Lockwood General Engineering, Inc** **10533 W. Goshen Ave** **Visalia, CA 93291-9476** | | | | | | | | | **Unknown** |
| Account No. **1481** | | | - | | **4/2008** **Business Debt Sudhakar Comp. Intl.** | | | | |
| **LogoWear Direct** **733-C Lakeview Plaza Blvd.** **Columbus, OH 43085** | | | | | | | | | **3,673.54** |

Sheet no. __**61**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **4,933.54**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                     ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6443**<br><br>**Los Angeles County Recorder Office**<br>**7807 Compton Ave**<br>**Los Angeles, CA 90001-2613** | - | | **5/2008**<br>**Tax Lien** | | | | **476.00** |
| Account No. **0179**<br><br>**Los Angeles Engineering Inc.**<br>**633 N. Barranca Ave**<br>**Covina, CA 91723** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0444**<br><br>**Los Angeles Signal Construction, Inc.**<br>**155 N. Eucla Ave**<br>**San Dimas, CA 91773-2587** | - | | **Business Debt Sudhakar Company Intl.** | | | | **16,370.30** |
| Account No. **0479**<br><br>**M & M General Engineer Contractors**<br>**28425 Cole Grade Rd**<br>**Valley Center, CA 92082-6580** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1492**<br><br>**M-B Companies, Inc.**<br>**2490 Ewald Ave. S.E.**<br>**Salem, OR 97302** | - | | **11/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **2,277.65** |

Sheet no. __62__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **19,123.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0385**<br><br>**M.S. Construction Management Group**<br>**32542 B Golden Lantern #475**<br>**Dana Point, CA 92629** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xx3508**<br><br>**MacDowell & Associates Ltd.**<br>**Attorneys at Law**<br>**Attn: Todd A. MacDowell, Esq.**<br>**3636 Birch Street Suite 290**<br>**Newport Beach, CA 92660** | - | | | | **4/2010**<br>**Business Debt-- Sudhakar Mgmt. Services owes Collections for Ford Motor Credit Company, LLC/Citrus Motors Ontario Inc. #5963.** | | | | **4,171.69** |
| Account No. **xx4829**<br><br>**MacDowell & Associates Ltd.**<br>**Attorneys at Law**<br>**Attn: Todd A. MacDowell, Esq.**<br>**3636 Birch Street Suite 290**<br>**Newport Beach, CA 92660** | - | | | | **9/2010**<br>**Business Debt-- Sudhakar Mgmt. Services owes Collections for Ford Motor Credit Company, LLC #8305** | | | | **10,853.20** |
| Account No. **xx3600**<br><br>**MacDowell & Associates Ltd.**<br>**Attorneys at Law**<br>**Attn: Todd A. MacDowell, Esq.**<br>**3636 Birch Street Suite 290**<br>**Newport Beach, CA 92660** | - | | | | **7/2020**<br>**Business Debt-- Sudhakar Mgmt. Services owes Collections for Ford Motor Credit Company, LLC/Citrus Motors Ontario Inc. #4107.** | | | | **8,437.56** |
| Account No. **xx2798**<br><br>**MacDowell & Associates Ltd.**<br>**Attorneys at Law**<br>**Attn: Todd A. MacDowell, Esq.**<br>**3636 Birch Street Suite 290**<br>**Newport Beach, CA 92660** | - | | | | **4/2010**<br>**Business Debt-- Penn Woods Corp., owes Collections for Ford Motor Credit Company, LLC/Citrus Motors Ontario Inc. #8710 for 2007 Ford F150 Vin#1FTPX125X7KC61059.** | | | | **10,142.52** |

Sheet no. __**63**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,604.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                      ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **1802** <br><br> **Main Street Signs** <br> **1211 W. Brooks St. Ste. A** <br> **Ontario, CA 91762** | | - | | | 8/2008 <br> **Business Debt Sudhakar Comp. Intl.** | | | | 1,006.29 |
| Account No. **1951** <br><br> **Maneri Traffic Control** <br> **5463 Rainbow Heights Rd** <br> **Fallbrook, CA 92028** | | - | | | 9/2009 <br> **Business Debt Sudhakar Comp. Intl.** | | | | 25,853.56 |
| Account No. **0184** <br><br> **Manhole Adjusting Inc.** <br> **9500 Beverly Rd.** <br> **Pico Rivera, CA 90660** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **xxxH100** <br><br> **Mark Rite Lines Equipment Co.** <br> **5379 Southgate Dr.** <br> **Billings, MT 59101** | | - | | | 5/2007 <br> **Business Debt--Services to Sudhakar Comp. Intl.** | | | | 31,054.11 |
| Account No. **1227** <br><br> **MAS Auto & Truck Electric Svc.** <br> **16080 Valley Blvd.** <br> **Fontana, CA 92335** | | - | | | 11/2008 <br> **Business Debt Sudhakar Comp. Intl.** | | | | 1,001.36 |

Sheet no. __64__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      58,915.32

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ashok Em Sudhakar**_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0186** <br><br> **Matich Corporation** <br> **1596 Harry Sheppard Blvd.** <br> **San Bernardino, CA 92408** | - | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **0599** <br><br> **Maverick Asphalt, Inc.** <br> **3131 Wear St.** <br> **Bakersfield, CA 93308** | - | | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **xxx1538** <br><br> **Max Equipment Rental** <br> **2365 Oceanside Blvd.** <br> **Oceanside, CA 92054** | | | | 7/2008 <br> Business Debt-- Services to MSJS Management Services, Inc. | | | | 6,117.38 |
| Account No. **x4960** <br><br> **Maximim Recovery Specialist Inc.** <br> **5105 E. Los Angeles Ave., Ste. 200** <br> **Simi Valley, CA 93063** | - | | | Business Debt-- Sudhakar Comp. Intl. collections for California Choice Health Insurance. | | | | 1,774.67 |
| Account No. **2995** <br><br> **Maxwell Systems** <br> **P.O. Box 31001-1168** <br> **Pasadena, CA 91110-1168** | - | | | 8/2010 <br> Business Debt-- Services for MSJS Management Services | | | | 4,218.37 |

Sheet no. __**65**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **12,110.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **SUDHAKAR**<br><br>**McCann Rupp Associates, LLC**<br>**Attn: Charles R. McCann**<br>**6247 Brookside Blvd., Ste. 201**<br>**Kansas City, MO 64113** | - | | | **2008**<br>**Business Debt -- Sudhakar Company International** | | | | **Unknown** |
| Account No. **xxxx1192**<br><br>**McCarthy, Burgess & Wolff**<br>**The MB&W Building**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | - | | | **3/2010**<br>**Business Debt Collections for Safety Kleen Systems for services to Sudhakar Co.** | | | | **5,321.51** |
| Account No. **0525**<br><br>**McGraw-Hill Construction**<br>**148 Princeton Hightstown Rd**<br>**Hightstown, NJ 08520** | - | | | **10/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **1,223.97** |
| Account No. **0473**<br><br>**McKenna General Engineering**<br>**20330 Temescal Canyon Dr.**<br>**Corona, CA 92881** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0189**<br><br>**MCM Construction**<br>**P.O. Box 620**<br>**North Highlands, CA 95660** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __66__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,545.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1738**<br><br>**MEC Inc.**<br>**P.O. Box 278**<br>**Edwards AFB, CA 93523** | - | | **10/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **Unknown** |
| Account No. **0518**<br><br>**Mega Way Enterprises**<br>**1092 S. Reservoir St.**<br>**Pomona, CA 91766** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0669**<br><br>**Mercer Construction**<br>**42690 Rio Nedo Way, Ste. D**<br>**Temecula, CA 92590** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1769**<br><br>**Metroline, Inc.**<br>**2250 Meijer Drive**<br>**Troy, MI 48084** | - | | **4/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **341.00** |
| Account No. **1116**<br><br>**Metropolitan Industrial Medical Clinics Inc.**<br>**10444 Live Oaks Ave**<br>**Fontana, CA 92337** | - | | **11/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **150.00** |

Sheet no. __**67**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **491.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ashok Em Sudhakar**_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1427**<br><br>**Mid-Cal Materials**<br>**1541 East Brundage Lane**<br>**Bakersfield, CA 93307-3567** | - | | **11/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **1,651.90** |
| Account No. **0345**<br><br>**Mike Bubalo Construction, Inc.**<br>**5102 Gayhurst Ave**<br>**Baldwin Park, CA 91706-1814** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **x8-835**<br><br>**Millennium Commercial Real Estate**<br>**631 N. Stephanie St. #550**<br>**Henderson, NV 89014** | - | | **11/2008**<br>**Business Debt-- AMX Company, Inc.** | | | | **14,884.95** |
| Account No. **xx-x0806**<br><br>**Miller & Levine, Inc.**<br>**1551 Jennings Mill Rd. Ste. 100A**<br>**Bogart, GA 30622** | - | | **2/2009**<br>**Business Debt-Sudhakar Co. Intl. ref. Ackerman & Sons Co.** | | | | **23,043.64** |
| Account No. **0193**<br><br>**Mobassaly Engineering**<br>**1840 Wright Street**<br>**La Verne, CA 91750-5824** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __**68**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **39,580.49**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ ,                     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0536** <br><br> **Montclair Plaza Management Office 5060 E. Montclair Plaza Lane Montclair, CA 91763** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0197** <br><br> **Moore Electrical Contracting 463 N. Smith Ave Corona, CA 92880** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0393** <br><br> **Mountain Oak Earthwork P.O. Box 22440 Bakersfield, CA 93390** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **xxx-xxx3944** <br><br> **Municipal Services Bureau P.O. Box 16755 Austin, TX 78761-6755** | - | | 7/2010 <br> **Business Debt Collections for City of Los Angeles for services to Sudhakar Comp. Intl.** | | | | 649.76 |
| Account No. **8570** <br><br> **Napa Auto Parts of Redlands 402 W. Stuart Ave. Redlands, CA 92374** | - | | 9/2009 <br> **Business Debt-- Services to Sudhakar Comp. Intl.** | | | | 9,388.81 |

Sheet no. __69__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10,038.57

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ , Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0558** <br><br> **Napa Auto Parts of Rialto** <br> **644 E. Foothill Blvd.** <br> **Rancho Cucamonga, CA 91739** | - | | | **8/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 444.00 |
| Account No. **2089** <br><br> **National Document Solutions** <br> **P.O. Box 7789** <br> **Santa Rosa, CA 95407** | - | | | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 146.02 |
| Account No. **xxx2850** <br><br> **Nationwide Recovery Systems** <br> **P.O. Box 702257** <br> **Dallas, TX 75370-2257** | - | | | **6/2010** <br> **Business Debt from La Tortilla Fresca** | | | | 1,499.15 |
| Account No. **0574** <br><br> **Nice Touch Solutions** <br> **P.O. Box 1149** <br> **Alamo, CA 94507** | - | | | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 240.00 |
| Account No. **1555** <br><br> **Norman Schall & Associates** <br> **1055 Wilshire Blvd.** <br> **Los Angeles, CA 90017** | - | | | **12/2007** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 1,882.40 |

Sheet no. __70__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  4,211.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                                   ,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2064**<br><br>**Northern California Laborers**<br>**220 Campus Lane**<br>**Fairfield, CA 94534** | | - | | | **11/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 19,865.74 |
| Account No. **1418**<br><br>**O.S.T.S. Inc.**<br>**14650 Central Ave**<br>**Chino, CA 91710** | | - | | | **10/2007**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 4,000.00 |
| Account No. **xxxxxxxxx-x001-3**<br><br>**Office of Finance**<br>**City of Los Angeles**<br>**P.O. Box 53232**<br>**Los Angeles, CA 90053-0232** | | - | | | **7/2010**<br>**Business Debt- Sudhakar Comp. International owes on Business Tax Renewal (Contractor)** | | | | 525.62 |
| Account No. **0375**<br><br>**Ortiz Asphalt Paving, Inc.**<br>**382 E. Orange Show Rd.**<br>**San Bernardino, CA 92408-2012** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0208**<br><br>**Ortiz Enterprises, Inc.**<br>**6 Cushing Suite 200**<br>**Irvine, CA 92618** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __71__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            24,391.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8996**<br><br>**Osman & Associates**<br>**Bruce E. Todd, Esq.**<br>**1980 Orange Tree Lane, Ste. 106**<br>**Redlands, CA 92374** | - | | 3/2010<br>**Business Debt-- Sudhakar Company International** | | | | Unknown |
| Account No. **0986**<br><br>**Otto's Welding Service**<br>**1920 23rd St S**<br>**Moorhead, MN 56560-3899** | - | | 5/2009<br>**Business Debt Sudhakar Comp. Intl.** | | | | 400.36 |
| Account No. **xx2965**<br><br>**P.W. Gilliband Co., Inc.**<br>**Specialty Products**<br>**P.O. Box 1019**<br>**Simi Valley, CA 93062-1019** | - | | 9/2008<br>**Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **2045**<br><br>**Pacific Coast Propane LLC**<br>**539 W. Main Street**<br>**Ontario, CA 91762** | - | | 11/2009<br>**Business Debt Sudhakar Comp. Intl.** | | | | 3,261.16 |
| Account No. **0355**<br><br>**Pacific Communities Builder**<br>**1000 Dove Street Ste. 100**<br>**Newport Beach, CA 92660** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __**72**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,661.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** _____,  Case No. _____
<br>Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0495**<br><br>**Pacific Construction Group**<br>**43 Post**<br>**Irvine, CA 92618-5216** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0418**<br><br>**Pacific Striping Co.**<br>**1820 Coronado Ave**<br>**Signal Hill, CA 90755-1207** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **0676**<br><br>**Padilla Paving Company**<br>**17235 Sierra Highway**<br>**Canyon Country, CA 91351-1679** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **1774**<br><br>**Pagel Service Company**<br>**4396 North Sierra Way**<br>**San Bernardino, CA 92407** | - | | **9/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | 698.00 |
| Account No. **0211**<br><br>**Palm Canyon Contractors**<br>**8203 Alabama Ave**<br>**Highland, CA 92346** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __**73**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)

698.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                                      ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxxx7194** | | - | | | 1/2009 Business Debt-- Possible duplicate for notice purposes | | | | |
| Palm Desert National Bak 73-745 El Paseo Palm Desert, CA 92260 | | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxxx7306** | | - | | | 1/2009 Business Debt-- Possible duplicate for notice purposes | | | | |
| Palm Desert National Bak 73-745 El Paseo Palm Desert, CA 92260 | | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxxx7804** | | - | | | 6/2009 Business Debt-- Possible duplicate for notice purposes | | | | |
| Palm Desert National Bak 73-745 El Paseo Palm Desert, CA 92260 | | | | | | | | | **Unknown** |
| Account No. **xxxx-xx6459** | | - | | | 5/2009 Business Debt-- Possible duplicate for notice purposes | | | | |
| Palm Desert National Bak 73-745 El Paseo Palm Desert, CA 92260 | | | | | | | | | **Unknown** |
| Account No. **xxx4157** | | - | | | 2009 Business Debt-- Possible duplicate for notice purposes | | | | |
| Palm Desert National Bank 73-745 El Paseo Palm Desert, CA 92260 | | | | | | | | | **Unknown** |

Sheet no. __**74**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0636**<br><br>**Papich Construction**<br>**1666 Ramona Ave., Ste. D**<br>**Grover Beach, CA 93433** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0620**<br><br>**Parkhouse Tire, Inc.**<br>**P.O. Box 2430**<br>**Bell, CA 90201** | - | | | | **9/2008**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **5,790.66** |
| Account No. **2090**<br><br>**Patriot Risk & Insurance Services**<br>**License 0G55454**<br>**8105 Irvine Center Drive #400**<br>**Irvine, CA 92618** | - | | | | **12/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **2,493.92** |
| Account No. **1956**<br><br>**Paul Cook**<br>**dba Integrated System Consulting**<br>**120 N. Mountain Ave**<br>**Claremont, CA 91711** | - | | | | **11/2009**<br>**Business Debt Sudhakar Comp. Intl.** | | | | **3,459.00** |
| Account No. **0212**<br><br>**Paulus Engineering, Inc.**<br>**2871 E. Coronado St**<br>**Anaheim, CA 92806-2504** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __75__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,743.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**
_____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0213** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Pave Tech, Inc.** **P.O. Box 576** **Prior Lake, MN 55372** | - | | | | | | | | **Unknown** |
| Account No. **0436** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Pavement Coating Co.** **5312 Cypress Street** **Cypress, CA 90630-2216** | - | | | | | | | | **Unknown** |
| Account No. **0215** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Pavement Recycling Systems** **10240 San Sevaine Way** **Mira Loma, CA 91752** | - | | | | | | | | **Unknown** |
| Account No. **0559** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Pavex Construction** **116 McDonnell Rd. #16** **San Francisco, CA 94128-3125** | - | | | | | | | | **Unknown** |
| Account No. **0527** | | | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Payco Specialties, Inc.** **120 N. 2nd Ave** **Chula Vista, CA 91910** | - | | | | | | | | **Unknown** |

Sheet no. __**76**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0218** <br><br> **Penhall Company- San Leandro** <br> **13750 Catalina St.** <br> **San Leandro, CA 94577** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **1949** <br><br> **Penn Wood Corporation** <br> **P.O. Box 1910** <br> **Rialto, CA 92377** | - | | | | **1/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 7,613.00 |
| Account No. **1562** <br><br> **Personnel Concepts Compliance** <br> **2865 Metropliance Place** <br> **Pomona, CA 91768** | - | | | | **5/2008** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 219.98 |
| Account No. **0635** <br><br> **Pervo Paint Company** <br> **P.O. Box 01496** <br> **Los Angeles, CA 90001** | - | | | | **7/2008** <br> **Business Debt Sudhakar Comp. Intl.** | | | | 59,980.76 |
| Account No. **0220** <br><br> **Peterson - Chase General Engineering** <br> **1792 Kaiser Ave** <br> **Irvine, CA 92614** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __**77**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,813.74

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                                                  ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1569** <br><br> **Pitney Bowes Global Fin. Service-Lease** <br> **P.O. Box 856460** <br> **Louisville, KY 40213** | | - | **11/2009** <br> **Business Debt Sudhakar Comp. Intl.** | | | | **29.00** |
| Account No. **1058** <br><br> **Pitney Bowes Purchase Power** <br> **P.O. Box 856042** <br> **Louisville, KY 40213** | | - | **11/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **104.19** |
| Account No. **0443** <br><br> **Powell Constructors** <br> **8555 Banana Ave** <br> **Fontana, CA 92335** | | - | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxx9530** <br><br> **Primary Financial Services** <br> **3115 N. 3rd. Ave Suite#112** <br> **Phoenix, AZ 85013** | | - | **Collections for Wells Fargo Bank, N.A.** | | | | **19,737.12** |
| Account No. **xxxx-xxxx-xxxx-7809** <br><br> **Primary Financial Services, LLC** <br> **3115 N. 3rd Avenue, Ste. 112** <br> **Phoenix, AZ 85013** | X | - | **Business Debt--Penn Woods Corp. Wells Fargo Credit card** | | | | **11,592.38** |

