KRISTINA L. HILLMAN, Nevada Bar No. 7752
KERIANNE R. STEELE, Nevada Bar No. 10995
LAW OFFICES OF KRISTINA L. HILLMAN,
 Affiliated with Weinberg, Roger & Rosenfeld,
 A Professional Corporation
729 Evans Avenue
Reno, Nevada 89511
Telephone: 775.770.4832
Facsimile: 775.324.5444

CHRISTIAN L. RAISNER, Cal. Bar No. 133839
LESLIE V. FREEMAN, Cal. Bar No. 268099
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone:  510.337.1001
Facsimile:   510.337.1023
bankruptcycourtnotices@unioncounsel.net
craisner@unioncounsel.net
lfreeman@unioncounsel.net

Attorneys for Creditor
Laborers Funds Administrative Office of Northern California

E-FILED:  **2/24/11**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) No.    11-10976-mkn<br>)<br>) CHAPTER 7<br>)<br>)<br>) **NOTICE OF APPEARANCE AND**<br>) **REQUEST FOR SPECIAL NOTICE**<br>) **AND INCLUSION ON MAILING LIST**<br>)<br>) Judge:  The Hon. Mike K. Nakagawa<br>)<br>) |
| ASHOK EM SUDHAKAR aka ASHOK SUDHAKAR,<br><br>Debtor. | |

PLEASE TAKE NOTICE that the undersigned attorneys enter their notice of appearance in the above-entitled case on behalf of creditors, Laborers Funds Administrative Office of Northern California, and give this notice of appearance and request notice of all matters that must be noticed to creditors, the Trustee, the Debtors, or other parties in interest, and further request notice of

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  Limited Notice Proceedings.  For purposes of notice and service, the following address shall be

2  used:

        Laborers Funds Administrative Office
        of Northern California
        c/o Christian L. Raisner
        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation
        1001 Marina Village Parkway, Suite 200
        Alameda, California 94501-1091
        Telephone:  510.337.1001
        Fax:  510.337.1023
        E-mail:  bankruptcycourtnotices@unioncounsel.net
        craisner@unioncounsel.net

9      This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and

10  3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without

11  limitation, all schedules, notices of any orders, applications, complaints, answers, demands, replies,

12  hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs

13  in support of any of the foregoing, and any other documents brought before the court in this case,

14  whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

15  delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

16  Dated:  February 24, 2011        LAW OFFICES OF KRISTINA L. HILLMAN

18                                  By:    /s/ Kerianne R. Steele
                                          KERIANNE R. STEELE, Nevada Bar # 10995
                                          Attorneys for Creditor
                                          Painters & Allied Trades, District Council 15

20  Dated:  February 24, 2011        WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation

22                                  By:    /s/ Christian L. Raisner
                                          CHRISTIAN L. RAISNER, Calif. Bar #133839
                                          Attorneys for Creditor
                                          Laborers Funds Administrative Office of
                                          Northern California

2/609687

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 24, 2011, I served upon the following parties in this action:

| | |
|---|---|
| Ashok Em Sudhakar<br>7500 W. Lake Mead Boulevard, Suite 942<br>Las Vegas, Nevada  89128<br><br>*Debtor* | Damon K. Dias Esq.<br>Dias Law Group, Ltd.<br>601 S. 6th Street<br>Las Vegas, Nevada  89101<br>Telephone:  (702) 380-3011<br>Email:  ddias@diaslawgroup.com<br><br>*Counsel for Debtor* |
| Yvette Weinstein<br>6450 Spring Mountain Road #14<br>Las Vegas, Nevada  89146<br><br>*Trustee* | U. S. Trustee<br>Office of the U. S. Trustee<br>300 Las Vegas Boulevard South<br>Suite 4300<br>Las Vegas, Nevada  89101<br><br>*U.S. Trustee* |

copies of the document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

☒ **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct.  Executed at Alameda, California, on February 24, 2011.

/s/ Mariavida Lewis
Mariavida Lewis

2/609687

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001