Sheet no. __**78**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **31,462.69**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-1615**<br><br>**Priority Collections, Inc.**<br>**Commercial Debt Collection**<br>**Specialists**<br>**21818 Graggy View Street Ste 201**<br>**Chatsworth, CA 91311-2952** | - | | | | 7/2010<br>**Business Debt Lawsuit Collection for Hartford Fire Insurance Co. vs. Ashok Sudhakar an individual dba Sudhakar Company International** | | | | **29,281.99** |
| Account No. **xxxx3371**<br><br>**PRO Consulting Services, Inc**<br>**Collections Division**<br>**P.O. Box 66768**<br>**Houston, TX 77266-6768** | - | | | | 1/2010<br>**Business Debt-- Sudhakar Comp. Inc. owes Shell Commercial Business Citibank** | | | | **3,041.47** |
| Account No. **xxxxxxx5288**<br><br>**Prober & Raphael, A Law Corporation**<br>**Attn: Dean Prober, Esq.**<br>**20750 ventura Blvd. #100**<br>**Woodland Hills, CA 91364** | - | | | | 10/2009<br>**Business Debt Lawsuit--3M Company, a Delaware Corp. vs. Sudhakar Comp. Intl. a California Corp.** | | | | **30,435.34** |
| Account No. **0628**<br><br>**PTM General Engineering Services, Inc.**<br>**5942 Acorn Street**<br>**Riverside, CA 92504-1040** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0228**<br><br>**R.J. Noble Company**<br>**15505 E. Lincoln Ave**<br>**P.O. Box 620**<br>**Orange, CA 92856** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. _**79**_ of _**111**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,758.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                                                      ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx52-QA**<br><br>R.M.S Collection<br>305 Fellowship Rd. #100<br>P.O. Box 5471<br>Mount Laurel, NJ 08054 | - | | | | 11/2009<br>**Business Debt-- Terry Jones dba AMX Company Inc. collections for CenturyLink/FDBA Embarq** | | | | 785.35 |
| Account No. **xxxxx7868**<br><br>R.M.S.<br>77 Hartland St, Suite 401<br>P.O. Box 280431<br>East Hartford, CT 06128-0431 | - | | | | 10/2007<br>**Business Debt Collections on La Tortilla Fresca for The Hartford Insurance Comp.** | | | | 2,641.09 |
| Account No. **0232**<br><br>Ranco Corporation<br>195 N. Puente Street<br>Brea, CA 92821-3845 | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **x5206**<br><br>Recovery Concepts Inc.<br>1925 E. Beltline Rd., Ste. 510<br>Carrollton, TX 75006 | - | | | | 8/2008<br>**Business-- Sudhakar Company Inc.-- collections for VCES Corporate** | | | | 1,646.12 |
| Account No. **xx-xx-xxxxxxx(DTBx)**<br><br>Reich, Adell & Cvitan<br>A Professional Law Corporation<br>Attn: Marsha M. Hamasaki, Esq.<br>3550 Wilshire Blvd., Ste. 2000<br>Los Angeles, CA 90010-2421 | - | | | | 11/2009<br>**Business Debt Lawsuit--Construction Laborers Trust Funds for Southern California Administrative Company vs. Sudhakar Company, Inc. Case #CV10-1038 RGK(DTBx)** | | | | 417,433.92 |

Sheet no. __80__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

422,506.48

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ashok Em Sudhakar**_____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0695**<br><br>**Reid & Hellyer Law Office**<br>**3880 Lemon Street 5th Floor**<br>**Riverside, CA 92501** | | - | | | **11/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 711.56 |
| Account No. **SUDHAKAR**<br><br>**Relativity Capital LLC**<br>**Attn: Joyce Johnson Miller**<br>**Senior Managing Director**<br>**825 Third Ave. 36th Floor**<br>**New York, NY 10022** | | - | | | **11/2007**<br>**Business Debt -- Sudhakar Company Intl.** | | | | Unknown |
| Account No. **xxxx-xxxx3-001**<br><br>**Republic Bank**<br>**801 N. 500 W., Suite 103**<br>**Bountiful, UT 84010** | | - | | | **1/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 75,463.05 |
| Account No. **xxxx-xxxx8-001**<br><br>**Republic Bank**<br>**801 N. 500 W., Suite 103**<br>**Bountiful, UT 84010** | | - | | | **1/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 128,750.52 |
| Account No. **0516**<br><br>**Republic ITS Electric**<br>**Corporate Headquaters**<br>**371 Bel Marin Keys Blvd. #200**<br>**Novato, CA 94949** | | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __**81**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

204,925.13

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ ,                    Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0233** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Reyes Construction, Inc. 1383 S. Signal Drive Pomona, CA 91766 | - | | | | | | | | Unknown |
| Account No. **1303** | | | | | **8/2008** **Business Debt -- Sudhakar Co. Int'l.** | | | | |
| Ricoh Corp dba Ricoh Business Systems 5 Dedrick Place Caldwell, NJ 07006 | - | | | | | | | | 2,152.42 |
| Account No. **1714** | | | | | **5/2009** **Business Debt -- Sudhakar Co. Int'l.** | | | | |
| Rimkus 8 Greenway Plaza Ste. 500 Houston, TX 77046 | - | | | | | | | | 22,646.39 |
| Account No. **0234** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Riverside Construction P.O. Box 1146 Riverside, CA 92502 | - | | | | | | | | Unknown |
| Account No. **0452** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| Roadway Engineering 8861-A Jurupa Rd Riverside, CA 92509 | - | | | | | | | | Unknown |

Sheet no. __82__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     24,798.81

B6F (Official Form 6F) (12/07) - Cont.

In re     **Ashok Em Sudhakar**                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0613**<br><br>**Roek Construction**<br>**2580 Teepee Dr. #A**<br>**Stockton, CA 95205-2400** | | - | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **0585**<br><br>**Rolling Hills Community Association**<br>**1 Portuguese Bend Rd.**<br>**Rolling Hills, CA 90274** | | - | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **1625**<br><br>**Ronald Page**<br>**1297 Moon Stone**<br>**Hemet, CA 92543** | | - | | 12/2009<br>Business Debt Sudhakar Comp. Intl. | | | | 100.00 |
| Account No. **0608**<br><br>**Roydan Contracting Corporation**<br>**5235 Mission Oaks Blvd.**<br>**Camarillo, CA 93012-5400** | | - | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **1713**<br><br>**Rush Press, Inc.**<br>**3553 California Street**<br>**San Diego, CA 92101** | | - | | 8/2007<br>Business Debt -- Sudhakar Co. Int'l. | | | | 3,330.96 |

Sheet no. __**83**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    3,430.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1316**<br><br>Rusty's Sweeping Service, Inc.<br>P.O. Box 968<br>Placentia, CA 92871 | - | | | | 5/2008<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 1,685.50 |
| Account No. **0726**<br><br>S.C. Signs & Supplies LLC<br>2411 W. Winston Rd.<br>Anaheim, CA 92806 | - | | | | 4/2008<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 141,843.88 |
| Account No. **5705**<br><br>Sabbah & Mackoul<br>3880 Lemon Street-Fifth Floor<br>Riverside, CA 92502 | - | | | | 2/2010<br>**Business Debt Services to Sudhakar Comp. Intl.** | | | | 46,711.06 |
| Account No. **0635**<br><br>Sage Contractor Services<br>1301 Dove Street Ste. 800<br>Newport Beach, CA 92660 | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **2076**<br><br>Samson Engineering<br>21541 River Road<br>Perris, CA 92570 | - | | | | 10/2009<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 185.20 |

Sheet no. __**84**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

190,425.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx-xxx-xx-P-002** <br><br> **San Bernardino County Tax Collector** <br> **172 W. Third Street, First Floor** <br> **San Bernardino, CA 92415-0360** | - | | **11/2010** <br> **Business Debt Tax Lien for Unsecured Property Sudhakar Company International Corp.Cert.#455736 Doc #20100490440** | | | | **15,011.50** |
| Account No. **xx3075** <br><br> **San Diego County Construction Laborers** <br> **P.O. Box 51838** <br> **Los Angeles, CA 90051-6138** | - | | **7/2010** <br> **Business Debt-- MSJS Management Services Inc.** | | | | **Unknown** |
| Account No. **1924** <br><br> **Santoro, Driggs Et Al.** <br> **Ken Woloson** <br> **400 South Fourth Street** <br> **Las Vegas, NV 89101** | - | | **12/2008** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **630.00** |
| Account No. **0657** <br><br> **Savant Construction, Inc.** <br> **13830 Mountain Ave** <br> **Chino, CA 91710-9014** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1130** <br><br> **SC Fuels - CFN(Cardlock)** <br> **P.O. Box 14014** <br> **Orange, CA 92867** | - | | **5/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **91,001.41** |

Sheet no. __85__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**106,642.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1123** <br><br> **SC Fuels - Fleet A/C** <br> **1800 Katella Ave. Ste. 400** <br> **Orange, CA 92867** | - | | | | **5/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **6,267.10** |
| Account No. **0580** <br><br> **Security Paving- Clovis** <br> **3097 Willow Ave. #3** <br> **Clovis, CA 93612** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0245** <br><br> **Security Paving- Sun Valley** <br> **9050 Norris Ave** <br> **Sun Valley, CA 91352-2617** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0246** <br><br> **Sema Construction, Inc.** <br> **7353 South Eagle Street** <br> **Englewood, CO 80112-4223** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0247** <br><br> **Sequel Contractors, Inc.** <br> **13546 Imperial Hwy.** <br> **Santa Fe Springs, CA 90670-4821** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __**86**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,267.10**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ ,                                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxx1856 | | | | | 5/2010 | | | | |
| Sequoia Financial Services 500 N. Brand Blvd., Ste. 1200 Glendale, CA 91203-3950 | - | | | | Business Debt-- Collections for City of Riverside Public Utilities for services to MSJS Management Services | | | | |
| | | | | | | | | | 572.84 |
| Account No. 8543 | | | | | 7/2010 | | | | |
| Sheep Creek Water Company Attn: Accounting 4200 Sunnyslope Rd. P.O. Box 291820 Phelan, CA 92329-1820 | - | | | | Business Debt--E.A.S. Investment & Development | | | | |
| | | | | | | | | | 600.00 |
| Account No. 1146 | | | | | 5/2009 | | | | |
| Shell Credit Card Processing P.O. Box 183019 Columbus, OH 43218 | | | | | Business Debt -- Sudhakar Co. Int'l. | | | | |
| | | | | | | | | | 2,660.55 |
| Account No. | | | | | 3/2005 - 4/04/2008 | | | | |
| Sierra Pacific Mortgage, LLC PO Box 1124 Cardiff by the Sea, CA 92007 | - | | | | Personal Loans for operation of business | | | | |
| | | | | | | | | | 2,628,200.00 |
| Account No. 1393 | | | | | 1/2008 | | | | |
| Sigmanet 4290 E. Brickell Street Ontario, CA 91761 | - | | | | Business Debt -- Sudhakar Co. Int'l. | | | | |
| | | | | | | | | | 608.16 |

Sheet no. __87__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,632,641.55**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ashok Em Sudhakar**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0251** | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Silvia Construction, Inc.** **9007 Center Ave** **Rancho Cucamonga, CA 91730-5311** | - | | | | | | Unknown |
| Account No. **0425** | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Sim J. Harris Inc.** **P.O. Box 420850** **San Diego, CA 92142** | - | | | | | | Unknown |
| Account No. **1943** | | | 3/2009 Business Debt-- Possible duplicate for notice purposes | | | | |
| **Singer Lewak, LLP** **10960 Wilshire Blvd., Ste. 1100** **Los Angeles, CA 90024** | - | | | | | | Unknown |
| Account No. **0510** | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Sitework Contractors, Inc.** **1265 Avocado Ave 104-415** **El Cajon, CA 92020-7783** | - | | | | | | Unknown |
| Account No. **0477** | | | Business Debt-- Possible duplicate for notice purposes | | | | |
| **Skanska USA Civil West California Distri** **1995 Agua Mansa Rd.** **Riverside, CA 92502** | - | | | | | | Unknown |

Sheet no. __**88**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0760**<br><br>**Skip Line Inc.**<br>**10210 South D Street**<br>**La Grande, OR 97850** | | - | | | 4/2009<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 869.33 |
| Account No. **xxxx2420**<br><br>**Slater, Tenaglia, Fritz & Hunt P.A.**<br>**Law Offices**<br>**Attn: Joseph J. Tenaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** | X | - | | | 4/20010<br>**Collections for Chubb & Son** | | | | 760.32 |
| Account No. **xxxx2412**<br><br>**Slater, Tenaglia, Fritz & Hunt P.A.**<br>**Law Offices**<br>**Attn: Joseph J. Tenaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** | X | - | | | 3/2010<br>**Collections for Chubb & Son** | | | | 735.68 |
| Account No. **0762**<br><br>**Smith Mfg Inc**<br>**1610 S. Dixie Hwy.**<br>**Pompano Beach, FL 33069** | | - | | | 2/2008<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 15,820.51 |
| Account No. **1930**<br><br>**So Cal Locksmith**<br>**1646 E. Washington Street**<br>**Colton, CA 92324** | | - | | | 9/2009<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 187.08 |

Sheet no. __89__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,372.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                                            ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8310**<br><br>**Source Receivables Management**<br>**3859 Battleground Ave., Suite 303**<br>**Greensboro, NC 27410** | - | | 7/2009<br>**Business Debt for AMX Comp. Inc. collections Sprint #2757.** | | | | 767.84 |
| Account No. **xxxx-2032**<br><br>**Southern California Edison**<br>**P.O. Box 300**<br>**Rosemead, CA 91772** | - | | 12/2009<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 185.14 |
| Account No. **xxxx-0766**<br><br>**Southern California Edison**<br>**P.O. Box 600**<br>**Rosemead, CA 91771** | - | | 11/2009<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 1,978.02 |
| Account No. **0363**<br><br>**Southern California Grading**<br>**16291 Construction Circle E #A**<br>**Irvine, CA 92606** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |
| Account No. **1129**<br><br>**Southern Counties Lubricants**<br>**P.O. Box 5765**<br>**Orange, CA 92867** | - | | 4/2008<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 4,531.74 |

Sheet no. __**90**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 7,462.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                                                  ,  Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0255** <br><br> **Southwest Construction Co., Inc.** <br>**2909 Rainbow Valley Blvd.** <br>**Fallbrook, CA 92028** | - | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **1147** <br><br> **Sparkletts** <br>**4170 Tanner Creek Drive** <br>**Flowery Branch, GA 30542-2839** | - | | 11/2009 <br>Business Debt -- Sudhakar Co. Int'l. | | | | 148.02 |
| Account No. **0539** <br><br> **Spiess Construction Co. Inc.** <br>**1110 E. Clark Ave Ste. 210** <br>**Santa Maria, CA 93455-5155** | - | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **0572** <br><br> **Sprint** <br>**KSOPHT0101-Z4300** <br>**6391 Sprint Parkway** <br>**Overland Park, KS 66251-4300** | - | | 11/2009 <br>Business Debt-- Sudhakar Co. Intl. | | | | 9,255.63 |
| Account No. **xxxx1637** <br><br> **SRA Associates, Inc.** <br>**401 Minnetonka Rd** <br>**Somerdale, NJ 08083** | - | | 3/2010 <br>Business Debt- Sudhakar Comp. Intl., collections for Ford Motor Credit Co LLC | | | | 9,403.37 |

Sheet no. __91__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)        18,807.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0679** <br><br> SSC Construction, Inc. <br> 2073 Railroad Street <br> Corona, CA 92880-5431 | - | | | | Business Debt-- Possible duplicate for notice purposes | | | | **Unknown** |
| Account No. **0775** <br><br> Staples Business Advantage <br> 500 Staples Drive <br> Framingham, MA 01702 | - | | | | 6/2008 <br> Business Debt-- Sudhakar Co. Intl. | | | | 4,705.85 |
| Account No. **2040** <br><br> Starlite Reclamation Enviromental Services Inc. <br> 11225 Mulberry Ave. <br> Fontana, CA 92337 | - | | | | 10/2009 <br> Business Debt -- Sudhakar Co. Int'l. | | | | 30,156.76 |
| Account No. **0937** <br><br> State Board of Equalization <br> P.O. Box 942879 <br> Sacramento, CA 94279 | - | | | | 11/2009 <br> Business Debt -- Sudhakar Co. Int'l. | | | | 599.73 |
| Account No. **xxxxx45-08** <br><br> State Compensation Insurance Fund <br> P.O. Box 997432 <br> Sacramento, CA 95899-7432 | - | | | | 2008 & 2009 <br> Business Debt Services to Sudhakar Comp. Intl. for policy insurance | | | | 119,402.79 |

Sheet no. __**92**__ of __**111**__ sheets attached to Schedule of          Subtotal          | 154,865.13
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-x942-3** <br><br> **State of California** <br> **Employment Development Department** <br> **Central Collection Division, MIC 92** <br> **P.O. Box 826880** <br> **Sacramento, CA 94280-0001** | | - | | **4/2009 thru 12/2009** <br> **Business Debt-- State Tax Lien Certf. No.** <br> **W102642030 owed by Sudhakar Comp.** <br> **International.** | | | | 1,109.55 |
| Account No. **xxx-x942-3** <br><br> **State of California** <br> **Employment Development Department** <br> **Central Collection Division, MIC 92** <br> **P.O. Box 826880** <br> **Sacramento, CA 94280-0001** | | - | | **10/2009 thru 3/2010** <br> **Business Debt-- State Tax Lien Certf. No.** <br> **W102942115 owed by Sudhakar Comp.** <br> **International.** | | | | 1,979.60 |
| Account No. **xxxxxx6000** <br><br> **State of California** <br> **Franchise Tax Board** <br> **P.O. Box 3065** <br> **Sacramento, CA 95741-3065** | | - | | **03/2008--12/2009** <br> **Business Tax Debt 12/2009 & 3/2008 years** <br> **State Taxes on Sudhakar Company** <br> **International** | | | | 88,427.83 |
| Account No. **xx xx xxx-xx3380** <br><br> **State of California** <br> **Board of Equalization** <br> **P.O. Box 942879** <br> **Sacramento, CA 94279-7070** | | - | | **1/2009 thru 12/2009** <br> **Business Debt--Services to Sudhakar Comp.** <br> **Intl.** | | | | 4,971.99 |
| Account No. **xxxxxx2009** <br><br> **State of California** <br> **Franchise Tax Board** <br> **Vehicle Registration Collections** <br> **P.O. Box 419001** <br> **Rancho Cordova, CA 95741-9001** | | - | | **6/2009** <br> **Business Debt--Registration on 1977** <br> **Chevrolet for MSJS Management Svcs.LLC.** | | | | 618.00 |

Sheet no. __**93**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,106.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                          ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4087**<br><br>**State of California**<br>**Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | - | | **2006, 2007, & 2008**<br>**Personal Tax Debt withhold by Wells Fargo Bank #5724** | | | | **40,239.64** |
| Account No. **0577**<br><br>**State of California**<br>**Park Maintenance**<br>**25140 Gardiner Ferry Rd**<br>**Corning, CA 96021** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxxxx3437**<br><br>**State of California**<br>**Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267-0011** | - | | **2007 & 2008**<br>**Personal Debt-- State Taxes** | | | | **32,509.49** |
| Account No. **0605**<br><br>**State of California- District 12**<br>**State Capitol**<br>**P.O. Box 942849**<br>**Sacramento, CA 94249-0012** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **xxxx81.00**<br><br>**State of Nevada Dept. of Employment Training & Rehabilitation**<br>**Employment Security Division**<br>**500 E. Third Street**<br>**Carson City, NV 89713-0030** | - | | **12/2009 thru 1/2010**<br>**Business Tax Debt for AMX Comp. Inc/ AMX International** | | | | **1,180.22** |

Sheet no. __**94**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **73,929.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar** , Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0997** <br><br> **Statewide Safety & Signs, Inc.** <br> **P.O. Box 1440** <br> **Pismo Beach, CA 93448** | - | | **11/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **20,825.00** |
| Account No. **1871** <br><br> **Sterndahl Enterprises, Inc** <br> **11861 Branford Street** <br> **Sun Valley, CA 91352** | - | | **9/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **245,144.86** |
| Account No. **SUDHAKAR** <br><br> **Stone Creek Capital** <br> **Attn: Drew Adams & Bruce Lipian** <br> **18500 Von Karman Ave** <br> **Irvine, CA 92612** | - | | **2008** <br> **Business Debt -- Sudhakar Company International** | | | | **Unknown** |
| Account No. **2031** <br><br> **Stripline- Calmesa** <br> **P.O. Box 43** <br> **Calimesa, CA 92320** | - | | **6/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **1,815.00** |
| Account No. **1746** <br><br> **Sueco Equipment Rentals, Inc** <br> **6455 N. Briarwood** <br> **Fresno, CA 93711** | - | | **4/2008** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **65.00** |

Sheet no. __**95**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**267,849.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar**                                      ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1003**<br><br>**Sullivan Curtis and Monroe**<br>**Bob Williford**<br>**2100 Main Street Ste. 350**<br>**Irvine, CA 92614** | - | | | **4/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | **255,420.00** |
| Account No. **0265**<br><br>**Sully Miller Contracting Co**<br>**1100 E. Orangethorpe Ave #200**<br>**Anaheim, CA 92801-1144** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1595**<br><br>**Sunbelt Rentals**<br>**14534 Rancho Vista Drive**<br>**Fontana, CA 92335** | - | | | **9/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | **2,898.01** |
| Account No. **0589**<br><br>**Sunrise Construction, Inc.**<br>**5626 S. 43rd Ave.**<br>**Phoenix, AZ 85041-4142** | - | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **1957**<br><br>**Super Seal & Stripe**<br>**310 A Streeet**<br>**Fillmore, CA 93015-1905** | - | | | **6/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | **41,799.86** |

Sheet no. __96__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**300,117.87**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashok Em Sudhakar**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx97KQ** <br><br> **Superior Court of Los Angeles** <br> **Pomona North Courthouse** <br> **350 W. Mission Blvd.** <br> **Pomona, CA 91766** | - | | **4/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **50.00** |
| Account No. **xxx227-7** <br><br> **Superior Court, County of Kings** <br> **1426 South Drive** <br> **Hanford, CA 93230** | - | | **2/2010** <br> **Business Debt--Sudhakar Comp. Intl. Citation #KD09094** | | | | **245.00** |
| Account No. **0664** <br><br> **T&G Construction, Inc.** <br> **119 Standard Street** <br> **El Segundo, CA 90245** | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0597** <br><br> **T.T. Polich & Associates** <br> **6543 Corbin Ave** <br> **Woodland Hills, CA 91367-2801** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0485** <br><br> **TC Construction Co.** <br> **Corporate Office** <br> **San Diego & Imperial Valley Offices** <br> **10540 Prospect Ave** <br> **Santee, CA 92071** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. __97__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **295.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                    ,                  Case No. _____
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0179** <br><br> **TD Bank, N.A.** <br> **1701 Route 70 East** <br> **Cherry Hill, NJ 08034** | - | | **8/2008** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **2,885.56** |
| Account No. **0267** <br><br> **TDS Engineering** <br> **1014 S. Westlake Blvd.** <br> **Westlake Village, CA 91361-3108** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **x9221** <br><br> **Ted Johnson Propane** <br> **5140 N. Elton Street** <br> **Baldwin Park, CA 91706-1886** | - | | **6/2009** <br> **Business Debt-- Services to Sudhakar Co. Intl.** | | | | **3,824.87** |
| Account No. **0598** <br><br> **Teichert Construction** <br> **4533 E. Citron Ave** <br> **Fresno, CA 93725** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **x2882** <br><br> **TelePacific Communications** <br> **P.O. Box 526015** <br> **Sacramento, CA 95852-6015** | - | | **11/2009** <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **2,307.66** |

Sheet no. __**98**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,018.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0512**<br><br>Terno, Inc.<br>15701 Heron Ave<br>La Mirada, CA 90638-5206 | - | | Business Debt-- Possible duplicate for notice purposes | | | | **Unknown** |
| Account No. **0600**<br><br>The Don Chapin Company, iNc.<br>560 Crazy Horse Canyon Rd.<br>Salinas, CA 93907 | - | | Business Debt Sudhakar Company Intl. | | | | **812.45** |
| Account No.<br><br>The Donovan Group Inc.<br>A Law Corporation<br>Attn: Christine Donovan<br>2920 Newport Blvd. Ste. B<br>Newport Beach, CA 92663 | | | 1/2010<br>Business Debt-- Sudhakar Comp. International for services from Future Step | | | | **273,000.00** |
| Account No. **1104**<br><br>The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | - | | 11/2009<br>Business Debt Sudhakar Comp. Intl. | | | | **51.04** |
| Account No. **xxxx-xx-xx1156**<br><br>The Law Offices Of Romeo R. Perez, P.C.<br>901 S. Rancho Drive, Ste. 15<br>Las Vegas, NV 89106 | | | 10/2008<br>Business Debt Collections for Sudhakar Comp. Inc. owes APEX Universal, Inc. | | | | **50,723.40** |

Sheet no. __99__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**324,586.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                              ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **xxx9763** | | | | | **1/2003 thru 10/2009**<br>**Business Debt--Sudhakar Co Intl. for toll violation penalties.** | | | | |
| **The Toll Roads**<br>**125 Pacifica Suite 120**<br>**Irvine, CA 92618** | - | | | | | | | | **5,412.50** |
| Account No. **0993** | | | | | **10/2007**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | |
| **Timmerman Engineering Const.**<br>**900 Chantilly Court**<br>**Walnut Creek, CA 94598** | - | | | | | | | | **7,591.36** |
| Account No. **xxx8165** | | | | | **10/2010**<br>**Personal Debt-- Sudhakar vs. Sudhakar** | | | | |
| **Tom Davis, Esq.**<br>**Howard & Howard**<br>**3800 Howard Hughes Pkwy.**<br>**14th Floor, Ste. 1400**<br>**Las Vegas, NV 89169** | - | | | | | | | | **Unknown** |
| Account No. **0614** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Toomey Industries, Inc.**<br>**2400 E. 70th Street**<br>**Long Beach, CA 90805-1813** | - | | | | | | | | **Unknown** |
| Account No. **0650** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Top Grade Construction**<br>**50 Contractor Street**<br>**Livermore, CA 94551** | - | | | | | | | | **Unknown** |

Sheet no. **100** of **111** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,003.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                                    ,    Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0617** <br><br> **Town of Apple Valley** <br> **14955 Dale Evans Pkwy.** <br> **Apple Valley, CA 92307** | - | | **Business Debt Sudhakar Company Intl.** | | | | 1,911.43 |
| Account No. **0151** <br><br> **Toyota Speedway at Irwindale** <br> **13300 Live Oak Ave** <br> **Baldwin Park, CA 91706** | - | | **Business Debt Sudhakar Company Intl.** | | | | 250.00 |
| Account No. **1488** <br><br> **Trans-Valley Indurstrial Health** <br> **5345 Irwindale Ave** <br> **Baldwin Park, CA 91706** | | | 12/2007 <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | 55.00 |
| Account No. **2079** <br><br> **Traveler's Insurance** <br> **Patriot Risk & Insurance Services** <br> **8105 Irvine Center Drive** <br> **Irvine, CA 92618** | - | | 10/2009 <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | 71,882.40 |
| Account No. **0310** <br><br> **Traylor Pacific** <br> **3050 E. Airport Way** <br> **Long Beach, CA 90806** | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | Unknown |

Sheet no. __101__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,098.83

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0834** | | | | | **12/2009 - 4/2010** **Business Debt -- Sudhakar Co. Int'l.** | | | | |
| **Treasurer Tax Collector** **San Bernardino County** **172 W. Third Street 1st Floor** **San Bernardino, CA 92415** | - | | | | | | | | 9,947.32 |
| Account No. **x-xx xx6966** | | | | | **4/2010** **Business Debt Services to Sudhakar Co. Intl.** | | | | |
| **Trico Disposal, Inc.** **P.O. Box 7166** **Buena Park, CA 90622-7166** | - | | | | | | | | 560.30 |
| Account No. **0496** | | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Truesdell Corporation** **1310 W. 23rd Street** **Tempe, AZ 85282-1837** | - | | | | | | | | Unknown |
| Account No. **1542** | | | | | **12/2009 - 4/2010** **Business Debt -- Sudhakar Co. Int'l.** | | | | |
| **Tulare County Tax Collector** **221 S. Mooney Blvd. Rm 104-E** **Visalia, CA 93277** | - | | | | | | | | 3,205.70 |
| Account No. **1318** | | | | | **12/2008** **Business Debt -- Sudhakar Co. Int'l.** | | | | |
| **Tulare-Kings Counties Builders** **1223 S. Lovers Lane** **Visalia, CA 93292-5249** | - | | | | | | | | 44,971.00 |

Sheet no. **102** of **111** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,684.32

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** ,                                    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **0273** | | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Tyner Paving 2005 N. San Fernando Rd Los Angeles, CA 90065** | | | | | | | | | **Unknown** |
| Account No. **0274** | | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Union Asphalt/ Cal Portlard 2025 E. Financial Way Ste. 200 Glendora, CA 91741** | | | | | | | | | **Unknown** |
| Account No. **0848** | | | - | | 1/2008 **Business Debt -- Sudhakar Co. Int'l.** | | | | |
| **United Rentals P.O. Box 51701 Los Angeles, CA 90064** | | | | | | | | | **205.40** |
| Account No. **0968** | | | - | | 3/2008 **Business Debt -- Sudhakar Co. Int'l.** | | | | |
| **United Transmission Exchange 24147 E. 6th Street San Bernardino, CA 92410** | | | | | | | | | **6,572.08** |
| Account No. **0489** | | | - | | **Business Debt-- Possible duplicate for notice purposes** | | | | |
| **Valley Slurry Seal Co. P.O. Box 981330 West Sacramento, CA 95798** | | | | | | | | | **Unknown** |

Sheet no. _**103**_ of _**111**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,777.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0278** <br><br> **Vance Corporation** <br> **6679 Morro Rd.** <br> **Atascadero, CA 93422** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0582** <br><br> **Victory Engineering, Inc** <br> **10266 Highway 41** <br> **Madera, CA 93636** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0530** <br><br> **Vintage Paving Company, Inc.** <br> **119 Main St.** <br> **Winters, CA 95694** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0283** <br><br> **W.A. Rasic Construction, Inc.** <br> **7314 Scout Ave** <br> **Bell, CA 90201** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0284** <br><br> **Washington Group International** <br> **5901 Arcturus Ave** <br> **Oxnard, CA 93033** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |

Sheet no. **104** of **111** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1148**<br><br>**Waste Connection Control Valley**<br>**1535 Ave 392**<br>**Kingsburg, CA 93631** | - | | **12/2009**<br>**Business Debt -- Sudhakar Co. Int'l.** | | | | 125.25 |
| Account No. **ASHEMS**<br><br>**Weide & Miller, Ltd.**<br>**7251 W. Lake Mead Blvd. Ste. 530**<br>**Las Vegas, NV 89128** | - | | **11/2010**<br>**Business Debt-- Patent, Trademark, Provisional Patent Prosecution** | | | | 2,733.50 |
| Account No. **xxxxxxxxxxxx6188**<br><br>**Wells Fargo Bank**<br>**3300 W Sahara Ave**<br>**Las Vegas, NV 89102** | - | | **4/10**<br>**Personal Debt--Credit Card purchases** | | | | 10,923.00 |
| Account No. **4856-2002-2227-3073**<br><br>**Wells Fargo Bank**<br>**P.O. Box 5445**<br>**Portland, OR 97228** | - | | **2009**<br>**Business Debt-- Z Group International** | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-1996**<br><br>**Wells Fargo Bank Business Direct Divisio**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** | - | | **6/2009**<br>**Business Debt--Sudhakar Mgmt Services credit card purchases** | | | | 10,850.15 |

Sheet no. **105** of **111** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    24,631.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashok Em Sudhakar** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2351**<br><br>**Wells Fargo Bank Business Direct Divisio**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** | X | - | 6/2009<br>**Business Debt--AMX Company Inc., credit card** | | | | 5,825.71 |
| Account No. **xxxx-xxxx-xxxx-3236**<br><br>**Wells Fargo Bank Business Direct Divisio**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** | | - | 2009<br>**Business Debt--Sudhakar Management credit card purchases** | | | | 4,555.44 |
| Account No. **xxxx-xxxx-xxxx-6697**<br><br>**Wells Fargo Bank Business Direct Divisio**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** | X | - | 12/2009<br>**Business Debt--MSJS Mgmt. Services credit card purchases** | | | | 4,543.66 |
| Account No. **xxxx-xxxx-xxxx-9251**<br><br>**Wells Fargo Bank Business Direct Divisio**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** | | - | 2009<br>**Business Debt-- Sudhakar Management** | | | | 3,760.65 |
| Account No. **xxxx-xxxx-xxxx-4181**<br><br>**Wells Fargo Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | X | - | **Business Debt--Penn Woods Corporation credit card purchases** | | | | 30,398.19 |

Sheet no. **106** of **111** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,083.65

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9949** <br><br> **Wells Fargo Business Direct** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | X | - | | 2/2010 <br> **Business Debt--Penn Woods Corp., credit card purchases** | | | | 935.97 |
| Account No. **xxxxxxxxxxxx8795** <br><br> **Wells Fargo Business Direct Division** <br> **MAC S4101-050** <br> **P.O. Box 29746** <br> **Phoenix, AZ 85038-9746** | | - | | 12/09 <br> **Business Debt--Sudhakar Comp. Intl., Credit Card purchases** | | | | 3,191.65 |
| Account No. **xxxx-xxxx-xxxx-0637** <br><br> **Wells Fargo Card Services** <br> **PO Box 10347** <br> **Des Moines, IA 50306** | X | - | | 10/2009 <br> **Personal Debt** | | | | 7,580.53 |
| Account No. **xxxx-xxxx-xxxx-7127** <br><br> **Wells Fargo Card Services** <br> **P.O. Box 10347** <br> **Des Moines, IA 50306** | X | - | | 5/2010 <br> **Personal Debt** | | | | 5,698.65 |
| Account No. **xxxxxxxxxxxx7359** <br><br> **Wells Fargo Card Services** <br> **P.O. Box 10347** <br> **Des Moines, IA 50306** | | - | | 2009 <br> **Personal Debt** | | | | Unknown |

Sheet no. _**107**_ of _**111**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,406.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashok Em Sudhakar**                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0520** <br><br> **West Valley Construction** <br> **1241 N. Kelsey St.** <br> **Visalia, CA 93291** | | - | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **0287** <br><br> **West Valley Water District** <br> **855 W. Base Line Rd** <br> **Rialto, CA 92376** | | - | | Business Debt-- Possible duplicate for notice purposes | | | | Unknown |
| Account No. **0891** <br><br> **Western Sandblasting, Inc.** <br> **7101 Western Ave** <br> **Buena Park, CA 90620** | | - | | 4/2008 <br> Business Debt -- Sudhakar Co. Int'l. | | | | 3,562.00 |
| Account No. **2055** <br><br> **Windmill Propane** <br> **P.O. Box 400** <br> **Visalia, CA 93291** | | - | | 10/2009 <br> Business Debt -- Sudhakar Co. Int'l. | | | | 983.68 |
| Account No. **0601** <br><br> **Windsor Fuel Co.** <br> **211 Foster St** <br> **Martinez, CA 94553** | | - | | Business Debt Sudhakar Company Intl. | | | | 4,221.45 |

Sheet no. __**108**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,767.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar**                                      ,     Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1118** <br><br> **Works Striping & Marking Services** <br> **2837 Estado Street** <br> **Pasadena, CA 91107** | - | | | | 7/2009 <br> **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0472** <br><br> **WR Layne Construction & Engineering** <br> **P.O. Box 2888** <br> **Corona, CA 92878** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. **0903** <br><br> **Xerox Capital Services, LLC** <br> **P.O. Box 7413** <br> **Pasadena, CA 91109-7413** | - | | | | 5/2009 <br> **Business Debt -- Sudhakar Co. Int'l.** | | | | **2,244.37** |
| Account No. **0106** <br><br> **Yeager Skanska, Inc.** <br> **1995 Agua Mansa Rd** <br> **Riverside, CA 92509** | - | | | | **Business Debt-- Possible duplicate for notice purposes** | | | | **Unknown** |
| Account No. <br><br> **Z Group International** <br> **Harsh Investment Properties** <br> **3111 S. Valley View Blvd. #K-101** <br> **Las Vegas, NV 89102** | - | | | | **Business Debt-- warehouse rental** | | | | **Unknown** |

Sheet no. __**109**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,244.37**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashok Em Sudhakar__ _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx5001**<br><br>**Zions Credit Corp.**<br>**Zions First National Bank**<br>**P.O. Box 26536**<br>**Salt Lake City, UT 84126-0536** | X | - | | **1/2008**<br>**Business Debt-- AMX Company Inc. dba Tortilla System -- Security Agreement and Promissory Note** | | | | 264,350.00 |
| Account No. **xxxxxx3002**<br><br>**Zions Credit Corp.**<br>**P.O. Box 26536**<br>**Salt Lake City, UT 84126-0536** | | - | | **Business Debt--Services to Sudhakar Comp. Intl. 2007 Autocar and Truck Mounted MR.** | | | | 211,516.27 |
| Account No. **xxxxxx3003**<br><br>**Zions Credit Corp.**<br>**P.O. Box 26536**<br>**Salt Lake City, UT 84126-0536** | | - | | **Business Debt--Services to Sudhakar Comp. Intl. Trinity Highway Line Painter** | | | | 46,324.56 |
| Account No. **xxx1173**<br><br>**Zions Credit Corp.**<br>**P.O. Box 26536**<br>**Salt Lake City, UT 84126-0536** | | - | | **Business Debt--Services to Sudhakar Comp. Intl. 2007 Nissan Diesel Model TRI-2300.** | | | | 57,935.46 |
| Account No. **xxxxxx3005**<br><br>**Zions Credit Corp.**<br>**P.O. Box 26536**<br>**Salt Lake City, UT 84126-0536** | | - | | **12/2009**<br>**Business Debt-- Services for Sudhakar Comp. Intl.** | | | | 15,531.60 |

Sheet no. __110__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

595,657.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ashok Em Sudhakar** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx1870** | | - | | | Business Debt-- Services for Sudhakar Comp. Intl. | | | | |
| Zions Credit Corp. P.O. Box 26536 Salt Lake City, UT 84126-0536 | | | | | | | | | 13,915.00 |
| Account No. **xxxxxx3004** | | - | | | Business Debt-- Services for Sudhakar Comp. Intl. | | | | |
| Zions Credit Corp. P.O. Box 26536 Salt Lake City, UT 84126-0536 | | | | | | | | | 55,542.48 |
| Account No. **xxxxx7003** | X | - | | | 2/2008 Business Debt-- Penn Woods Corporation --Security Agreement and Promissory Note. | | | | |
| Zions Credit Corp. P.O. Box 26536 Salt Lake City, UT 84126-0536 | | | | | | | | | 237,757.15 |
| Account No. **0908** | | - | | | 7/2008 Business Debt -- Sudhakar Co. Int'l. | | | | |
| Zumar Industries, Inc. 9719 Santa Fe Springs Rd. Santa Fe Springs, CA 90670-2919 | | | | | | | | | 19,082.34 |
| Account No. | | | | | | | | | |

Sheet no. __**111**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 326,296.97 |
| Total (Report on Summary of Schedules) | | 10,428,528.31 |

B6G (Official Form 6G) (12/07)

.

In re __Ashok Em Sudhakar_____,    Case No. _____
                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

____0____
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Ashok Em Sudhakar**_____,    Case No. _____
                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elizabeth Sudakar**<br>**7500 W. Lake Mead Blvd., Apt. 942**<br>**Las Vegas, NV 89128-0297** | **C2C Resources, LLC.**<br>**56 Perimeter Center East**<br>**Atlanta, GA 30346** |
| **Elizabeth Sudhakar**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128-0297** | **Credit Bureau Central**<br>**PO Box 29299**<br>**Las Vegas, NV 89126-9299** |
| **Elizabeth Sudhakar**<br>**44489 Town Center Way Ste. 368**<br>**Palm Desert, CA 92260-2723** | **Wells Fargo Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** |
| **Elizabeth Sudhakar**<br>**7500 W. Lake Mead Blvd., Unit 942**<br>**Las Vegas, NV 89128-0297** | **Wells Fargo Bank Business Direct Divisio**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** |
| **Elizabeth Sudhakar**<br>**7500 W. Lake Mead Blvd. Unit 942**<br>**Las Vegas, NV 89128** | **Primary Financial Services, LLC**<br>**3115 N. 3rd Avenue, Ste. 112**<br>**Phoenix, AZ 85013** |
| **Elizabeth Sudhakar**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128** | **Zions Credit Corp.**<br>**Zions First National Bank**<br>**P.O. Box 26536**<br>**Salt Lake City, UT 84126-0536** |
| **Elizabeth Sudhakar**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128** | **Zions Credit Corp.**<br>**P.O. Box 26536**<br>**Salt Lake City, UT 84126-0536** |
| **Melissa Sudhakar**<br>**44489 Town Center Way Apt. 368**<br>**Palm Desert, CA 92260** | **Slater, Tenaglia, Fritz & Hunt P.A.**<br>**Law Offices**<br>**Attn: Joseph J. Tenaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** |
| **Melissa Sudhakar**<br>**44489 Town Center Way Apt. 368**<br>**Palm Desert, CA 92260** | **Slater, Tenaglia, Fritz & Hunt P.A.**<br>**Law Offices**<br>**Attn: Joseph J. Tenaglia**<br>**301 Third Street**<br>**Ocean City, NJ 08226** |
| **Melissa Sudhakar**<br>**1450 N. Fitzgerald Ave**<br>**Rialto, CA 92376-8621** | **Wells Fargo Bank Business Direct Divisio**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Ashok Em Sudhakar**                                          ,    Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Melissa Sudhakar**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128-0297** | **BAC Home Loans Servicing**<br>**P.O.Box 10219**<br>**Van Nuys, CA 91410-0219** |
| **Melissa Sudhakar**<br>**7500 W. Lake Mead Blvd. Ste. 942**<br>**Las Vegas, NV 89128-0297** | **Real Time Resolutions**<br>**P.O. Box 35888**<br>**Dallas, TX 75235** |
| **Melissa Sudhakar**<br>**7500 W. Lake Mead Blvd. Apt. 942**<br>**Las Vegas, NV 89128-0297** | **Chase**<br>**P.O. Box 78035**<br>**Phoenix, AZ 85062-8035** |
| **Melissa Sudhakar**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128-0297** | **Wells Fargo Card Services**<br>**P.O. Box 10347**<br>**Des Moines, IA 50306** |
| **Melissa Sudhakar**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128** | **Law Offices Of Patanaude & Felix, A.P.C.**<br>**Westley U. Villanueva, Esq.**<br>**1771 E. Flamingo Rd., Ste 112A**<br>**Las Vegas, NV 89119** |
| **Sarla Jayn**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Sarla Jayn**<br>**7500 W. Lake Mead Blvd. #942**<br>**Las Vegas, NV 89128-0297** | **Wells Fargo Card Services**<br>**PO Box 10347**<br>**Des Moines, IA 50306** |
| **Steve Pierce**<br>**44489 Town Center Way #368**<br>**Palm Desert, CA 92260-2723** | **Wells Fargo Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Ashok Em Sudhakar**                                        Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b.  Insurance | $ | 0.00 | $ | N/A |
|     c.  Union dues | $ | 0.00 | $ | N/A |
|     d.  Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify):   **Unemployment Benefits** | $ | 900.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 900.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 900.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 900.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Ashok Em Sudhakar**                                Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 899.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: | a. Electricity and heating fuel | | $ | 0.00 |
| | b. Water and sewer | | $ | 0.00 |
| | c. Telephone | | $ | 243.00 |
| | d. Other **See Detailed Expense Attachment** | | $ | 378.81 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 400.00 |
| 5. Clothing | | | $ | 175.00 |
| 6. Laundry and dry cleaning | | | $ | 100.00 |
| 7. Medical and dental expenses | | | $ | 20.00 |
| 8. Transportation (not including car payments) | | | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 50.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| | a. Homeowner's or renter's | | $ | 0.00 |
| | b. Life | | $ | 0.00 |
| | c. Health | | $ | 364.00 |
| | d. Auto | | $ | 150.00 |
| | e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| | (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| | a. Auto | | $ | 535.52 |
| | b. Other | | $ | 0.00 |
| | c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 1,000.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $    4,715.33

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 900.00 |
| b. | Average monthly expenses from Line 18 above | $ | 4,715.33 |
| c. | Monthly net income (a. minus b.) | $ | -3,815.33 |

**B6J (Official Form 6J) (12/07)**

In re    **Ashok Em Sudhakar**                                                          Case No. _____
                                            Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable & Internet Services** | $ | **318.82** |
| **Cox Business** | $ | **59.99** |
| **Total Other Utility Expenditures** | $ | **378.81** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Ashok Em Sudhakar**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **131** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 24, 2011**

Signature   **/s/ Ashok Em Sudhakar**

**Ashok Em Sudhakar**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re    **Ashok Em Sudhakar**                                                                              Case No.
                                              Debtor(s)                                        Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 Income** |
| **$399,672.00** | **2008 Individual Income** |
| **$0.00** | **2008 Business AMX Company, Inc.** |
| **$0.00** | **2008 Business Z Group International** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$900.00** | **2011 Unemployment Benefits** |
| **$19,800.00** | **2010 Unemployment Benefits 3/2010 to 12/2010 approx.** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **3M COMPANY, A DELAWARE CORPORATION vs. SUDHAKAR COMPANY INTERNATIONAL, A CALIFORNIA CORPORATION. CASE #CIVDS915288** | **Civil** | **SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN BERNARDINO, CENTRAL DISTRICT, UNLIMITED CIVIL 303 W. Third Street San Bernardino, CA 92415** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| AIG/NETWORK COMMERCIAL SERVICE INC. vs. SUDHAKAR CO. INTERNATIONAL/MSJS MANAGEMENT SERVICES, INC. CASE #CIVDS 913915 | Civil | SAN BERNARDINO COUNTY SUPERIOR COURT 303 W. Third St., San Bernardino, CA 92415-0210 | PENDING |
| BRANDLIN & ASSOCIATES vs. ASH SUDHAKAR, AN INDIVIDUAL AND SUDHAKAR COMPANY INTERNATIONAL, A CALIFORNIA CORPORATION, AND DOES 1 TO 50, INCLUSIVE. CASE NO. SC107935 | Collection | SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES WEST DISTRICT SANTA MONICA COURTHOUSE 1725 MAIN STREET SANTA MONICA, CA 90401 | PENDING |
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company vs. SUDHAKAR COMPANY, INC., a Pennsylvania coporation; SUDHAKAR COMPANY INTERNATIONAL a California corporation; MSJS MANAGEMENT SERVICES, INC., a California corporation; PENN WOODS CORPORATION, a California corporation; ASHOK SUDHAKAR, an individual also known as ASH SUDHAKAR; MELISSA SUDHAKAR, an individual; ARCH INSURANCE COMPANY, a Missouri corporation Case CV10-01038 RGK | Civil | UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION 255 E. TEMPLE STREET LOS ANGELES, CA 90012 | PENDING |
| CREDITORS ADJUSTMENT BUREAU, INC., A California Corporation vs. SUDHAKAR COMPAYN INC.; SUDHAKAR COMPANY INTERNATIONAL; ASHOK DIXIE SUDHAKAR AKA SUDHAKAR ASH AKA ASH SUDHAKAR; PENN WOODS CORPORATION; and DOES 1 through 10, inclusive. CASE No. SCISS 135016 | Civil | SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO, CENTRAL DISTRICT, LIMITED 351 NORTH ARROWHEAD SAN BERNARDINO, CA 92415-0240 | PENDING |
| CREDITORS ADJUSTMENT BUREAU, INC., A CALIFORNIA CORPORATION vs. MSJS MANAGEMENT SERVICES, INC. aka MSJS MGMT SERVICES, INC.; and DOES 1 through 10, inclusive. CASE NO. RIC 10006763 | Civil | SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE LIMITED CIVIL 4050 MAIN STREET RIVERSIDE, CA 92501-3703 | Pending |
| GLOWLITE, INC. a California Corporation vs. ASHOK SUDHAKAR, an individual, SUDHAKAR COMPANY INTERNATIONAL, a California Corporation SCI PAVEMENT SERVICES,  a Delaware limited partnership, and DOES 1 through 20, inclusive. CASE No. CIVDS 1007239 | Civil | SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN BERNARDINO COUNTY 303 W. THIRD STREET SAN BERNARDINO, CA 92415-0210 | PENDING |
| HARTFORD FIRE INSURANCE COMPANY vs. ASHOK SUDHAKAR, an individual dba SUDHAKAR COMPANY INTERNATIONAL | Civil | SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO 303 WEST THIRD STREET SAN BERNARDINO, CA 92415 | Pending |
| L.F. LLOYD, INC. vs. SUDHAKAR COMPANY, INC. aka SUDHAKAR INTERNATIONAL CASE #09C02652 | Civil | SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, SOUTHEAST DISTRICT. 12720 Norwalk Blvd. Norwalk, CA 90650 | PENDING |
| MARK BATES, et al. vs. SUDHAKAR COMPANY INTERNATIONAL CASE #CIVSS 704205 | Civil | SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO 351 N. Arrowhead Ave. San Bernardino, Ca 92415 | Settled |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. vs. SUDHAKAR COMPANY INTERNATIONAL, ET AL., CASE NO.: CIVDS1004110** | **Civil** | **SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO, CENTRAL DIVISION 303 W. Third Street San Bernardino, CA 92415** | **Pending** |
| **P.W. Gilliband Co., Inc. vs Sudhakar Company, Inc. Case Number: 56-2009-00338419-CL-CL-SIM** | **Money Judgment** | **Superior Court of California, County of Ventura 3855 - F Alamo Street P.O. Box 1200 Simi Valley, CA 93062-1200 East County Division** | **Pending** |
| **PATRIOT ENVIRONMENTAL SERVICES, INC. vs. SUDHAKAR COMPANY INTERNATIONAL a California Corporation. Case #PC043612** | **Civil** | **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES North Valley Branch 9425 Penfield Ave Chatsworth, CA 91311** | **Judgment** |
| **SUDHAKAR COMPANY INTERNATIONAL, a California corporation vs. STEVE FLEENER, an individual; CRYSTAL FLEENER, an individual; CHRIS SIMMONS, an individual; GERALD TOWNSEND, an individual; JESSE SAENZ, individually and doing business as Z3, a sole proprietorship; and DOES 1 through 50 inclusive. CASE # CIVSS 7105593** | **Civil** | **SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO 303 W. Third Street San Bernardino, CA 92415** | **Settled** |
| **TERESA CORMIER vs. SUDHAKAR COMPANY INTERNATIONAL; a Corporation; and DOES 1 through 50 inclusive. CASE #CIVSS 702296 Dept. S36** | **Civil** | **SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO, CENTRAL DISTRICT 303 WEST THIRD STREET SAN BERNARDINO, CA 92415** | **Pending** |
| **TRAFFIC CONTROL SERVICE, INC. vs. MSJS MANAGEMENT SERVICES, INC., MELISSA SUDHAKAR ARCH INSURANCE COMPANY, DOES 1-20, AND ROES 1-10. CASE NO. 30-2010-00352799 LIMITED CIVIL CASE** | **Civil** | **SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ORANCE, NORTH JUSTICE CENTER 1275 N. Berkeley Ave Fullerton, CA 92838** | **Settled** |

None
■          b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed of lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit Company**<br>P.O. Box 689007<br>Franklin, TN 37068-9007 | 7/7/2010 | **2007 Ford F150 4x2 VIN# 1FTRX12WX7FA88525**<br>**$7955.16** |
| **GMAC**<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | 5/2010 | **2007 Chev Silverado Vin#1GCHC29K97E585460**<br>**$9,423.19** |
| **EQ Acquisitions 2003, Inc.**<br>50 Washington Street<br>Norwalk, CT 06854 | 3/2010 | **2002 Toyota 7FGCU30 Forklift**<br>**$5631.84** |
| **Ford Motor Credit Company**<br>P.O. Box 6508<br>Mesa, AZ 85216-6508 | 12/2009 | **2007 Ford F150 4x2**<br>**vin #1FTRF12W97NA46534** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dias Law Group** <br> **601 S. sixth Street** <br> **Las Vegas, NV 89101** | **2011** | **$5000** |
| **Alliance Credit Counseling, Inc.** <br> **13777 Ballantyne Corporate Pl. Suite 100** <br> **Charlotte, NC 28277** | **11/30/2010** | **$29.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Palm Desert National Bank** <br> **73-745 El Paseo** <br> **Palm Desert, CA 92260** | **Business Checking #4157** | **$0.00 closed on 1/2010** |
| **Palm Desert National Bank** <br> **73-745 El Paseo** <br> **Palm Desert, CA 92260** | **Personal Checking #7522** | **$0.00 closed on 1/2010** |
| **U.S. Bank** <br> **P.O. Box 1800** <br> **Saint Paul, MN 55101-0800** | **Checking #2491** <br> **no longer a signer for the account** | **6/2010** |
| **U.S. Bank** <br> **P.O. Box 1800** <br> **Saint Paul, MN 55101-0800** | **Small Business Checking account #9407** | **$0.00 2/2010** |
| **U.S. Bank** <br> **P.O. Box 1800** <br> **Saint Paul, MN 55101-0800** | **Free Checking account #9415** | **$0.00 closed on 3/18/2010** |

7

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **Basic Business Services Package Checking account #7471 Sudhakar Management Services, LLC. c/o Premier Accounting CPAS** | **$2.00 closed on 12/24/2010** |
| **Wells Fargo Bank**<br>**P.O. Box 1800**<br>**Saint Paul, MN 55101-0800** | **Small Business Checking account #2491** | **$0.00 closed or no longer the signee for the account as of 4/2010** |
| **Wells Fargo Bank**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **Basic Business Services Package account #5881** | **$0.00 closed on 3/2/2010** |
| **Wells Fargo Legal Order Processing**<br>**P.O. Box 29779**<br>**S3928-021**<br>**Phoenix, AZ 85038** | **IRA account #5724** | **$0.00 1/24/2011** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Dixie Lynn Sudhakar divorced in 7/14/2006**

8

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **AMX Company Incorporated** | xxxxx4995 | | **Business Management** | **1/2002  -- 1/2008** |
| **EAS Investment and Development, LLC** | 260454275 | | **Business Manager** | **6/2007 to Present** |
| **Jayn International PTE. LTD.** | 200807203D | **1 North Bridge Road #19-04/05 High Street Centre, Singapore 179094** | **Road Construction** | **4/2008 to present** |

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MSJS Management, LLC** | **205391692** | | **Construction Management** | **6/2004 to 2009** |
| **Penn Woods Corporation** | **522096301** | | **Landscaping** | **1/1998 to 2008** |
| **Sudhakar Company Inc.** | **232836197** | | **Construction** | **1/1996 to 2007** |
| **Sudhakar Company International** | **330805730** | | **Road Construction** | **10/2003 -- 12/2009** |
| **Sudhakar Management Services, LLC.** | **200218243** | | **Business Management** | **9/2003 dissolved/closed 3/2010** |
| **Z Group International** | **320033339** | | **Business Management** | **9/2002 -- 9/2008** |

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

    **19. Books, records and financial statements**

None
☐
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kristin MacIlvaine, CPA Premier Accounting Services 40 N. Woodbury Rd. Pitman, NJ 08071** | **2000 to Present Personal and for all the companies services** |
| **George Bailey, CPA 1750 S. Rainbow 24F Las Vegas, NV 89146** | **2007 to Present Services on personal, Z Group and AMX Company** |
| **Frank Huang, CPA 1199 S. Fairway Dr. Ste. 109 Walnut, CA 91789** | **2007 - 2008 Services for Sudhakar Company International** |
| **John Thayer, CPA P.O. Box 908 Corona, CA 92882** | **2001 - 2010 Services for Sudhakar Company International, Penn Woods and MSJS Management, LLC.** |

None
■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                 DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                     DATE ISSUED

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

11

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **January 24, 2011**                    Signature    **/s/ Ashok Em Sudhakar**
                                                            **Ashok Em Sudhakar**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re   **Ashok Em Sudhakar**
_____
Debtor(s)

Case No. _____
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**BAC Home Loans Servicing** | **Describe Property Securing Debt:**<br>**1930 S. Beverly Glen Blvd. #202**<br>**Los Angeles, CA 90025**<br>**Debtor holds 25% interest for this property** |
|---|---|

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ■ Other.  Explain  **Debtor holds 25% interest for this property**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt        ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Real Time Resolutions** | **Describe Property Securing Debt:**<br>**1930 S. Beverly Glen Blvd. #202**<br>**Los Angeles, CA 90025**<br>**Debtor holds 25% interest for this property** |
|---|---|

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ■ Other.  Explain  **Debtor holds 25% interest for this property**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt        ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit Co** | **Describe Property Securing Debt:**<br>**2010 Toyota Venza** |

Property will be (check one):
    ☐ Surrendered                       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                     ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January 24, 2011**           Signature   **/s/ Ashok Em Sudhakar**
                                      **Ashok Em Sudhakar**
                                      Debtor

# United States Bankruptcy Court
## District of Nevada

In re   **Ashok Em Sudhakar**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2. $  **299.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
       **exemption planning.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, preparation of reaffirmation agreements or representation at reaffirmation hearings, redemption matters, negotiations with secured creditors to reduce to market value.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January 24, 2011**

**/s/ Damon K. Dias, Esq.**
**Damon K. Dias, Esq. 8999**
**Dias Law Group, Ltd.**
**601 S. 6th Street**
**Las Vegas, NV 89101**
**702-380-3011  Fax: 702-366-1592**
**ddias@diaslawgroup.com**

---

# United States Bankruptcy Court
## District of Nevada

In re   **Ashok Em Sudhakar** _____    Case No. _____

                           Debtor(s)    Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January 24, 2011** _____     **/s/ Ashok Em Sudhakar** _____

                                             **Ashok Em Sudhakar**

                                             Signature of Debtor

Ashok Em Sudhakar
7500 W. Lake Mead Blvd., #942
Las Vegas, NV 89128

Damon K. Dias, Esq.
Dias Law Group, Ltd.
601 S. 6th Street
Las Vegas, NV 89101

3M
Acct No 0002
2807 Paysphere Circle
Chicago, IL 60674

3M
Acct No 0002
2807 Paysphere Circle
Chicago, IL 60674

4-Con Engineering Inc.
Acct No 0001
2751 Avalon Street
Riverside, CA 92509-2012

A Power Sweeping Inc.
Acct No xx94RF
3737 San Gabriel River Parkway
Pico Rivera, CA 90660

A-C Electric Company
Acct No 0461
P.O. Box 2616
Truckee, CA 96160

A-C Electric Company
Acct No 0461
2349 Vera Ave
Redwood City, CA 94063

AAA Credit Service Collection Agency
Acct No 1156
520 N. Brookhurst Street Ste. 204
Anaheim, CA 92801

Accounts Receivable Management, Inc.
Acct No 9821
PO Box 129
Thorofare, NJ 08086-0129

Ackerman & Sons Co., Inc.
Acct No 1937
dba Runway Services Intl.
20601 Dumont Street
Woodland Hills, CA 91364-2411

Ackerman & Sons Co., Inc.
Acct No 1937
dba Runway Services Intl.
20601 Dumont Street
Woodland Hills, CA 91364-2411

ADT
Acct No 3608
P.O. Box 361403
Columbus, OH 43236

ADT Security Services
Acct No xxx3608
P.O. Box 650485
Dallas, TX 75265-0485

ADT Security Services, Inc.
Acct No xxxxxxxxxx2250
P.O. Box 371956
Pittsburgh, PA 15250-7956

Advance Asphalt & Engineering, Inc.
Acct No 0596
3750 Nord Ave
Bakersfield, CA 93314

Aetna
Acct No xx4817
P.O. Box 7247-0326
Philadelphia, PA 19170-0326

AFCO Insurance Premium Finance
Acct No 0025
4501 College Blvd.
Leawood, KS 66211-1921

AGC of California
Acct No 1128
3095 Beacon Blvd.
West Sacramento, CA 95691

Agee Construction
Acct No 0645
P.O. Box 629
Clovis, CA 93613

Aggregate Products Inc.
Acct No 0014
Brawley Ave
Thermal, CA 92274

AIG Domestic Claims, Inc.
Acct No 1052
400 Interpace Pkwy. Bldg. A
Iselin, NJ 08830

AIG Staff Counsel
Acct No 1649
P.O. Box 105795
Atlanta, GA 30328

Air & Hose Source
Acct No 0029
18324 Valley Blvd.
Bloomington, CA 92316

Alan Gray, Inc.
Acct No xxx-xx xxxxx7-018
Attn: John P. Drummey
9 East 40th Street 12th Floor
New York, NY 10016

Albert W. Davies, Inc.
Acct No 0616
8737 Helms Ave
Temple City, CA 91780

Alfred Guerrero
Acct No 1639
2346 S. Cucamongo Ave #123
Ontario, CA 91761

Aliante Master Association
Acct No xx25CG
Excellence Community Management
P.O. Box 63185
Phoenix, AZ 85082-3185

All American Asphalt Co.
Acct No 0016
1776 All American Way
Corona, CA 92879

Alliance One
Acct No 1543
8589 Areo Drive
San Diego, CA 92123

Alliance One Inc.
Acct No 0916
6565 Kimball Drive
Gig Harbor, WA 98335

Alliance Streetworks
Acct No 0017
1111 E. Kimberly Ave.
Anaheim, CA 92801

Allied Credit/Alliance One
Acct No xxxx0916
Attn: Bankruptcy
Po Box 2449
Gig Harbor, WA 98335

Allied Interstate, Inc.
Acct No 7226
P.O. Box 361477
Columbus, OH 43236

America's Factors, Inc.
10430-26 Pioneer Blvd.
Santa Fe Springs, CA 90670

American Alliance Drug Testing
Acct No 1551
326 N. Euclid Ave.
Upland, CA 91786

American Asphalt South, Inc
Acct No 0413
P.O. Box 310036
Fontana, CA 92331

American Constructors CA, Inc.
Acct No 0306
16351 Gothard Street Suite A
Huntington Beach, CA 92647

American Express
Acct No xxxx-xxxxxx-x2009
PO Box 0001
Los Angeles, CA 90096

American Express
Acct No x1001
P.O. Box 0001
Los Angeles, CA 90048

American Express
Acct No xxxx-xxxxxx-x1013
PO Box 0001
Los Angeles, CA 90096

American Express
Acct No xxxx-xxxxxx-x1023
PO Box 0001
Los Angeles, CA 90096

American Express
Acct No 1004
PO Box 0001
Los Angeles, CA 90096

American Express
Acct No 72009
PO Box 0001
Los Angeles, CA 90096

American International Ins.
9350 Waxie Way 3rd Floor
San Diego, CA 92123

American Rotary Broom Co. Inc
Acct No 0740
564 N. Tulip
Escondido, CA 92025

American Solution for Business
Acct No 1286
2305 Circadian Way
Dept. 33867
San Francisco, CA 95407

Ann M. Prior
Acct No 1225
1525 N. Ardilla Ave
La Puente, CA 91746

APEX Universal, Inc.
Acct No 0052
11033 Forest Place
Santa Fe Springs, CA 90670-3935

APEX Universal, Inc.
Acct No 0052
11033 Forest Place
Santa Fe Springs, CA 90670-3935

Arch Contractors & Developers Group
Acct No 2679
AttnL Rosa E. Rivas
135 N. Los Robles Ave., #825
Pasadena, CA 91101

Arch Contractors & Developers Group
Acct No 2679
AttnL Rosa E. Rivas
135 N. Los Robles Ave., #825
Pasadena, CA 91101

Arch Insurance Group
Acct No xx-xx9604
Susan D. Neff, Esq
Senior Surety Counsel
135 N. Los Robles Avenue, Ste. 825
Pasadena, CA 91101

Arch Insurance Group
Acct No xxxxxxx79-01
135 N. Los Robles Avenue, Ste. 825
Pasadena, CA 91101

Arch Insurance Group
Acct No xxxxxxx79-04
135 N. Los Robles Ste. 825
Pasadena, CA 91101

Arch Insurance Group
135 N. Los Robles Ste. 825
Pasadena, CA 91101

ASAP General Engineering
Acct No 0639
1747 Benedetto Point
Perris, CA 92571-7589

ASR Constructors, Inc
Acct No 0498
10697 Oleander Ave
Fontana, CA 92337

AT&T
Acct No xxxxxxxxxx0069
Payment Center
Sacramento, CA 95887-0001

Atkinson Contractors, LP
Acct No 0024
27422 Portola Pkwy. Ste. 250
Foothill Ranch, CA 92610

Autobahn Construction, Inc.
Acct No 0471
933 N. Batawa St. Ste. A
Orange, CA 92867

Autobahn construction, Inc.
Acct No 0471
P.O. Box 11238
Santa Ana, CA 92711

Avalon Protective Services
Acct No 1945
P.O. Box 20662
Riverside, CA 92507

Avran Industrial
Acct No 1500
6620 Ave 304
Visalia, CA 93291

BAC Home Loan Servicing, LP
Acct No 4042
P.O. Box 10287
Van Nuys, CA 91410-0287

BAC Home Loans Servicing
Acct No xxxxx4018
P.O.Box 10219
Van Nuys, CA 91410-0219

Bales Engineering Contractors, Inc
Acct No 0531
1828 Shady Lane
Big Bear City, CA 92314-8712

Balfour Beatty Infrastrusture
Acct No 0028
2333 Courage Dr. Ste.C
Fairfield, CA 94533

Bank Of America
Acct No xxxxxxxxxxxx1282
Po Box 17054
Wilmington, DE 19850

Bank of America
Acct No xxxxxxxxxx5905
P.O. Box 15220
Wilmington, DE 19886-5220

Bank of America
Acct No xxxx-xxxx-xxxx-4718
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
Acct No 5905
FL9-600-02-26
P.O. Box 45224
Jacksonville, FL 32232-5224

Bannaoun Engineers
Acct No 0364
4377 Saltillo St
Woodland Hills, CA 91364-4430

Bay Cities Paving & Grading
Acct No 0581
5029 Forni Drive
Concord, CA 94520-1224

Beach Street Maint. Corp.
Acct No Sudhakar
P.O. Box 230490
Encinitas, CA 92023-0490

Beador Construction Co. Inc.
Acct No 0031
12360 Tenescal Canyon Rd.
Corona, CA 92883

Beador Construction Co. Inc.
Acct No 0031
26320 Lester Circle
Corona, CA 92883-6399

Bear Valley Paving
Acct No 0032
41841 Garstin Rd.
Big Bear Lake, CA 92315

Belczak & Sons Inc.
Acct No 0034
3510 E. Enterprise Dr.
Anaheim, CA 92807

Berkeley Engineering Co. Inc.
Acct No 0612
2216 5th Street
Berkeley, CA 94710

Best of the Best Sweeping, Inc.
Acct No 1941
4773 E. 133rd Street
Hawthorne, CA 90250-5707

Bid America
Acct No 0099
41085 Elm Street
Murrieta, CA 92562-9055

Bilateral Credit Corp, LLC
Acct No xx4423
141 W. 28th Street
New York, NY 10001

Birch Street Properties
111 S. Kraemer Blvd., Ste. C
Brea, CA 92821

Bonadiman-McCain Inc.
Acct No 0039
280 S. Lena Road
San Bernardino, CA 92408-1605

Bonadiman-McCain, Inc.
Acct No 0039
9420 Smiley Blvd.
Redlands, CA 92373-8730

Bond Blacktop, Inc.
Acct No 0454
2828 Faber Street
Union City, CA 94587-1204

Bond Blacktop, Inc.
Acct No 0454
P.O. Box 616
Union City, CA 94587

Bourke & Nold
Acct No 8165
Joseph T. Nold, Esq.
624 S. 10th Street
Las Vegas, NV 89101

Brandlin & Associates
Acct No 12943
1801 Century Park East Suite 1040
Los Angeles, CA 90067

Brent Engineering
Acct No 0481
26133 Mchean Pkwy.
Valencia, CA 91355

Brent Engineering, Inc.
Acct No 0481
81 Shield
Irvine, CA 92618-5212

Brite Line
Acct No 0112
3788 Trotters Ridge Dr.
Las Vegas, NV 89122-3410

Brutoco Engineering
Acct No 0040
14801 Slover Ave
Fontana, CA 92337

Burrtec Waste Industries
Acct No 0116
1850 Agua Mansa Rd
Riverside, CA 92509-2404

C-18, Inc.
Acct No 1505
202 East 3rd Street
Beaumont, CA 92223

C. A. Rasmussen, Inc.
Acct No 0041
28548 Livingston Ave
Valencia, CA 91355

C. W. Driver
Acct No xxxxx2679
Symphony Towers
750 B Street Suite 1700
San Diego, CA 92101

C.P. Construction
Acct No 0042
225 Driver Valley Rd. Suite 100
Oakland, OR 97462-9672

C.S. Legacy Construction, Inc.
Acct No 0521
4914 E. Ashlan Ave. Ste. 102
Fresno, CA 93612

C.W. Driver
Acct No xxxxx2679
Symphony Towers
750 B Street Suite 1700
San Diego, CA 92101

C2C Resources, LLC.
56 Perimeter Center East
Atlanta, GA 30346

Caine & Weiner
Acct No xxx4068
P.O. Box 5010
Woodland Hills, CA 91365-5010

Calif Water Service Company
Acct No 7365
707 W. Acequia Ave
Visalia, CA 93291

California Business Bureau
Acct No xxxxx0001
4542 Ruffner St Ste 160
San Diego, CA 92111

California Water Service Co.
Acct No 1174
P.O. Box 940001
San Jose, CA 95194

California Water Service Co.
Acct No 1174
P.O. Box 940001
San Jose, CA 95194

Camarillo Engineering, Inc.
Acct No 0563
1320 Flynn Rd.
Camarillo, CA 93012

Capital Commercial Services, Inc.
Acct No x2705
31805 Temecula Parkway #146
Temecula, CA 92592

CCB Credit Services, Inc.
Acct No XR7230
PO Box 272
Springfield, IL 62705-0272

CCK Builders, Inc.
Acct No 0538
625 W. Katella Ave. Ste. 1
Orange, CA 92867

CED
Acct No 1704
580 East Hill Street
San Bernardino, CA 92408

Center Capital Corp-48566-01
Acct No 0147
P.O. Box 388
Farmington, MO 63640

Center Capital Corp-48566-02
Acct No 1976
P.O. Box 388
Farmington, MO 63640

Center Capital Corp-48566-03
Acct No 1977
P.O. Box 388
Farmington, MO 63640

Center Capital Corp-48566-04
Acct No 1978
P.O. Box 388
Farmington, MO 63640

Center Capital Corp-48566-05
Acct No 1979
P.O. Box 388
Farmington, MO 63640

Centerline Striping Co Inc.
Acct No 2036
9847 Dino Drive
Elk Grove, CA 95624

Century Sweeping Co., Inc.
Acct No 1310
1405 Date Street
Montebello, CA 90640

CH2MHill/Interstate Hiway-JV
Acct No 0513
World Headquarters
9191 S. Jamaica Street
Englewood, CO 80112

Charles Wildeboer
Acct No 1668
558 S. Aldenville Ave
Covina, CA 91723

Chase
Acct No xxxxxxxxxx2772
P.O. Box 78035
Phoenix, AZ 85062-8035

Chase Home Finance  LLC
Acct No xxx-xxx-xxxxxxxx9056
Attn: Home Equity Loan Servicing
P.O. Box 24714
Columbus, OH 43224

Chase Home Finance LLC
Acct No 9056
P.O. Box 78036
Phoenix, AZ 85062-8036

Christopher R. Morales, Inc.
Acct No 0448
155 N. Eucla Ave
San Dimas, CA 91773-2587

City Clerk
Acct No xx1342
P.O. Box 1318
San Bernardino, CA 92402-1318

City of  Las Vegas
Acct No xxxxxxx2069
P.O. Box 52781
Phoenix, AZ 85072-2781

City of Glendora
Acct No 0402
116 E. Foothill Blvd.
Glendora, CA 91741-3380

City of Lancaster
Acct No 0426
44933 N. Fern Ave
Lancaster, CA 93534

City of North Las Vegas
Acct No xxxxxxx2015
Aliante, District #60
P.O. Box 60559
Los Angeles, CA 90060-0559

City of Pasadena
Acct No 0069
100 N. Garfield Ave
Pasadena, CA 91109

City of Redondo Beach
Acct No 0361
415 Diamond Street
Redondo Beach, CA 90277

City of Rialto Fire Dept.
Acct No 0700
131 S. Willow Ave
Rialto, CA 92376-6387

City of Rialto Utilities
Acct No 0699
150 S. Palm Ave
Rialto, CA 92376

City of Santa Ana
Acct No 1037
20 Civic Center Plaza
Santa Ana, CA 92703

City of Temecula Business License
Acct No 1086
City Hall
43200 Business Park Dr.
Temecula, CA 92590

City of Visalia
Acct No 2056
315 E. Acequia Ave
Visalia, CA 93277

City Rentals
Acct No x8433
1035 No. Vineyard
Ontario, CA 91764

Clairemont Equipment Rentals
Acct No 0168
8520 Cherry Ave
Fontana, CA 92335

Clark County Government Center
Acct No xxxx85-99
500 S. Grand Central Parkway
P.O. Box 551401
Las Vegas, NV 89155-1401

Client Services, Inc.
Acct No xxxxx0975
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Coface Collections North America, Inc.
Acct No x/2008
PO Box 8510
Metairie, LA 70011-8510

Coffelt Street Sweeping, Inc.
Acct No 1819
141 Industry Ave
La Habra, CA 90631

Coffman Specialties, Inc
Acct No 0083
9685 Via Excelencia Ste. 200
San Diego, CA 92126

Colich & Sons Gen'l Engr.
Acct No 0525
547 W. 140th St.
Gardena, CA 90248

Collectcorp Corporation
Acct No 8005
455 N. 3rd. Street, Suite 260
Phoenix, AZ 85004-3924

Collection Bureau of America
Acct No xxxx2488
P.O. Box 5013
Hayward, CA 94540-5013

Computer 1
Acct No 2062
Products of America Inc.
11135 Rush St. Unit A
South El Monte, CA 91733

Connolly Pacific Co.
Acct No 0572
1925 W. Pier D St.
Long Beach, CA 90802

```
Construction Laborers Trust
Acct No 0189
4401 Santa Anita
El Monte, CA 91731

Construction Laborers Trust
Acct No 0189
4401 Santa Anita
El Monte, CA 91731

Contractors State License Board
Acct No xx2367
9821 Business Park Drive
Sacramento, CA 95827

Coral Construction Co.
Acct No 0670
11011 Crenshaw Blvd. Ste. 100
Inglewood, CA 90303

Cort, Serrano & Cort
Acct No xx xxxx2652
Attn: William G. Cort, Esq.
9040 Telegraph Rd., Ste. 206
Downey, CA 90240

County of Sacramento
P.O. Box 839
Sacramento, CA 95812-0839

County of Sacramento
Acct No 3437
P.O. Box 839
Sacramento, CA 95812-0839

County of San Bernardino
Acct No xxxx4382
Tax Collector
172 W. 3rd Street, 1st Floor
San Bernardino, CA 92415-0360

County of San Bernardino
Acct No xxxx4390
Tax Collector
172 W. 3rd Street, 1st Floor
San Bernardino, CA 92415-0360

County of San Bernardino
Acct No xxxx3829
Tax Collector
172 W. 3rd Street, 1st Floor
San Bernardino, CA 92415-0360
```

Cox Communications
Acct No xxxxxxxxxxxx1001
PO Box 79175
Phoenix, AZ 85062-9175

Cox Communications, Inc.
Acct No xxxxxxxxxxxx6601
P.O. Box 53262
Phoenix, AZ 85072-3262

Crafco Inc.
Acct No 0207
14142 Whittram Ave.
Fontana, CA 92335-3044

Credit Bureau Central
Acct No xxxxxxxxxxxx9643
PO Box 29299
Las Vegas, NV 89126-9299

Cruco Construction
Acct No 0564
2443 Foundry Park Ave
Fresno, CA 93706-4531

CT&F Inc Electrical Contractor
Acct No 0095
10642 Santa Monica Blvd. Ste 201
Los Angeles, CA 90025-4833

D & L Paving
Acct No 0097
32389 Dunlap Blvd.
Yucaipa, CA 92399

D W Powell Construction
Acct No 0096
8555 Banana Ave
Fontana, CA 92335

D. G. Yeager Construction Co.
Acct No 0098
23252 Del Lago Dr.
Laguna Hills, CA 92653

D. J. Miller, Inc
Acct No 0482
11976 California St.
Yucaipa, CA 92399

D3 Equipment
Acct No 0218
10062 Live Oak Ave
Fontana, CA 92335-6225

Dan Napier CIH
Acct No 1947
111 N. Sepulveda Blvd. Ste. 355
Manhattan Beach, CA 90266

Dan Napier CIH
Acct No 0220
111 N. Sepulveda Blvd. Ste. 355
Manhattan Beach, CA 90266

Dave Christian Construction
Acct No 0567
2233 S. Minnewawa Ave.
Fresno, CA 93729

David A. Bush, Inc.
Acct No 0666
1820 S. Armstrong Ave
Fresno, CA 93727

DDS Legal Support Systems, Inc.
Acct No 1557
2900 Bristol Street Ste. E-106
Costa Mesa, CA 92626

DeBruin Construction, Inc.
Acct No 0626
939 W. Charter Way
Stockton, CA 95206

Department of Industrial Relations
Acct No 7-120
Attn: Cashiering Unit
P.O. Box 420603
San Francisco, CA 94142

Department of the Treasury
Acct No 1692
Internal Revenue Service
P.O. Box 9941
Stop 5300
Ogden, UT 84409-0941

Department of the Treasury
Acct No 1692
Internal Revenue Service
P.O. Box 9941
Stop 5300
Ogden, UT 84409-0941

Department of the Treasury
Acct No 4995
Internal Revenue Service
Ogden, UT 84201-0039

Dept of Motor Vehicle DMV
Acct No 1633
P.O. Box 51061
Los Angeles, CA 90007

Dept of Motor Vehicles-Pull
Acct No 1121
Pull Notice Services
Sacramento, CA 95818

Desert Pipeline
Acct No 0104
83477 62nd. Ave
Thermal, CA 92274

Diablo's Contractors, Inc.
Acct No 0309
7 Crow Canyon Court Ste. 100
San Ramon, CA 94583

Diversified Adjustment Service, Inc.
Acct No 7187
P.O. Box 32145
Minneapolis, MN 55432

Dixie Sudhakar
P.O. Box 25257
Los Angeles, CA 90025

DMC Sweeping, Inc.
Acct No 1948
P.O. Box 6787
Visalia, CA 93277

DMV Renewals
Acct No 0248
8243 Demetre Ave
Sacramento, CA 95828-0932

DNA Dan Napier, CIH
Acct No xx-xxx8219
Industrial Hygiene
111 N. Sepulveda Blvd. Ste. 355
Manhattan Beach, CA 90266-6861

Don Berry Construction, Inc.
Acct No 0627
13701 Gonden State Blvd.
Selma, CA 93662

Don Kelly Construction, Inc.
Acct No 0398
10967 San Diego Mission Rd
San Diego, CA 92108

Doty Brothers
Acct No 0105
11232 E. Firestone Blvd.
Norwalk, CA 90650

Doug Martin Contracting Co., Inc.
Acct No 0553
220 Foundation Ave
La Habra, CA 90631

Dynalectric
Acct No 0488
6050 W. 6th
Los Angeles, CA 90036

E.C. Construction
Acct No 0108
7085 Jurupa Ave #3
Riverside, CA 92504

Eagle Asphalt Construction, Inc.
Acct No 0562
P.O. Box 2456
Pomona, CA 91769

Elite Bobcat Service
Acct No 0111
1320 E. 6th Street Ste. 100
Corona, CA 92879

Elite Road Service & Tire, Inc.
Acct No 1578
P.O. Box 1347
Bloomington, CA 92316

Elite Towing
Acct No 0268
P.O. Box 1210
Fontana, CA 92334-1210

Elizabeth Sudakar
7500 W. Lake Mead Blvd., Apt. 942
Las Vegas, NV 89128-0297

Elizabeth Sudhakar
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128-0297

Elizabeth Sudhakar
44489 Town Center Way Ste. 368
Palm Desert, CA 92260-2723

Elizabeth Sudhakar
7500 W. Lake Mead Blvd., Unit 942
Las Vegas, NV 89128-0297

```
Elizabeth Sudhakar
7500 W. Lake Mead Blvd. Unit 942
Las Vegas, NV 89128

Elizabeth Sudhakar
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128

Elizabeth Sudhakar
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128

Emmett's Excavation, Inc.
Acct No 0611
2316 N. Fowler Ave
Fresno, CA 93727

Empire Construction LP
Acct No 0371
777 Campus Commons Rd
Sacramento, CA 95825

Employment Development Department
Acct No 942-3
658 E. Brier Dr., Ste. 300
San Bernardino, CA 92408

Employment Development Department
Acct No 1942
P.O. Box 3038
Sacramento, CA 95812-3038

Employment Development Dept.
Acct No xxx-1942
P.O. Box 826846
Sacramento, CA 94246-0001

Ennis Paint Inc.
Acct No 0276
5910 N. Central Expressway #1050
Dallas, TX 75206-5145

Ennis Paint Inc.
Acct No 0276
P.O. Box 671185
Dallas, TX 75206

Environmental Construction, Inc.
Acct No 0476
1650 E. 104th Street
Los Angeles, CA 90002
```

EQ Acquisitions 2003, Inc.
Acct No xxxx9048
50 Washington Street
Norwalk, CT 06854

ETCO Development, Inc.
Acct No 0351
1351 Pomona Rd
Corona, CA 92882

Excel Paving
Acct No 0113
13605 Fendale Street
Whittier, CA 90605

Exxon Mobil
Acct No 0285
P.O. Box 688938
Des Moines, IA 50368

Faicollect Inc.
P.O. Box 7148
Bellevue, WA 98008-1149

Faicollect Inc.
#10 148th Ave. N.E. Ste. 100
Bellevue, WA 98007-4947

Fastenal
Acct No 1265
1145 Orange Show Rd. Ste. A
San Bernardino, CA 92408

Federal Express
Acct No 0292
P.O. Box 7221
Pasadena, CA 91109

Financial Credit Network, Inc.
Acct No xxx3992
P.O. Box 3084
Visalia, CA 93278-3084

Fisher & Sons, Inc.
Acct No 0560
5242 E. Holme Ave
Fresno, CA 93727

Flatioron- Benecia
Acct No 0116
1601 San Elijo Rd.
San Marcos, CA 92078

Flatiron- Flour/Parsons
Acct No 0566
1601 San Elijo Rd.
San Marcos, CA 92078

Fleet Glass
Acct No 1527
1500 S. Milliken Ave Ste. E
Ontario, CA 91761

Floyd Johnston Construction Co. Inc.
Acct No 0637
2301 Herndon Ave
Clovis, CA 93611

Focus Receivables Management
Acct No 13700147
5601 Office Blvd. NE Suite 500
Albuquerque, NM 87109

Fomotor Engineering
Acct No 0493
225 S. Civic Dr.
Yucca Valley, CA 92284

Ford Credit
Acct No xxxx2463
P.O. Box 6508
Mesa, AZ 85216

Ford Credit
Acct No xxxx5963
P.O. Box 6508
Mesa, AZ 85216

Ford Credit
Acct No xxxx5281
P.O. Box 6508
Mesa, AZ 85216

Ford Credit
Acct No xxxx4303
P.O. Box 6508
Mesa, AZ 85216

Ford Credit
Acct No xxxx2335
P.O. Box 6508
Mesa, AZ 85216

Ford Credit
Acct No 1986
P.O. Box 6508
Mesa, AZ 85216

```
Ford Credit
Acct No 2335
Customer Service Center
P.O. Box 542000
Omaha, NE 68154-8000

Ford Motor Credit Company
Acct No xxxxx1339
P.O. Box 6508
Mesa, AZ 85216-6508

Ford Motor Credit Company
Acct No xxxxx1591
Dept 194101
P.O. Box 55000
Detroit, MI 48255-1941

Ford Motor Credit Company
Acct No xxxxx4107
Dept 194101
P.O. Box 55000
Detroit, MI 48255-1941

Ford Motor Credit Company
Acct No xxxxx4565
Dept 194101
P.O. Box 55000
Detroit, MI 48255-1941

Ford Motor Credit Company
Acct No xxxxxxxxxxxxxxx8710
P.O. Box 6508
Mesa, AZ 85216-6508

Ford Motor Credit Company
Acct No 5963
Dept 194101
P.O. Box 55000
Detroit, MI 48255-1941

Ford Motor Credit Company
Acct No 8304
Dept 194101
P.O. Box 55000
Detroit, MI 48255-1941

Ford Motor Credit Company
Acct No 4107
Dept 194101
P.O. Box 55000
Detroit, MI 48255-1941
```

Ford Motor Credit Company
Acct No 1339
P.O. Box 689007
Franklin, TN 37068-9007

Ford Motor Credit Company
Acct No 5281
Dept 194101
P.O. Box 55000
Detroit, MI 48255-1941

Ford Motor Credit Company
Acct No 1591
P.O. Box 6508
Mesa, AZ 85216-6508

Ford Motor Credit Company
Acct No 4107
P.O. Box 6508
Mesa, AZ 85216-6508

Ford Motor Credit Company
Acct No 4565
P.O. Box 6508
Mesa, AZ 85216-6508

Fountain Services
Acct No 1560
P.O. Box 881
Rancho Cucamonga, CA 91729

Frank Huang, CPA
1199 S. Fairway Dr. Ste. 109
Walnut, CA 91789

Fred M. Charness, Esq.
Acct No CIVDS916671
6700 fallbrook Ave., Ste. 192
West Hills, CA 91307-3521

Freeway Electric
Acct No 0494
5942 Acorn Street
Riverside, CA 92504

Fresno Builders Exchange
Acct No 1726
1244 N. Mariposa Street
Fresno, CA 93703

Frontier Homebuilders, Inc.
Acct No 0437
1150 S. Vineyard Ave
Ontario, CA 91761

FTR International, Inc.
Acct No 0307
1281 Pier G Ave
Long Beach, CA 90802

Futurestep, a Korn/Ferry Company
Strategic Talent Acquisition
Attn: Andrea VanOrden
14295 Midway Road Ste. 450
Addison, TX 75001

GC Services Limited Partnership
Acct No xxxxx2082
P.O. Box 5220
San Antonio, TX 78201

GC Services Limited Partnership
Acct No xxxxx2742
P.O. Box 5220
San Antonio, TX 78201

GC Services Limited Partnership
Acct No xxxxx6312
P.O. Box 5220
San Antonio, TX 78201

Generations Pest Control
Acct No 0334
7231 Boulder Ave. #136
Highland, CA 92346

Genesis Construction
Acct No 0125
3044 Horace Street
Riverside, CA 92506

Genesis Construction
Acct No 0125
170 E. Oakland Ave
Hemet, CA 92543-2931

George Reed, Inc.
Acct No 0658
686 E. Lockford St.
Lodi, CA 95240

George Reed, Inc.
Acct No 0623
5695 Obgrnes Ferry Rd
Jamestown, CA 95327

George Reed, Inc. Lodi
Acct No 0602
686 E. Lockford St.
Lodi, CA 95240

George Reed, Inc.-- Modesto
Acct No 0623
P.O. Box 4760
Modesto, CA 95352

George Reed, Inc.-- Sonora
Acct No xxxx8500
P.O. Box 4760
Modesto, CA 95352

George Works
Acct No xxxx1549
2837 Estado Street
Pasadena, CA 91107

Glen Wells Construction Company, Inc.
Acct No 1131
P.O. Box 3104
Visalia, CA 93278-3104

Glowlite Inc.
Acct No xxxxx xxx7239
236 So. 5th Ave.
La Puente, CA 91746

GMAC
Acct No xxxxxxxx6529
P.O. Box 9001948
Louisville, KY 40290

GMAC
Acct No xxx-xxxx-x8401
P.O. Box 9001948
Louisville, KY 40290

GMAC
Acct No xxx-xxxx-x8653
P.O. Box 9001948
Louisville, KY 40290

GMAC
Acct No xxx-xxxxx3887
P.O. Box 9001948
Louisville, KY 40290

GMAC
Acct No 2798
P.O. Box 380901
Minneapolis, MN 55438

GNS Diesel Repair, Inc
Acct No 0343
450 W. Valley Blvd.
Rialto, CA 92376

Goshen Auto Parts
Acct No 4180
6676 Avenue 304
Visalia, CA 93291-9480

Goshen Community
Acct No 2080
6678 Ave 308
Visalia, CA 93291

Grades Pro Inc. dba McKenna Construction
Acct No 0384
P.O. Box 42335
Bakersfield, CA 93384

Graham Contractors, Inc.
Acct No 0427
485 Grand Oak Ln
Thousand Oaks, CA 91360

Grand Pacific Contractors, Inc.
Acct No 0401
680 N. Cota St
Corona, CA 92880

Granite Construction- Bakersfield
Acct No 0329
3005 James Rd
Bakersfield, CA 93308

Granite Construction- Fresno
Acct No 0455
2716 S. Granite Ct.
Fresno, CA 93706-5455

Granite Construction- Indio
Acct No 0127
38155 Monroe Street
Indio, CA 92203

Granite Construction- Monterey Bay
Acct No 0405
P.O. Box 720
Monterey, CA 93942

Granite Construction- Santa Barbara
Acct No 0369
5335 Debbie Rd
Santa Barbara, CA 93111

Granite Construction- Stockton
Acct No 0632
P.O. Box 151
Stockton, CA 95201

Great West Contractors, Inc
Acct No 0362
4562 E. Eisenhower Circle
Anaheim, CA 92807

Greg W. Jones, Esq
Acct No xxxxxxxx8419
Hathaway, Perrett, Webster, ET Al.
5450 Telegraph Road, Ste. 200
Ventura, CA 93006-3577

Greg Works
Acct No 1419
3506 E. Hillhaven Dr.
West Covina, CA 91791

Griffith Company- Bakersfield
Acct No 0570
1128 Carrier Pkwy Ave
Bakersfield, CA 93308

Griffith Company- Santa Ana
Acct No 0569
2020 S. Yale St
Santa Ana, CA 92704

Griffith Company-Santa Fe Springs
Acct No 0128
12200 Bloomfield Ave
Santa Fe Springs, CA 90670

GS Equipment Rental
Acct No 0478
135 Keller Street #C
Petaluma, CA 94952-2312

H&H General Contractors, Inc.
Acct No 0131
254 E. Drake Dr.
San Bernardino, CA 92408

Hadley Tow
Acct No 7214
11819 E. Hadley Street
Whittier, CA 90601

Hal Hays Construction, Inc.
Acct No 0523
1835 Chicago Ave. Ste. C
Riverside, CA 92507

Hanford Development, Inc.
Acct No 0641
113 Court Street
Hanford, CA 93230-4493

Hanford Montecito Ranch, LLC
Acct No 0606
6360 La Punta Dr
Los Angeles, CA 90068-2826

Hardy & Harper
Acct No 0135
1312 E. Warner Ave
Santa Ana, CA 92705

Harvey K. Newkirk, Esq.
Acct No xxxxx xx4205
K&L Gates LLP
599 Lexington Ave
New York, NY 10022-6030

Hathaway, Perrett ET AL
Acct No 8419
P.O. Box 3577
Ventura, CA 93006

Hazard Construction
Acct No 0138
39725 Garand Ln
Palm Desert, CA 92211

Hazard Construction
Acct No 0138
6465 Marindustry Dr
San Diego, CA 92121

HCC Surety Group
Acct No 2367
P.O. Box 10289
Van Nuys, CA 91410

HCC Surety Group
Acct No 734931
601 S. Figueroa Street Ste. 1600
Los Angeles, CA 90017

HCI Environmental & Engineering  Service
Acct No 2044
114 Business Center Drive
Corona, CA 92880

Henderson Construction
Acct No 0541
2100 W. Winery Ave., Ste. 104
Fresno, CA 93703

Henderson Construction
Acct No 0541
849 Barsby St.
Vista, CA 92084

Herman Weissker, Inc
Acct No 0140
1645 Brown Ave
Riverside, CA 92509

Hi-Way Safety Rentals, Inc.
Acct No x1991
13310 5th Street
Chino, CA 91710

Hi-Way Safety Rentals, Inc.
Acct No 11991
P.O. Box 1030
Chino, CA 91708

Highland Construction Inc.
Acct No 0141
133 N. Pixley Street
Orange, CA 92868-2207

Highland Engineering of California
Acct No 0554
2230 S. Huron Dr
Santa Ana, CA 92704-4947

Hillcrest Contracting
Acct No 0142
1467 Circle City Dr.
Corona, CA 92879

Hollins Law
Acct No xxxxxxxx4110
Attn: Tamara M. Heathcote
2601 Main Street
Irvine, CA 92614-4239

Hollins Schechter
Acct No 52264
Attorneys At Law
1851 East First Street
Sixth Floor
Santa Ana, CA 92705-4017

Howard & Howard
Acct No 1524
39400 Woodward Ave Ste. 101
Bloomfield Hills, MI 48304

HPD, Inc
Acct No 0349
P.O. Box 5717
Norco, CA 92860

HPD, Inc.
Acct No 0349
3166 Horseless Carriage Dr
Norco, CA 92860

Hsbc Best Buy
Acct No xx3002
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197

I.C. System, Inc.
Acct No xxxxxxx6-1-89
444 Highway 96 East
P.O. Box 64794
Saint Paul, MN 55164-0794

I.C. System, Inc.
Acct No 6-1-89
P.O. Box 64378
Saint Paul, MN 55164-0378

IAC Engineering, Inc.
Acct No 0604
1870 W. 9th Street
Upland, CA 91786-5649

IDR Environmental Services
Acct No xxx-xxx-6921
100 S. Irwindale Ave
Azusa, CA 91702

Imperial A.I. Credit Companies
1630 E. Shaw AVe., Ste. 160
Fresno, CA 93710

Imperial Paving Co.
Acct No 0643
13555 Imperial Hwy.
Whittier, CA 90605-4237

Industrial Sweeping, Inc.
Acct No 1950
12300 194th Street
Artesia, CA 90701

Inland Bobcat
Acct No 0408
5494 Via Ricardo
Riverside, CA 92509

Inland Bobcate Inc.
Acct No xxx xxxx1870
P.O. Box 759
Cardiff by the Sea, CA 92007

```
Intermountain Slurry Seal, Inc.
Acct No 0475
3811 Recycle Road #1
Rancho Cordova, CA 95742

Internal Revenue Service
Acct No xx-xxx1692
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx1692
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx1692
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx1692
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx1692
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx4995
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx5730
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx5730
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx5730
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xx-xxx5730
P.O. Box 7346
Philadelphia, PA 19101-7346
```

```
Internal Revenue Service
Acct No xx-xxx5730
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acct No xxxxx6301
P.O. Box 7346
Philadelphia, PA 19101-7346

International Surfacing System
Acct No 0409
1601 Culpepper Ave
Modesto, CA 95351

Interstate Filter Service
Acct No 0976
15006 E. Arrow Hwy.
Baldwin Park, CA 91706

IPS
Acct No 0304
9465 Customhouse Plaza, Sutie H-1
San Diego, CA 92154

Irwin Comml Finance
Acct No xxxxx048-1
330 120th Ave NE Ste. 110
Bellevue, WA 98005

J & H Engineering General Contractors
Acct No 0451
4022 Camino Ranchero, Unit B
Camarillo, CA 93012

J & K Sweeping
Acct No 2038
3845 Lynwood Way
Sacramento, CA 95826

J. Fletcher Creamer & Son, Inc.
Acct No 0296
12874 San Fernando Rd
Sylmar, CA 91342

J. McLoughlin Engineering Co.
Acct No 0157
10722 Arrow Rte. Ste 716
Rancho Cucamonga, CA 91730

J.J. Keller & Associates, Inc.
Acct No 2016
P.O. Box 548
Neenah, WI 54957
```

Jacobsson Engineering Construction, Inc.
Acct No 0156
77590 Enfield Ln
Palm Desert, CA 92211-0404

Jane A. Baumann, Esq.
Acct No 7-018
Claims Officer
55 Water Street, 18th Floor
New York, NY 10041

Jason Hannah
1450 N. Fitzgerald ave
Rialto, CA 92376

Jason Hannah
1230 E. 36th
San Bernardino, CA 92404

Jeffrey Darling
Acct No 1762
5004 Norht "F" Street
San Bernardino, CA 92407

JFL Electric, Inc.
Acct No 0667
8257 Compton Ave
Los Angeles, CA 90001-3915

Jim Scheinkman
600 Anton Blvd. Ste. 1400
Costa Mesa, CA 92626-7689

John Madonna Construction Co.
Acct No 0550
12125 Los Osos Valley Rd
San Luis Obispo, CA 93405-7213

John S. MacIntoch
Acct No xxxx3612
A Professional Law Corporation
25350 Magic Mountain Pkwy., Ste. 130
Valencia, CA 91355

John Shewmaker
Acct No 2046
1825 Borrego Drive
West Covina, CA 91791

John Thayer, CA
Acct No 0802
P.O. Box 908
Corona, CA 92882

Juan Liggins
USA Photocopy Service, Inc.
2114 N. Broadway #100
Santa Ana, CA 92706

JWT General Engineering, Inc.
Acct No 0552
1549 Menlo Ave
Clovis, CA 93611-0509

K&L Gates LLP
Acct No Sudhakar
599 Lexington Ave
New York, NY 10022

K&L Gates, LLP
Acct No xxxxx xx4205
Carolyn A. McCoy
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90068

Kaman Industrial Technolies
Acct No 1725
File 25356
North Hollywood, CA 91605

KEC Engineering
Acct No 0161
200 North Sherman Ave
Corona, CA 92882-7162

Kellar Sweeping, Inc.
Acct No 0452
12968 8th Street
Yucaipa, CA 92399

Ken Thompson Inc.
Acct No 0163
1785 Sampson Ave
Corona, CA 92879-1864

Kiewit Pacific Co-- Redlands
Acct No 0528
1485 E. San Bernardino Ave
Redlands, CA 92374

Knoch Tire Co.
Acct No 1194
936 N. Ben Maddox
Visalia, CA 93292

KRC Safety, Inc.
Acct No 1193
6084 W. Hurley Ave
Visalia, CA 93291

L.F. Lloyd, Inc.
Acct No 1789
14706 Lambert Road
Whittier, CA 90604

LaBelle-Marvin, Inc.
Acct No 0474
2700 S. Grand Ave.
Santa Ana, CA 92705

Labor Commisioner, State of California
Acct No 7-120
Civil Wage & Penalty Assessment Review
2031 Howe Ave., Ste. 100
Sacramento, CA 95825

Labor Commissioner, State of California
Acct No xx-xxxx7-120
Department of Industrial Relations
Division of Labor Standards Enforcement
300 Oceangate Ste. 850
Long Beach, CA 90802

Laborers Trust Funds for Northern
Acct No xxx10-00
California
220 Campus Lane
Fairfield, CA 94534-1498

Laborers Trust Funds for Northern
Acct No xxx10-00
California
220 Campus Lane
Fairfield, CA 94534-1498

LaChance Financial Svcs. #2030
Acct No 1975
203 SW Cutoff
Northborough, MA 01532

LaChance Financial Svcs. #2031
Acct No 0476
203 SW Cutoff
Northborough, MA 01532

Laird Construction Co., Inc.
Acct No 0172
9460 Lucas Ranch Rd
Rancho Cucamonga, CA 91730-5743

Landmark Site Contractors
Acct No 0173
314 E. Third Street
Perris, CA 92570

Law Office of Damien J. Miranda
Acct No xxxxx xx2296
Attn: Damien J. Miranda
3333 E. Concours Street, Ste. 4200
Ontario, CA 91764

Law Offices Bleier & Cox LLP
Acct No xxxx-xxxxxx-x1004
16130 Ventura Blvd., Ste. 620
Encino, CA 91436

Law Offices of Joel Cardis, LLC
Acct No xxx3083
2006 Swede Rd., Suite 100
E. Norriston, PA 19401

Law Offices of Kenneth J. Freed
Acct No xxxxxxx6743
Kenneth J. Freed, Esq.
14226 Ventura Blvd.,
P.O. Box 5914
Sherman Oaks, CA 91413

Law Offices of Kenneth J. Freed
Acct No xxxxx xx5016
Attn: Kenneth J. Freed, Esq.
14226 Ventura Blvd.,
P.O. Box 5914
Sherman Oaks, CA 91413

Law Offices of Kenrick Young
Acct No xxxxx xxx7239
52 Seraspi Court
Sacramento, CA 95834

Law Offices of Matthew L. Taylor
Acct No xxxx7046
A Professional Corporation
1420 N. Claremont Blvd. #210
Claremont, CA 91711

Law Offices Of Patanaude & Felix, A.P.C.
Acct No xxxx-xxxxxx-x2009
Westley U. Villanueva, Esq.
1771 E. Flamingo Rd., Ste 112A
Las Vegas, NV 89119

Law Offices of Reid & Hellyer
Acct No xxxxx 0001
A Professional Corporation
P.O. Box 1300
Riverside, CA 92502-1300

Law Offices of Robert A. Weinberg
Acct No xxxx7935
Attn: Robert A. Weinberg, Esq.
18034 Ventura Blvd., #511
Encino, CA 91316-3516

Law Offices of Sandra H. Castro Inc.
Acct No 2296
Attn: Sandra H. Castro, Esq.
611 North Euclid Ave
Ontario, CA 91762

Law Offices of Siegel & Siegel
Acct No xxxxx19-43
6355 Topanga Canyon Blvd. #255
Woodland Hills, CA 91367

Lawson Products Inc.
Acct No 0479
2689 Paysphere Circle
Chicago, IL 60674

Lee's Paving Inc.
Acct No 0421
1212 N. Plaza Dr
Visalia, CA 93291-8827

Legacy Long Distance Int'l
Acct No 0979
10833 Valley View Street
Cypress, CA 90630

Lekos Electric, Inc.
Acct No 0367
1370 Pioneer Way
El Cajon, CA 92020

LH Engineering Company, Inc.
Acct No 0411
708 N. Valley Street #S
Anaheim, CA 92801-3837

Local 1184
Acct No 0488
1128 E. La Cadena Dr.
Riverside, CA 92501

Lockwood General Engineering, Inc
Acct No 0634
10533 W. Goshen Ave
Visalia, CA 93291-9476

```
LogoWear Direct
Acct No 1481
733-C Lakeview Plaza Blvd.
Columbus, OH 43085

Los Angeles County Recorder Office
Acct No xxxxxxx6443
7807 Compton Ave
Los Angeles, CA 90001-2613

Los Angeles County Superior Court
Acct No 7935
West District Santa Monica
1725 Main Street
Santa Monica, CA 90401

Los Angeles Engineering Inc.
Acct No 0179
633 N. Barranca Ave
Covina, CA 91723

Los Angeles Signal Construction, Inc.
Acct No 0444
155 N. Eucla Ave
San Dimas, CA 91773-2587

LTD Financial Services, L.P.
Acct No 3600
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

M & M General Engineer Contractors
Acct No 0479
28425 Cole Grade Rd
Valley Center, CA 92082-6580

M-B Companies, Inc.
Acct No 1492
2490 Ewald Ave. S.E.
Salem, OR 97302

M.S. Construction Management Group
Acct No 0385
32542 B Golden Lantern #475
Dana Point, CA 92629

MacDowell & Associates Ltd.
Acct No xx3508
Attorneys at Law
Attn: Todd A. MacDowell, Esq.
3636 Birch Street Suite 290
Newport Beach, CA 92660
```

MacDowell & Associates Ltd.
Acct No xx4829
Attorneys at Law
Attn: Todd A. MacDowell, Esq.
3636 Birch Street Suite 290
Newport Beach, CA 92660

MacDowell & Associates Ltd.
Acct No xx3600
Attorneys at Law
Attn: Todd A. MacDowell, Esq.
3636 Birch Street Suite 290
Newport Beach, CA 92660

MacDowell & Associates Ltd.
Acct No xx2798
Attorneys at Law
Attn: Todd A. MacDowell, Esq.
3636 Birch Street Suite 290
Newport Beach, CA 92660

Main Street Signs
Acct No 1802
1211 W. Brooks St. Ste. A
Ontario, CA 91762

Maneri Traffic Control
Acct No 1951
5463 Rainbow Heights Rd
Fallbrook, CA 92028

Manhole Adjusting Inc.
Acct No 0184
9500 Beverly Rd.
Pico Rivera, CA 90660

Mark Rite Line Equipment Co.
Acct No 0511
P.O. Box 31154
Billings, MT 59107

Mark Rite Lines Equipment Co.
Acct No xxxH100
5379 Southgate Dr.
Billings, MT 59101

MAS Auto & Truck Electric Svc.
Acct No 1227
16080 Valley Blvd.
Fontana, CA 92335

Matich Corporation
Acct No 0186
1596 Harry Sheppard Blvd.
San Bernardino, CA 92408

```
Maverick Asphalt, Inc.
Acct No 0599
3131 Wear St.
Bakersfield, CA 93308

Max Equipment Rental
Acct No xxx1538
2365 Oceanside Blvd.
Oceanside, CA 92054

Maximim Recovery Specialist Inc.
Acct No x4960
5105 E. Los Angeles Ave., Ste. 200
Simi Valley, CA 93063

Maxwell Systems
Acct No 2995
P.O. Box 31001-1168
Pasadena, CA 91110-1168

Maxwell Systems
Acct No 2995
1000 First Ave., Ste. 200
King of Prussia, PA 19406

McCann Rupp Associates, LLC
Acct No SUDHAKAR
Attn: Charles R. McCann
6247 Brookside Blvd., Ste. 201
Kansas City, MO 64113

McCarthy, Burgess & Wolff
Acct No xxxx1192
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146

McGraw-Hill Construction
Acct No 0525
148 Princeton Hightstown Rd
Hightstown, NJ 08520

McKenna General Engineering
Acct No 0473
20330 Temescal Canyon Dr.
Corona, CA 92881

MCM Construction
Acct No 0189
P.O. Box 620
North Highlands, CA 95660
```

MEC Inc.
Acct No 1738
P.O. Box 278
Edwards AFB, CA 93523

Mega Way Enterprises
Acct No 0518
1092 S. Reservoir St.
Pomona, CA 91766

Melissa Sudhakar
44489 Town Center Way Apt. 368
Palm Desert, CA 92260

Melissa Sudhakar
44489 Town Center Way Apt. 368
Palm Desert, CA 92260

Melissa Sudhakar
1450 N. Fitzgerald Ave
Rialto, CA 92376-8621

Melissa Sudhakar
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128-0297

Melissa Sudhakar
7500 W. Lake Mead Blvd. Ste. 942
Las Vegas, NV 89128-0297

Melissa Sudhakar
7500 W. Lake Mead Blvd. Apt. 942
Las Vegas, NV 89128-0297

Melissa Sudhakar
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128-0297

Melissa Sudhakar
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128

Mercer Construction
Acct No 0669
42690 Rio Nedo Way, Ste. D
Temecula, CA 92590

Metroline, Inc.
Acct No 1769
2250 Meijer Drive
Troy, MI 48084

Metropolitan Industrial
Acct No 1116
Medical Clinics Inc.
10444 Live Oaks Ave
Fontana, CA 92337

Mid-Cal Materials
Acct No 1427
1541 East Brundage Lane
Bakersfield, CA 93307-3567

Mike Bubalo Construction, Inc.
Acct No 0345
5102 Gayhurst Ave
Baldwin Park, CA 91706-1814

Millennium Commercial Real Estate
Acct No x8-835
631 N. Stephanie St. #550
Henderson, NV 89014

Miller & Levine, Inc.
Acct No xx-x0806
1551 Jennings Mill Rd. Ste. 100A
Bogart, GA 30622

Mobassaly Engineering
Acct No 0193
1840 Wright Street
La Verne, CA 91750-5824

Montclair Plaza
Acct No 0536
Management Office
5060 E. Montclair Plaza Lane
Montclair, CA 91763

Moore Electrical Contracting
Acct No 0197
463 N. Smith Ave
Corona, CA 92880

Motel 6
Acct No 1747
P.O. Box 651191
Charlotte, NC 28265

Mountain Oak Earthwork
Acct No 0393
P.O. Box 22440
Bakersfield, CA 93390

Municipal Services Bureau
Acct No xxx-xxx3944
P.O. Box 16755
Austin, TX 78761-6755

Napa Auto Parts of Redlands
Acct No 8570
402 W. Stuart Ave.
Redlands, CA 92374

Napa Auto Parts of Rialto
Acct No 0558
644 E. Foothill Blvd.
Rancho Cucamonga, CA 91739

National Document Solutions
Acct No 2089
P.O. Box 7789
Santa Rosa, CA 95407

Nationwide Credit, Inc.
Acct No 5432
P.O. Box 740640
Atlanta, GA 30374-0640

Nationwide Recovery Systems
Acct No xxx2850
P.O. Box 702257
Dallas, TX 75370-2257

NCO Financial Systems
Acct No 5RE8
P.O. Box 15740
Wilmington, DE 19850-5740

NCO Financial Systems
Acct No 8D5RE8
507 Prudential Rd
Horsham, PA 19044

Neway Packaging Corp
Acct No 108617
1973 E. Via Arado
Compton, CA 90220

Nice Touch Solutions
Acct No 0574
P.O. Box 1149
Alamo, CA 94507

Norman Schall & Associates
Acct No 1555
1055 Wilshire Blvd.
Los Angeles, CA 90017

Northern California Laborers
Acct No 2064
220 Campus Lane
Fairfield, CA 94534

Northstar Location Services, LLC
Acct No 1282
Attn: Financial Services Dept.
4285 Genesee St.
Cheektowaga, NY 14225-1943

NVEnergy
Acct No 6437
P.O. Box 30086
Reno, NV 89520-3086

O.S.T.S. Inc.
Acct No 1418
14650 Central Ave
Chino, CA 91710

Office of Finance
Acct No xxxxxxxxx-x001-3
City of Los Angeles
P.O. Box 53232
Los Angeles, CA 90053-0232

Office of Finance
Acct No 001-3
P.O. Box 30716
Los Angeles, CA 90030-0716

Ortiz Asphalt Paving, Inc.
Acct No 0375
382 E. Orange Show Rd.
San Bernardino, CA 92408-2012

Ortiz Enterprises, Inc.
Acct No 0208
6 Cushing Suite 200
Irvine, CA 92618

Osman & Associates
Acct No xxx8996
Bruce E. Todd, Esq.
1980 Orange Tree Lane, Ste. 106
Redlands, CA 92374

Otto's Welding Service
Acct No 0986
1920 23rd St S
Moorhead, MN 56560-3899

```
P.W. Gilliband Co., Inc.
Acct No xx2965
Specialty Products
P.O. Box 1019
Simi Valley, CA 93062-1019

Pacific Coast Propane LLC
Acct No 2045
539 W. Main Street
Ontario, CA 91762

Pacific Communities Builder
Acct No 0355
1000 Dove Street Ste. 100
Newport Beach, CA 92660

Pacific Construction Group
Acct No 0495
43 Post
Irvine, CA 92618-5216

Pacific Striping Co.
Acct No 0418
1820 Coronado Ave
Signal Hill, CA 90755-1207

Padilla Paving Company
Acct No 0676
17235 Sierra Highway
Canyon Country, CA 91351-1679

Pagel Service Company
Acct No 1774
4396 North Sierra Way
San Bernardino, CA 92407

Palm Canyon Contractors
Acct No 0211
8203 Alabama Ave
Highland, CA 92346

Palm Desert National Bak
Acct No xxxx-xxxxx7194
73-745 El Paseo
Palm Desert, CA 92260

Palm Desert National Bak
Acct No xxxx-xxxxx7306
73-745 El Paseo
Palm Desert, CA 92260

Palm Desert National Bak
Acct No xxxx-xxxxx7804
73-745 El Paseo
Palm Desert, CA 92260
```

Palm Desert National Bak
Acct No xxxx-xx6459
73-745 El Paseo
Palm Desert, CA 92260

Palm Desert National Bank
Acct No xxx4157
73-745 El Paseo
Palm Desert, CA 92260

Papich Construction
Acct No 0636
1666 Ramona Ave., Ste. D
Grover Beach, CA 93433

Parkhouse Tire, Inc.
Acct No 0620
P.O. Box 2430
Bell, CA 90201

Patriot Environmental Services, Inc.
Acct No 1082
20609 Placerita Canyon Rd.
Santa Clarita, CA 91350

Patriot Risk & Insurance Services
Acct No 2090
License 0G55454
8105 Irvine Center Drive #400
Irvine, CA 92618

Paul Cook
Acct No 1956
dba Integrated System Consulting
120 N. Mountain Ave
Claremont, CA 91711

Paulus Engineering, Inc.
Acct No 0212
2871 E. Coronado St
Anaheim, CA 92806-2504

Pave Tech, Inc.
Acct No 0213
P.O. Box 576
Prior Lake, MN 55372

Pavement Coating Co.
Acct No 0436
5312 Cypress Street
Cypress, CA 90630-2216

Pavement Recycling Systems
Acct No 0215
10240 San Sevaine Way
Mira Loma, CA 91752

Pavex Construction
Acct No 0559
116 McDonnell Rd. #16
San Francisco, CA 94128-3125

Payco Specialties, Inc.
Acct No 0527
120 N. 2nd Ave
Chula Vista, CA 91910

Payment Remittance Center
Acct No 8795
P.O. Box 348750
Sacramento, CA 95834

Payment Remittance Center
Acct No 4181
P.O. Box 54349
Los Angeles, CA 90054-0349

Payment Remittance Center
Acct No 9949
P.O. Box 54349
Los Angeles, CA 90054-0349

Penhall Company- San Leandro
Acct No 0218
13750 Catalina St.
San Leandro, CA 94577

Penn Wood Corporation
Acct No 1949
P.O. Box 1910
Rialto, CA 92377

Personnel Concepts Compliance
Acct No 1562
2865 Metropliance Place
Pomona, CA 91768

Pervo Paint Company
Acct No 0635
P.O. Box 01496
Los Angeles, CA 90001

Peterson - Chase General Engineering
Acct No 0220
1792 Kaiser Ave
Irvine, CA 92614

Pitney Bowes Global Fin. Service-Lease
Acct No 1569
P.O. Box 856460
Louisville, KY 40213

Pitney Bowes Purchase Power
Acct No 1058
P.O. Box 856042
Louisville, KY 40213

Powell Constructors
Acct No 0443
8555 Banana Ave
Fontana, CA 92335

Primary Financial Services
Acct No xxxxxxxxxxxxx9530
3115 N. 3rd. Ave Suite#112
Phoenix, AZ 85013

Primary Financial Services, LLC
Acct No xxxx-xxxx-xxxx-7809
3115 N. 3rd Avenue, Ste. 112
Phoenix, AZ 85013

Priority Collections, Inc.
Acct No xxx-1615
Commercial Debt Collection Specialists
21818 Graggy View Street Ste 201
Chatsworth, CA 91311-2952

PRO Consulting Services, Inc
Acct No xxxx3371
Collections Division
P.O. Box 66768
Houston, TX 77266-6768

Prober & Raphael, A Law Corporation
Acct No xxxxxxx5288
Attn: Dean Prober, Esq.
20750 ventura Blvd. #100
Woodland Hills, CA 91364

Professional Recovery Services, Inc.
Acct No 9267247
P.O. Box 1880
Voorhees, NJ 08043

PTM General Engineering Services, Inc.
Acct No 0628
5942 Acorn Street
Riverside, CA 92504-1040

PW Gillibrand
Acct No 1295
P.O. Box 1019
Simi Valley, CA 93063

R.J. Noble Company
Acct No 0228
15505 E. Lincoln Ave
P.O. Box 620
Orange, CA 92856

R.M.S Collection
Acct No xxxxxxx52-QA
305 Fellowship Rd. #100
P.O. Box 5471
Mount Laurel, NJ 08054

R.M.S.
Acct No xxxxx7868
77 Hartland St, Suite 401
P.O. Box 280431
East Hartford, CT 06128-0431

R.M.S.
Acct No 3802
77 Hartland Street, Ste. 401
P.O. Box 280431
East Hartford, CT 06128-0431

R.M.S.
Acct No 3801
77 Hartland Street, Ste. 401
P.O. Box 280431
East Hartford, CT 06128-0431

Rancho Santa Fe Insurance & Financial
Acct No 5802001
Srvcs, Inc.
P.O. Box 550
Rancho Santa Fe, CA 92091

Ranco Corporation
Acct No 0232
195 N. Puente Street
Brea, CA 92821-3845

Real Time Resolutions
Acct No xxxxx4042
P.O. Box 35888
Dallas, TX 75235

Receivable Management Services
Acct No 6490
4836 Brecksville Rd.
P.O. Box 491
Richfield, OH 44286

Recontrust Company
Acct No 10-0034440
Attn: Debt Validation
2380 Performance Dr., TX2-985-07-03
Richardson, TX 75082

Recontrust Company
Acct No 100034440
1800 Tapo Canyon Rd., CA6-914-01-94
Simi Valley, CA 93063

Recontrust Company
Acct No 4440
Attn: Debt Validation
2380 Performance Dr., TX2-985-07-03
Richardson, TX 75082

Recontrust Company
Acct No 100034440
1800 Tapo Canyon Rd., CA6-914-01-94
Simi Valley, CA 93063

Recovery Concepts Inc.
Acct No x5206
1925 E. Beltline Rd., Ste. 510
Carrollton, TX 75006

Reich, Adell & Cvitan
Acct No xx-xx-xxxxxxx(DTBx)
A Professional Law Corporation
Attn: Marsha M. Hamasaki, Esq.
3550 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90010-2421

Reid & Hellyer Law Office
Acct No 0695
3880 Lemon Street 5th Floor
Riverside, CA 92501

Relativity Capital LLC
Acct No SUDHAKAR
Attn: Joyce Johnson Miller
Senior Managing Director
825 Third Ave. 36th Floor
New York, NY 10022

Republic Bank
Acct No xxxx-xxxx3-001
801 N. 500 W., Suite 103
Bountiful, UT 84010

Republic Bank
Acct No xxxx-xxxx8-001
801 N. 500 W., Suite 103
Bountiful, UT 84010

Republic ITS Electric
Acct No 0516
Corporate Headquaters
371 Bel Marin Keys Blvd. #200
Novato, CA 94949

Reyes Construction, Inc.
Acct No 0233
1383 S. Signal Drive
Pomona, CA 91766

Ricoh Americas Corporation
Acct No 13879
4667 N. Royal Atlanta Drive
Tucker, GA 30084

Ricoh Corp dba Ricoh Business Systems
Acct No 1303
5 Dedrick Place
Caldwell, NJ 07006

Rimkus
Acct No 1714
8 Greenway Plaza Ste. 500
Houston, TX 77046

Riverside Construction
Acct No 0234
P.O. Box 1146
Riverside, CA 92502

Riverside Superior Court
Acct No 6743
Limited Civil
4050 Main Street
Riverside, CA 92501-3703

Roadway Engineering
Acct No 0452
8861-A Jurupa Rd
Riverside, CA 92509

Roek Construction
Acct No 0613
2580 Teepee Dr. #A
Stockton, CA 95205-2400

Rolling Hills Community Association
Acct No 0585
1 Portuguese Bend Rd.
Rolling Hills, CA 90274

Ronald Page
Acct No 1625
1297 Moon Stone
Hemet, CA 92543

Roydan Contracting Corporation
Acct No 0608
5235 Mission Oaks Blvd.
Camarillo, CA 93012-5400

Rush Press, Inc.
Acct No 1713
3553 California Street
San Diego, CA 92101

Rusty's Sweeping Service, Inc.
Acct No 1316
P.O. Box 968
Placentia, CA 92871

S.C. Signs & Supplies LLC
Acct No 0726
2411 W. Winston Rd.
Anaheim, CA 92806

Sabbah & Mackoul
Acct No 5705
3880 Lemon Street-Fifth Floor
Riverside, CA 92502

Sabbah & Mackoul
Acct No 1241
3880 Lemon Street 5th Floor
Riverside, CA 92501

Safety-Kleen Corp.
Acct No 6490
P.O. Box 7170
Pasadena, CA 91109-7170

Sage Contractor Services
Acct No 0635
1301 Dove Street Ste. 800
Newport Beach, CA 92660

Samson Engineering
Acct No 2076
21541 River Road
Perris, CA 92570

San Bernardino County Tax Collector
Acct No xxx xxx-xxx-xx-P-002
172 W. Third Street, First Floor
San Bernardino, CA 92415-0360

San Diego County Construction Laborers
Acct No xx3075
P.O. Box 51838
Los Angeles, CA 90051-6138

Santoro, Driggs Et Al.
Acct No 1924
Ken Woloson
400 South Fourth Street
Las Vegas, NV 89101

Sarla Jayn
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128

Sarla Jayn
7500 W. Lake Mead Blvd. #942
Las Vegas, NV 89128-0297

Savant Construction, Inc.
Acct No 0657
13830 Mountain Ave
Chino, CA 91710-9014

SC Fuels - CFN(Cardlock)
Acct No 1130
P.O. Box 14014
Orange, CA 92867

SC Fuels - Fleet A/C
Acct No 1123
1800 Katella Ave. Ste. 400
Orange, CA 92867

SCI Pavement Services, LP
Acct No Sudhakar
Attn:Abi Adeoti
1450 N. Fitzgerald Ave
Rialto, CA 92376

Security Paving- Clovis
Acct No 0580
3097 Willow Ave. #3
Clovis, CA 93612

Security Paving- Sun Valley
Acct No 0245
9050 Norris Ave
Sun Valley, CA 91352-2617

Sema Construction, Inc.
Acct No 0246
7353 South Eagle Street
Englewood, CO 80112-4223

Sequel Contractors, Inc.
Acct No 0247
13546 Imperial Hwy.
Santa Fe Springs, CA 90670-4821

Sequoia Financial Services
Acct No xxxxxxxxxxx1856
500 N. Brand Blvd., Ste. 1200
Glendale, CA 91203-3950

Sheep Creek Water Company
Acct No 8543
Attn: Accounting
4200 Sunnyslope Rd.
P.O. Box 291820
Phelan, CA 92329-1820

Shell Card Center
Acct No 1431
P.O. Box 689081
Des Moines, IA 50368-9081

Shell Credit Card Processing
Acct No 1146
P.O. Box 183019
Columbus, OH 43218

Sierra Pacific Mortgage, LLC
PO Box 1124
Cardiff by the Sea, CA 92007

Sigmanet
Acct No 1393
4290 E. Brickell Street
Ontario, CA 91761

Silvia Construction, Inc.
Acct No 0251
9007 Center Ave
Rancho Cucamonga, CA 91730-5311

Sim J. Harris Inc.
Acct No 0425
P.O. Box 420850
San Diego, CA 92142

Singer Lewak, LLP
Acct No 1943
10960 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90024

Sitework Contractors, Inc.
Acct No 0510
1265 Avocado Ave 104-415
El Cajon, CA 92020-7783

Skanska USA Civil West California Distri
Acct No 0477
1995 Agua Mansa Rd.
Riverside, CA 92502

Skip Line Inc.
Acct No 0760
10210 South D Street
La Grande, OR 97850

Slater, Tenaglia, Fritz & Hunt P.A.
Acct No xxxx2420
Law Offices
Attn: Joseph J. Tenaglia
301 Third Street
Ocean City, NJ 08226

Slater, Tenaglia, Fritz & Hunt P.A.
Acct No xxxx2412
Law Offices
Attn: Joseph J. Tenaglia
301 Third Street
Ocean City, NJ 08226

Smith Mfg Inc
Acct No 0762
1610 S. Dixie Hwy.
Pompano Beach, FL 33069

Snell & Wilmer Attorneys
Acct No SUDHAKAR
James J. Scheinkman, Esq.
600 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-7689

So Cal Locksmith
Acct No 1930
1646 E. Washington Street
Colton, CA 92324

Source Receivables Management
Acct No xxx8310
3859 Battleground Ave., Suite 303
Greensboro, NC 27410

Source Receivables Management
Acct No 8310
P.O. Box 4068
Greensboro, NC 27404-0468

Southern California Edison
Acct No xxxx-2032
P.O. Box 300
Rosemead, CA 91772

Southern California Edison
Acct No xxxx-0766
P.O. Box 600
Rosemead, CA 91771

Southern California Grading
Acct No 0363
16291 Construction Circle E #A
Irvine, CA 92606

Southern Counties Lubricants
Acct No 1129
P.O. Box 5765
Orange, CA 92867

Southwest Construction Co., Inc.
Acct No 0255
2909 Rainbow Valley Blvd.
Fallbrook, CA 92028

Sparkletts
Acct No 1147
4170 Tanner Creek Drive
Flowery Branch, GA 30542-2839

Spiess Construction Co. Inc.
Acct No 0539
1110 E. Clark Ave Ste. 210
Santa Maria, CA 93455-5155

Sprint
Acct No 0572
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS 66251-4300

Sprint Customer Service
Acct No 131016312
P.O. Box 8077
London, KY 40742

SRA Associates, Inc.
Acct No xxxx1637
401 Minnetonka Rd
Somerdale, NJ 08083

SSC Construction, Inc.
Acct No 0679
2073 Railroad Street
Corona, CA 92880-5431

Staples Business Advantage
Acct No 0775
500 Staples Drive
Framingham, MA 01702

Starlite Reclamation
Acct No 2040
Enviromental Services Inc.
11225 Mulberry Ave.
Fontana, CA 92337

State Board of Equalization
Acct No 0937
P.O. Box 942879
Sacramento, CA 94279

State Compensation Insurance Fund
Acct No xxxxx45-08
P.O. Box 997432
Sacramento, CA 95899-7432

State Compensation Insurance Fund
Acct No 1745
Attn: Collections
P.O. Box 8192
Pleasanton, CA 94588-9682

State of California
Acct No xxx-x942-3
Employment Development Department
Central Collection Division, MIC 92
P.O. Box 826880
Sacramento, CA 94280-0001

State of California
Acct No xxx-x942-3
Employment Development Department
Central Collection Division, MIC 92
P.O. Box 826880
Sacramento, CA 94280-0001

State of California
Acct No xxxxxx6000
Franchise Tax Board
P.O. Box 3065
Sacramento, CA 95741-3065

State of California
Acct No xx xx xxx-xx3380
Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7070

State of California
Acct No xxxxxxx2009
Franchise Tax Board
Vehicle Registration Collections
P.O. Box 419001
Rancho Cordova, CA 95741-9001

State of California
Acct No xxxxx4087
Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

State of California
Acct No 0577
Park Maintenance
25140 Gardiner Ferry Rd
Corning, CA 96021

State of California
Acct No xxxxxx3437
Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

State of California
Acct No 6000
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511

State of California- District 12
Acct No 0605
State Capitol
P.O. Box 942849
Sacramento, CA 94249-0012

State of Nevada Dept. of Employment
Acct No xxxx81.00
Training & Rehabilitation
Employment Security Division
500 E. Third Street
Carson City, NV 89713-0030

Statewide Safety & Signs, Inc.
Acct No 0997
P.O. Box 1440
Pismo Beach, CA 93448

Sterndahl Enterprises, Inc
Acct No 1871
11861 Branford Street
Sun Valley, CA 91352

Steve Pierce
44489 Town Center Way #368
Palm Desert, CA 92260-2723

Stone Creek Capital
Acct No SUDHAKAR
Attn: Drew Adams & Bruce Lipian
18500 Von Karman Ave
Irvine, CA 92612

Stripline- Calmesa
Acct No 2031
P.O. Box 43
Calimesa, CA 92320

Sueco Equipment Rentals, Inc
Acct No 1746
6455 N. Briarwood
Fresno, CA 93711

Sullivan Curtis and Monroe
Acct No 1003
Bob Williford
2100 Main Street Ste. 350
Irvine, CA 92614

Sully Miller Contracting Co
Acct No 0265
1100 E. Orangethorpe Ave #200
Anaheim, CA 92801-1144

Sunbelt Rentals
Acct No 1595
14534 Rancho Vista Drive
Fontana, CA 92335

Sunrise Construction, Inc.
Acct No 0589
5626 S. 43rd Ave.
Phoenix, AZ 85041-4142

Super Seal & Stripe
Acct No 1957
310 A Streeet
Fillmore, CA 93015-1905

Super Seal & Stripe
Acct No 1957
P.O. Box 755
Fillmore, CA 93015

Superior Court of California, County of
Acct No 2652
Los Angeles Southeast District
7339 S. Painter Ave
Whittier, CA 90602

Superior Court of California, County of
Acct No 5288
San Bernardino
303 West Third Street
San Bernardino, CA 92415

Superior Court of California, County of
Acct No 1870
San Bernardino, Small Claims Division
Fontana District
17780 Arrow Highway
Fontana, CA 92335

Superior Court of Los Angeles
Acct No xxx97KQ
Pomona North Courthouse
350 W. Mission Blvd.
Pomona, CA 91766

Superior Court, County of Kings
Acct No xxx227-7
1426 South Drive
Hanford, CA 93230

T&G Construction, Inc.
Acct No 0664
119 Standard Street
El Segundo, CA 90245

T.T. Polich & Associates
Acct No 0597
6543 Corbin Ave
Woodland Hills, CA 91367-2801

TC Construction Co.
Acct No 0485
Corporate Office
San Diego & Imperial Valley Offices
10540 Prospect Ave
Santee, CA 92071

TD Bank, N.A.
Acct No 0179
1701 Route 70 East
Cherry Hill, NJ 08034

TDS Engineering
Acct No 0267
1014 S. Westlake Blvd.
Westlake Village, CA 91361-3108

Ted Johnson Propane
Acct No x9221
5140 N. Elton Street
Baldwin Park, CA 91706-1886

Teichert Construction
Acct No 0598
4533 E. Citron Ave
Fresno, CA 93725

TelePacific Communications
Acct No x2882
P.O. Box 526015
Sacramento, CA 95852-6015

TelePacific Communications
Acct No 0801
515 S. Flower St. 47th Floor
Los Angeles, CA 90071

Terno, Inc.
Acct No 0512
15701 Heron Ave
La Mirada, CA 90638-5206

The Don Chapin Company, iNc.
Acct No 0600
560 Crazy Horse Canyon Rd.
Salinas, CA 93907

The Don Chapin Company, Inc.
Acct No 0600
877 Readymix
Salinas, CA 93901

The Donovan Group Inc.
A Law Corporation
Attn: Christine Donovan
2920 Newport Blvd. Ste. B
Newport Beach, CA 92663

The Gas Company
Acct No 1104
P.O. Box C
Monterey Park, CA 91756

The Hartford
Acct No 0806
400 Executive Blvd.
Southington, CT 06489

The Law Offices Of Romeo R. Perez, P.C.
Acct No xxxx-xx-xx1156
901 S. Rancho Drive, Ste. 15
Las Vegas, NV 89106

The Toll Roads
Acct No xxx9763
125 Pacifica Suite 120
Irvine, CA 92618

The Toll Roads
Acct No 0813
P.O. Box 50310
Irvine, CA 92618

Timmerman Engineering Const.
Acct No 0993
900 Chantilly Court
Walnut Creek, CA 94598

Tom Davis, Esq.
Acct No xxx8165
Howard & Howard
3800 Howard Hughes Pkwy.
14th Floor, Ste. 1400
Las Vegas, NV 89169

Toomey Industries, Inc.
Acct No 0614
2400 E. 70th Street
Long Beach, CA 90805-1813

Top Grade Construction
Acct No 0650
50 Contractor Street
Livermore, CA 94551

Top of the Line Sweeping, Inc.
Acct No 1799
32548 Lakeview Terrace
Lake Elsinore, CA 92530

Town of Apple Valley
Acct No 0617
14955 Dale Evans Pkwy.
Apple Valley, CA 92307

Toyota Financial Service
Acct No 0001
PO Box 60114
City Of Industry, CA 91716-0114

Toyota Motor Credit Co
Acct No xxxxxxxxxxxxx0001
10040 N 25th Ave Ste. 200
Phoenix, AZ 85021

Toyota Speedway at Irwindale
Acct No 0151
13300 Live Oak Ave
Baldwin Park, CA 91706

Trans-Valley Indurstrial Health
Acct No 1488
5345 Irwindale Ave
Baldwin Park, CA 91706

Transworld Systems Inc.
Acct No 4138
Colleciton Agency
P.O. Box 12103
Trenton, NJ 08650

Traveler's Insurance
Acct No 2079
Patriot Risk & Insurance Services
8105 Irvine Center Drive
Irvine, CA 92618

Traylor Pacific
Acct No 0310
3050 E. Airport Way
Long Beach, CA 90806

Treasurer Tax Collector
Acct No 0834
San Bernardino County
172 W. Third Street 1st Floor
San Bernardino, CA 92415

Trico Disposal, Inc.
Acct No x-xx xx6966
P.O. Box 7166
Buena Park, CA 90622-7166

Truesdell Corporation
Acct No 0496
1310 W. 23rd Street
Tempe, AZ 85282-1837

Tulare County Tax Collector
Acct No 1542
221 S. Mooney Blvd. Rm 104-E
Visalia, CA 93277

```
Tulare-Kings Counties Builders
Acct No 1318
1223 S. Lovers Lane
Visalia, CA 93292-5249

Tyner Paving
Acct No 0273
2005 N. San Fernando Rd
Los Angeles, CA 90065

Union Asphalt/ Cal Portlard
Acct No 0274
2025 E. Financial Way Ste. 200
Glendora, CA 91741

United Rentals
Acct No 0848
P.O. Box 51701
Los Angeles, CA 90064

United States District Court Central
Acct No CV10-1038 RGK (DTBx)
District of California, Western Division
312 N. Spring St., Room G-8
Los Angeles, CA 90012

United Transmission Exchange
Acct No 0968
24147 E. 6th Street
San Bernardino, CA 92410

Valley Slurry Seal Co.
Acct No 0489
P.O. Box 981330
West Sacramento, CA 95798

Vance Corporation
Acct No 0278
6679 Morro Rd.
Atascadero, CA 93422

Vance Corporation
Acct No 0278
860 Walnut St.
San Luis Obispo, CA 93401

VCES Corporate
Acct No 4919
One Volvo Drive
Asheville, NC 28803

Victory Engineering, Inc
Acct No 0582
10266 Highway 41
Madera, CA 93636
```

Vintage Paving Company, Inc.
Acct No 0530
119 Main St.
Winters, CA 95694

Volvo Construction Equipment
Acct No 0406
1250 Wood Lane
Langhorne, PA 19047

Volvo Construction Equipment & Services
Acct No 24919
P.O. Box 7247-6563
Philadelphia, PA 19170-6563

W.A. Rasic Construction, Inc.
Acct No 0283
7314 Scout Ave
Bell, CA 90201

W.A. Rasic Construction, Inc.
Acct No 0283
4150 Long Beach Blvd.
Long Beach, CA 90807

Washington Group International
Acct No 0284
5901 Arcturus Ave
Oxnard, CA 93033

Washington Group International
Acct No 0284
5805 Sepulveda Blvd.
Van Nuys, CA 91411

Washington Group International
Acct No 0284
860 Narold Pl.
Chula Vista, CA 91914

Waste Connection Control Valley
Acct No 1148
1535 Ave 392
Kingsburg, CA 93631

Weide & Miller, Ltd.
Acct No ASHEMS
7251 W. Lake Mead Blvd. Ste. 530
Las Vegas, NV 89128

Weinberg, Roger & Rosenfeld
Acct No L39810-00
A Professional Corporation
Attn: Ezekiel D. Carder
1001 Marina Village Pkwy., Ste. 200
Alameda, CA 94501-1091

Wells Fargo Bank
Acct No xxxxxxxxxxxx6188
3300 W Sahara Ave
Las Vegas, NV 89102

Wells Fargo Bank
Acct No 4856-2002-2227-3073
P.O. Box 5445
Portland, OR 97228

Wells Fargo Bank
Acct No 7510
Legal Processing MAC S3928-021
P.O. Box 29779
Phoenix, AZ 85038-9779

Wells Fargo Bank Business Direct Divisio
Acct No xxxx-xxxx-xxxx-1996
MAC S4101-050
P.O. Box 29746
Phoenix, AZ 85038-9746

Wells Fargo Bank Business Direct Divisio
Acct No xxxx-xxxx-xxxx-2351
MAC S4101-050
P.O. Box 29746
Phoenix, AZ 85038-9746

Wells Fargo Bank Business Direct Divisio
Acct No xxxx-xxxx-xxxx-3236
MAC S4101-050
P.O. Box 29746
Phoenix, AZ 85038-9746

Wells Fargo Bank Business Direct Divisio
Acct No xxxx-xxxx-xxxx-6697
MAC S4101-050
P.O. Box 29746
Phoenix, AZ 85038-9746

Wells Fargo Bank Business Direct Divisio
Acct No xxxx-xxxx-xxxx-9251
MAC S4101-050
P.O. Box 29746
Phoenix, AZ 85038-9746

```
Wells Fargo Business Direct
Acct No xxxx-xxxx-xxxx-4181
P.O. Box 348750
Sacramento, CA 95834

Wells Fargo Business Direct
Acct No xxxx-xxxx-xxxx-9949
P.O. Box 348750
Sacramento, CA 95834

Wells Fargo Business Direct
Acct No 8795
P.O. Box 29482
Phoenix, AZ 85038

Wells Fargo Business Direct
Acct No 3236
P.O. Box 348750
Sacramento, CA 95834

Wells Fargo Business Direct Division
Acct No xxxxxxxxxxxx8795
MAC S4101-050
P.O. Box 29746
Phoenix, AZ 85038-9746

Wells Fargo Card Services
Acct No xxxx-xxxx-xxxx-0637
PO Box 10347
Des Moines, IA 50306

Wells Fargo Card Services
Acct No xxxx-xxxx-xxxx-7127
P.O. Box 10347
Des Moines, IA 50306

Wells Fargo Card Services
Acct No xxxxxxxxxxxx7359
P.O. Box 10347
Des Moines, IA 50306

Wells Fargo Card Services
Acct No 6188
PO Box 30086
Los Angeles, CA 90030-0086

Wells Fargo Card Services
Acct No 0637
PO Box 30086
Los Angeles, CA 90030-0086

West Valley Construction
Acct No 0520
1241 N. Kelsey St.
Visalia, CA 93291
```

West Valley Construction
Acct No 0520
3701 S. H Street.
Bakersfield, CA 93304

West Valley Water District
Acct No 0287
855 W. Base Line Rd
Rialto, CA 92376

Western Emulsions Inc.
3450 East 36th Street
Tucson, AZ 85713-5207

Western Sandblasting, Inc.
Acct No 0891
7101 Western Ave
Buena Park, CA 90620

WF Business Direct
Acct No 1996
P.O. Box 348750
Sacramento, CA 95834

WF Business Direct
Acct No 2351
P.O. Box 348750
Sacramento, CA 95834

Windmill Propane
Acct No 2055
P.O. Box 400
Visalia, CA 93291

Windsor Fuel Co.
Acct No 0601
211 Foster St
Martinez, CA 94553

Works Striping & Marking Services
Acct No 1118
2837 Estado Street
Pasadena, CA 91107

WR Layne Construction & Engineering
Acct No 0472
P.O. Box 2888
Corona, CA 92878

Xerox Capital Services, LLC
Acct No 0903
P.O. Box 7413
Pasadena, CA 91109-7413

Yeager Skanska, Inc.
Acct No 0106
1995 Agua Mansa Rd
Riverside, CA 92509

Z Group International
Harsh Investment Properties
3111 S. Valley View Blvd. #K-101
Las Vegas, NV 89102

Zions Credit Corp.
Acct No xxxxxx5001
Zions First National Bank
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corp.
Acct No xxxxxx3002
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corp.
Acct No xxxxxx3003
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corp.
Acct No xxx1173
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corp.
Acct No xxxxxx3005
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corp.
Acct No xxx1870
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corp.
Acct No xxxxxx3004
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corp.
Acct No xxxxxx7003
P.O. Box 26536
Salt Lake City, UT 84126-0536

Zions Credit Corporation
Acct No 2375
310 S. Main Ste. 1300
Salt Lake City, UT 84101

```
Zions Credit Corporation
Acct No 2157
310 S. Main Ste. 1300
Salt Lake City, UT 84101

Zumar Industries, Inc.
Acct No 0908
9719 Santa Fe Springs Rd.
Santa Fe Springs, CA 90670-2919
```